AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

V.

LEO PALACE RESORT.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00028**

TO: (Name and address of Defendant)

LEO PALACE RESORT

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anna Y. Park
U.S. Equal Employment Opportunity Commission
255 E. Temple Street, 4th Floor
Los Angeles, CA 90012

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

SEP 29 2006

CLERK                                             DATE

(By) DEPUTY CLERK

**ORIGINAL**

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE OCTOBER 4, 2006 |
| NAME OF SERVER *(PRINT)* MICHAEL TORRES | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**XX** Other (specify): SERVICE WAS MADE UPON DEFENDANT'S ATTORNEYS OF RECORD, DOOLEY ROBERTS & FOWLER, LLP AT THEIR OFFICES LOCATED AT 865 S. MARINE COPS DRIVE, STE 201, ORLEAN PACIFIC PLAZA, TAMUNING.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  OCTOBER 5, 2006    _____
              Date                 Signature of Server

130 ASPINALL AVENUE, STE. 2A
HAGATNA, GUAM 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.