Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Attorneys for Defendant LeoPalace Resort

**FILED**
DISTRICT COURT OF GUAM
DEC - 5 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT

## OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,        ) <br> ) <br>         Plaintiff,        ) <br> ) <br>    vs.        ) <br> ) <br> LEO PALACE RESORT,        ) <br> ) <br>         Defendant.        ) | CASE NO. 1:06-CV-00028 <br><br> **STIPULATION RE SCHEDULING CONFERENCE** |

COME NOW the parties and hereby stipulate and agree as follows:

The Court's November 7, 2006 scheduling notice sets a December 28, 2006, 10:00 a.m. scheduling conference. Counsel for Defendant will be returning from a trip to the mainland United States on the evening of December 29, 2006. Counsel for both Plaintiff and Defendant have accordingly agreed to a short postponement of the scheduling conference, preferably until the following week.

Therefore, the parties hereto do stipulate and agree that the currently scheduled December 28, 2006, 10:00 am scheduling conference be set aside and that a new scheduling

**ORIGINAL**

Stipulation re Scheduling Conference
Civil Case No. 1:06-CV-00028
Page 2

conference be held at the court's convenience during the first week of January, 2007, or at such time as may be convenient to the court.

So stipulated:

DOOLEY ROBERTS & FOWLER LLP

By: _____  Date: 11/22/06
TIM ROBERTS, ESQ.
Attorneys for Defendant

By: _____  Date: 11/22/06
ANNA Y. PARK
Attorneys for Defendant U.S. Equal
Employment Opportunity Commission