Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL CASE NO. 06-00028 |
| Plaintiff, | |
| vs. | **ORDER** <br> **Granting Stipulation to Continue** <br> **Scheduling Conference** |
| LEO PALACE RESORT, | |
| Defendant. | |

GOOD CAUSE BEING SHOWN, the currently scheduled December 28, 2006 scheduling conference is hereby set aside. A new scheduling conference shall be held on the 5th day of January 2007 at the hour of 9:00 a.m.

Therefore, the Stipulation re Scheduling Conference filed on December 5, 2006, is hereby granted.

SO ORDERED this 7th day of December 2006.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**