ORIGINAL

ANNA Y. PARK, Regional Attorney
GREGORY S. MCCLINTON, Senior Trial Attorney
DEREK LI, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5099
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant. | CIVIL CASE NO. 06-00028<br><br>MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY U.S. EEOC COUNSELS ANGELA MORRISON AND DEREK LI<br><br>DATE: January 5, 2007<br>TIME: 9:00 a.m. |

1

1     The United States of America submits this Motion to allow Angela Morrison and Derek Li, attorneys for the United States Equal Employment Opportunity Commission to participate by telephone in the scheduling conference set for January 5, 2007, at 9:00 a.m. Their telephone number is 213-894-1068.

    Assistant United States Attorney Mikel Schwab will appear in the courtroom and assist. The attorneys thank the Court for the courtesy of considering this request.

Dated: December 19, 2006

                              Respectfully submitted,

                              LEONARDO M. RAPADAS
                              United States Attorney
                              Districts of Guam and NMI

                    BY: _____
                              MIKEL SCHWAB
                              Assistant U.S. Attorney

## CERTIFICATION

I, FRANCES B. LEON GUERRERO, working in the United States Attorneys Office, hereby certify that a copy of the Motion Requesting for Telephonic Participation by United States EEOC Counsels Angela Morrison and Derek Li was served by personal service to the attorney of record at the following address:

Tim Roberts
DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Pacific Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

DATED: December 19, 2006

*/s/ Frances B. Leon Guerrero*
FRANCES B. LEON GUERRERO
Legal Assistant