**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for *Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

**FILED**
DISTRICT COURT OF GUAM
JAN -5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | CIVIL CASE NO. 06-00028 |
| Plaintiff, ) ) | |
| vs. ) ) | **STIPULATION ~~AND ORDER~~** |
| LEO PALACE RESORT, ) ) ) | **PERMITTING JENNIFER HOLBROOK, VIVIENE VILLANUEVA AND ROSEMARIE TAIMANGLO** |
| Defendant. ) | **TO INTERVENE AS PLAINTIFFS** |

----------

**IT IS HEREBY STIPULATED** by and between the parties hereto that JENNIFER HOLBROOK, ROSEMARIE TAIMANGLO and VIVIENE VILLANUEVA are permitted to intervene in the action as party Plaintiffs and Defendant will accept service of the Complaint in Intervention

///

///

///

**ORIGINAL**

TEKER TORRES & TEKER, P.C.

By: /s/ Phillip Torres
PHILLIP TORRES, ESQ.
*Attorneys for Intervening-Plaintiffs*

DATED: December 20, 2006.

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

DATED: 1/5/07

By: /s/ Anna Y. Park
ANNA Y. PARK, ESQ.
Regional Attorney - LADO
*Attorneys for Plaintiff U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION*

DOOLEY, ROBERTS & FOWLER, LLP.

DATED: 1/5/07

By: /s/
THOMAS L. ROBERTS, ESQ.
*Attorneys for Defendant MDI GUAM CORPORATION dba LEOPALACE RESORT MANENGGON HILLS*

SO ORDERED: _____

HONORABLE FRANCES TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

*U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*
District Court of Guam Civil Case No. 06-00028