Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant LeoPalace Resort

**FILED**
DISTRICT COURT OF GUAM
JAN - 5 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. 06-00028 |
| Plaintiff, | |
| vs. | **DEFENDANT'S NON-OBJECTION TO PLAINTIFF'S MOTION TO PARTICIPATE TELEPHONICALLY** |
| LEO PALACE RESORT, | |
| Defendant. | |

Defendant Leo Palace Resort states that it has no objection to Plaintiff EEOC's December 20, 2006 motion permitting its attorneys to participate telephonically at the January 5, 2007 scheduling conference, and further states that it has no objection to an appearance by the US Attorney General's Office at the same hearing.

DOOLEY ROBERTS & FOWLER LLP

Dated: 1/4/07     By: _____
**TIM ROBERTS, ESQ.**
Attorneys for Defendant

# ORIGINAL

Defendant's Non-Objection to Plaintiff's
Motion to Participate Telephonically
*EEOC v. LeoPalace Resort*
Case No. 06-00028
Page 2 of 2

## CERTIFICATE OF SERVICE

I, Tim Roberts, hereby certify that on the 4th day of January, 2007, I caused a copy of Defendant's Non-Objection to Plaintiff's Motion to Participate Telephonically to be served upon the following via US Mail and email:

Anna Y. Park
**U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
255 East Temple Street, Fourth Floor
Los Angeles, California 90012

Dated: 1/4/07

**TIM ROBERTS**

F:\Documents\TLR (07-04)\M108\M108-330 EEOC\Pleadings\M108-330.Non-Objection to Mtn to Attend Telephonically.doc