Anna Y. Park, Regional Attorney
Gregory S. McClinton, Senior Trial Attorney
Derek Li, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301

Angela D. Morrison, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5099
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Tim Roberts
DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Pacific Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Attorneys for Defendant
LEO PALACE RESORTS

FILED
DISTRICT COURT OF GUAM
JAN - 5 2007
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEO PALACE RESORT,<br><br>Defendant. | CASE NO.: 1:06-CV-00028<br><br>[PROPOSED] SCHEDULING ORDER AND STIPULATED DISCOVERY PLAN<br><br>Case filed: September 29, 2006 |

The Parties hereto, by and through their undersigned counsel, having met and conferred as required by Federal Rule of Civil Procedure 26(f) and Local Rules 16-1 and 16-2, do hereby stipulate and agree that the following will constitute the discovery plan and scheduling order in

this matter, pursuant to Local Rule 16-1 and Federal Rule of Civil Procedure 26(f).

Local Rule 16-1(c)(4) Information:

(A). The nature of the case is as follows:

This case is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in which Plaintiff United States Equal Employment Opportunity Commission ("EEOC") alleges Defendant Leo Palace Resorts engaged in unlawful employment practices on the basis of sex and retaliation. The EEOC seeks to correct the alleged unlawful employment practices, and seeks appropriate relief for Vivienne Villanueva, Jennifer Holbrook, Rosemarie Taimanglo, and other similarly situated individuals who were adversely affected by such alleged unlawful employment practices.

(B). The posture of the case is as follows:
- (i). There are no motions currently on file;
- (ii). No motions are currently resolved;
- (iii). No discovery has been taken;
- (iv). Defendant Leo Palace Resort filed the Answer of Defendant Leo Palace Resort on October 23, 2006.

(C). The parties adopt and incorporate the attached discovery plan.

(D). Not Applicable because the parties have agreed to a discovery plan with no modifications from the applicable rules.

(E). The following dates:
- (i). All motions to add parties and claims shall be filed on or before April 20, 2007.
- (ii). All motions to amend pleadings shall be filed on or before April 20, 2007.
- (iii.) Currently, the parties are scheduled to appear before the District Court on December 28, 2006 at 10:00 a.m. for the Scheduling Conference. On December 5, 2006, the parties filed a stipulation to continue the

Scheduling Conference;

(iv.) The discovery cut-off date (defined as the last day to file responses to discovery) is: June 22, 2007

(v.) Discovery and dispositive motion cut-off dates (the last day to file motions):

a) The anticipated discovery motions are: No discovery motions are anticipated at this time. All discovery motions shall be filed on or before May 22, 2007, ~~and heard on or before June 22, 2007~~. *(initialed)*

b) The anticipated dispositive motions are:

Plaintiff EEOC anticipates filing a motion for summary judgment. Defendant Leo Palace Resorts anticipates filing a motion for summary judgment on some or all of EEOC's claims.

All dispositive motions shall be filed on or before July 27, 2007, ~~and heard on or before August 24, 2007~~. *(initialed)*

(vi.) The Preliminary Pretrial Conference shall be held on the ~~5th~~ 9th day of October, 2007, at 10:30 a.m. (no later than twenty-one (21) days prior to trial date).

(vii.) Dates for filing the trial brief, exhibit lists, witness lists, and the joint pretrial order as required by LR 16.7:

(a.) The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before October ~~12~~, 16th 2007 (no later than fourteen (14) days prior to trial).

(b.) The Proposed Pretrial Order shall be filed on or before the ~~12th~~ 16th day of October, 2007 (no later than fourteen (14) days prior to trial).

(c.) The Final Pretrial Conference shall be held on the ~~19th~~ 23rd day of October, 2007 at 10:30 a.m. (seven (7) days prior to trial).

(viii.) The trial shall be held on the ~~26th~~ 30th day of October, 2007, at 9:00 a.m. (in

3

|   |   |   |
|---|---|---|
| 1 | | no event shall the trial be later than 18 months after the complaint is filed, |
| 2 | | unless the Court otherwise allows). |
| 3 | F. | The Prospects for settlement are good. |
| 4 | G. | The trial is a jury trial. |
| 5 | H. | It is anticipated that it will take fourteen (14) court days to try this case. |
| 6 | I. | The names of counsel on this case are: |
| 7 | | Attorneys for the Plaintiff United States Equal Employment Opportunity |
| 8 | | Commission: Anna Y. Park, Angela Morrison, Gregory S. McClinton, Derek Li |
| 9 | | Attorneys for Defendant Leo Palace Resorts: |
| 10 | | Tim Roberts |
| 11 | | Dooley Roberts & Fowler LLP |
| 12 | J. | The parties do wish to submit this case to an early settlement conference. |
| 13 | K. | The parties present the following suggestions for shortening trial: Because the |
| 14 | | litigation has not proceeded beyond the earliest stages of discovery, the parties |
| 15 | | currently do not have any suggestions for shortening trial. However, the parties |
| 16 | | will supplement this as more information becomes available. |
| 17 | L. | The following issues will also affect the status or management of the case: |
| 18 | | a). Plaintiff EEOC believes that charging parties Vivienne Villanueva, |
| 19 | | Jennifer Holbrook, and Rosemarie Taimanglo will move to intervene as |
| 20 | | plaintiffs in this case. If the motion is granted, Plaintiff EEOC and |
| 21 | | Defendant Leo Palace Resorts agree to provide to Intervenor Plaintiffs |
| 22 | | copies of all discovery completed and in their possession in the case |
| 23 | | within fifteen (15) days of the date on which the Court allows such |
| 24 | | intervention. |
| 25 | | b). Because Plaintiff EEOC's offices are located in Los Angeles, California, |
| 26 | | and Las Vegas, Nevada, the parties agree and stipulate that mail, |
| 27 | | overnight mail, electronic mail (PDF Document with copy of signature |
| 28 | | with original by mail) and facsimile can be used as a form of service. If |

service is by electronic mail, the parties shall convert such document to PDF file with a copy of original with signatures by mail.

DATED this 5th day of January, 2007.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

_____          _____ 12/13/06
Anna Y. Park                                                        Tim Roberts
Angela Morrison
Derek Li                                                            Dooley Roberts & Fowler LLP
Gregory S. McClinton                                                Attorney for Defendant Leo Palace
Attorneys for Plaintiff U.S. EEOC                                   Resorts



RECEIVED
DEC 1 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

5