TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for *Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

FILED
DISTRICT COURT OF GUAM
JAN -8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL CASE NO. 06-00028 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER PERMITTING INTERVENTION** |
| LEO PALACE RESORT, | ) ) | |
| Defendant. | ) | |

----------

It having been Stipulated on January 5, 2007 by all of the parties in this action that Jennifer Holbrook, Vivienne Villanueva and Rosemarie Taimanglo may intervene in this action as Plaintiffs, and good cause appearing, therefor,

**IT IS HEREBY ORDERED** that said individuals may file a Complaint in Intervention in this action.

SO ORDERED: 1/8/07

Honorable Frances Tydingco-Gatewood
Chief Judge, District Court of Guam