# DISTRICT COURT OF GUAM

U.S. Equal Employment
Opportunity Commission,
    Plaintiff,

v.

Leo Palace Resort,
    Defendant,

Jennifer Holbrook, Viviene Villanueva
and Rosemarie Taimanglo,
    Intervening-Plaintiffs,

v.

MDI Guam Corporation dba Leo
Palace Resort Manenggon Hills
and Does 1 through 10,
    Defendants-in-Intervention.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-00028

**FILED**
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)

  MDI GUAM CORPORATION DBA LEO
  PALACE RESORT MANENGGON HILLS

YOU ARE HEREBY SUMMONED and required to serve on INTERVENING PLAINTIFFS' ATTORNEY (name and address)

PHILLIP TORRES, ESQ.
TEKER TORRES & TEKER, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within **TWENTY (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY L. M. MORAN
Clerk Of Court

CLERK

(By) DEPUTY CLERK

DATE

JAN 12 2007

ORIGINAL

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>JANUARY 12, 2007 |
| NAME OF SERVER *(PRINT)*<br>RAMSEY ELLIOTT | TITLE<br>MESSENGER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __SERVED PERSONALLY UPON THE DEFENDANT'S COUNSEL OF RECORD, DOOLEY ROBERTS & FOWER AT ITS PLACE OF BUSINESS IN TAMUNING, GUAM.__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __JANUARY 12, 2007__     _[signature]_
                  Date                      *Signature of Server*

                    TEKER TORRES & TEKER, P.C.
                    130 ASPINALL AVENUE, STE. 2A
                    HAGATNA, GUAM 96910
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.