**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie
Taimanglo and Viviene Villanueva*

FILED
DISTRICT COURT OF GUAM
JUN - 6 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CIVIL CASE NO. 06-00028 |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendant. | **STIPULATION CONTINUING ALL FUTURE DISCOVERY PLANS AND SCHEDULED DATES** |

----------

///

ORIGINAL

WHEREAS, a Scheduling Order and Stipulated Discovery Plan was filed with this Court on January 5, 2007; and

WHEREAS, the parties have agreed, pending court approval, to extend by forty-five (45) days all future deadline dates in this matter to allow proper review of discovery due to delays caused beyond the control of the parties.

**IT IS HEREBY STIPULATED** by and between the parties hereto that,

1. The discovery cut-off date (defined as the last day to file responses to discovery) currently scheduled for June 22, 2007 is extended to **August 6, 2007**.

2. Discovery and dispositive motion cut-off dates (the last day to file motions):

    a) The discovery motion cut-off date is extended from May 22, 2007 to **July 6, 2007**.

    b) The dispositive motion cut-off date is extended from July 27, 2007 to **September 10, 2007**.

All other Orders and Plans set out in the January 5, 2007 Scheduling Order and Stipulated Discovery Plan filed in this case remain in effect.

SO STIPULATED:

**TEKER TORRES & TEKER, P.C.**

DATED: June 6, 2007    By: _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

///

///

///

| | |
|---|---|
| | U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| DATED: JUN 6 2007 | By: /s/ ANGELA MORRISON, ESQ. Attorneys for Plaintiff, *U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION* |
| | DOOLEY, ROBERTS & FOWLER, LLP. |
| DATED: 6/6/07 | By: /s/ Seth Forman f/ THOMAS L. ROBERTS, ESQ. Attorneys for Defendant, *MDI GUAM CORPORATION dba LEOPALACE RESORT MANENGGON HILLS* |

*U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*
District Court of Guam Civil Case No. 06-00028