**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

Attorneys for Plaintiff-Intervenors,
  *Jennifer Holbrook, Rosemarie*
  *Taimanglo and Viviene Villanueva*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>LEO PALACE RESORT,<br><br>　　　　　　Defendant. | CIVIL CASE NO. 06-00028 |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>　vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>　　　　　　Defendant. | **ORDER**<br><br>**Re Stipulation Continuing All Future Discovery Plans and Scheduled Dates** |

----------

ORDER re Stipulation Continuing All Future Discovery Plans and Scheduled Dates

After review of the Stipulation filed June 6, 2007, the Court hereby accepts and adopts the stipulated dates.

**IT IS HEREBY ORDERED** that the Scheduling Order and Discovery Plan are amended to reflect new deadlines as follows:

1. Discovery cut-off: previously June 22, 2007; extended to August 6, 2007;

2. Discovery motion cut-off: previously May 22, 2007; extended to July 6, 2007;

3. Dispositive motion cut-off: previously July 27, 2007; extended to September 10, 2007.

**IT IS SO ORDERED.**



**/s/ Joaquin V.E. Manibusan, Jr.**
 **U.S. Magistrate Judge**
**Dated: Jun 07, 2007**

---

*U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*
**District Court of Guam Civil Case No. 06-00028**

ORDER re Stipulation Continuing All Future Discovery Plans and Scheduled Dates