

**FILED**
DISTRICT COURT OF GUAM
AUG 01 2007
MARY L.M. MORAN
CLERK OF COURT

# Issued by the
# DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>                    Plaintiff.<br>V.<br>LEO PALACE RESORT,<br>                    Defendant. | AMENDED SUBPOENA IN A CIVIL CASE<br><br>Case Number:[1]  06-CV-00028 |

TO: **THOMAS HONG.**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

✔ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Teker Torres & Teker, P.C.<br>130 Aspinall Avenue, Suite 2A, Hagåtña, Guam 96910. | Thursday, August 2, 2007 at 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*    Attorney for Intervening-Plaintiff | July 23, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Phillip Torres, Esq., 130 Aspinall Avenue, Suite 2A, Hagåtña, Guam 96910.
Telephone No.: (671) 477-9891

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**ORIGINAL**

ANTHONY TAIJERON
109 Sgt. E. Cruz St.
SANTA RITA, GUAM 96915
688-3607

# IN THE ~~SUPERIOR~~ District PC COURT OF GUAM

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ] CASE NO. 06-CV-00028 |
| --- | --- |
| | ] |
| | ] **DECLARATION** |
| | ] [✓] OF SERVICE |
| | ] [ ] OF NON-SERVICE |
| VS | ] [ ] OF POSTING |
| | ] [ ] NOTICE TO CREDITORS |
| LEO PALACE RESORT | ] [ ] LETTER |

I am at least 18 years old and not a party herein. On 8 / 1 / 2007, I served upon THOMAS HONG, a copy of the:

[ ] Summons and Complaint
[ ] Judgment and Debtor Examination (JDX)
[ ] Order to Show Cause
[✓] Others: Subpoena

Service was made:

[✓] By delivering it to the above named defendant personally. X _____
[ ] By delivering it at the above-named defendant's dwelling house or usual place of abode to _____, a person of suitable age and discretion then residing therein.
[ ] By delivering it personally to _____

Service was made at: Sheraton Laguna Hotel Tamuning

I declare under penalty of perjury that the foregoing is true and correct:

Hearing Date: 8 / 2 / 2007

Executed On: 8 / 1 /2007

Service Fee: $_____

ATj
Anthony W.C. Taijeron
Special Proceedings No: 0092-02