Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM

AUG - 6 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. 1:06-CV-00028 |
| Plaintiff, vs. | |
| LEO PALACE RESORT, | |
| Defendant. | **NOTICES OF MOTION AND MOTIONS:** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | **(1) TO COMPEL TESTIMONY AND PRODUCTION OF DOCUMENTS, OR IN THE ALTERNATIVE, TO DISMISS EMOTIONAL DISTRESS CLAIMS;** |
| Plaintiff-Intervenors, vs. | **(2) TO EXTEND DISCOVERY COMPLETION DEADLINE;** |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | **(3) FOR INDEPENDENT MEDICAL EXAMINATION** |
| Defendants. | |

Please take notice that on Wednesday, August 29, 2007 at the hour of 1:30 p.m., Defendant Leopalace Resort shall move to compel plaintiff-intervenors to respond to discovery concerning their medical history, as more fully described in the accompanying Memorandum. Defendant will also move for an extension of the existing discovery completion deadline for limited purposes and

for a Rule 35 independent medical examination, all as more thoroughly described in the accompanying Memorandum.

These motions are based upon this Notice of Motion and Motion, the accompanying Memorandum, the accompanying Declaration of Tim Roberts, and all documents and pleadings on file in this action.

Dated this 6th day of August, 2007.

DOOLEY ROBERTS & FOWLER LLP

By _____
**TIM ROBERTS**
Attorneys for Defendant