
Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CASE NO. 1:06-CV-00028 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEO PALACE RESORT, | ) ) ) | |
| Defendant. | ) ) | **AGREEMENT OF HEARING DATE** [Local Rule 7.1] |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) ) ) ) ) | |
| Plaintiff-Intervenors, | ) ) | |
| vs. | ) ) | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.  I, Tim Roberts, of Dooley Roberts & Fowler, LLP, am the attorney for the Defendant in this matter. I contacted the attorney for Plaintiff-Intervenors on Friday, August 3, 2007, to agree upon a date for oral argument of my motion to compel.

2. The attorney for Plaintiff-Intervenors is Phil Torres of Teker Torres & Teker.

3. We agreed upon a hearing date of August 29, 2007 at 1:30 p.m.

4. Last week, I also spoke with EEOC Attorney Angela Morrison, who told me any date Mr. Torres agreed to would be fine with her.

5. My secretary called the deputy clerk of the court to ensure that the court is available on the above date and time.

Respectfully submitted: August 6, 2007

DOOLEY ROBERTS & FOWLER LLP

By: _____
TIM ROBERTS
Attorneys for Defendant