Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

**FILED**
DISTRICT COURT OF GUAM

AUG - 6 2007 

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br>_____<br>JENNIFER HOLBROOK,<br>VIVIENE VILLANUEVA and<br>ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendants. | CASE NO. 1:06-CV-00028<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Tim Roberts, hereby certify that on the 6th day of August, 2007, I caused to be served via

US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

ORIGINAL

Certificate of Service
*EEOC v Leopalace Resort*
Civil Case No. 1:06-CV-00028
Page 2 of 2

and via hand delivery on:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

the following documents:

1. Notices of Motion and Motions: (1) to Compel Testimony and Production of Documents, or in the alternative, to Dismiss Emotional Distress Claims; (2) to Extend Discovery Completion Deadline; (3) for Independent Medical Examination

2. Memorandum in Support of: (1) Motion to Compel Testimony and Production of Documents, or in the alternative, to Dismiss Emotional Distress Claims; (2) Motion to Extend Discovery Completion Deadline; (3) Motion for Independent Medical Examination

3. Declaration of Tim Roberts

4. Agreement of Counsel

5. Stipulation of Counsel

6. [Proposed] Order re: Motion for Independent Medical Examination

7. [Proposed] Order re: Motion to Compel

Dated: August 6, 2007

**Tim Roberts**