`ORIGINAL`

FILED
DISTRICT COURT OF GUAM
AUG 1 4 2007
JEANNE G. QUINATA
Clerk of Court

1  ANNA Y. PARK, Regional Attorney
   GREGORY S. MCCLINTON, Senior Trial Attorney
2  DEREK LI, Senior Trial Attorney
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1068
5  Facsimile: (213) 894-1301

6  ANGELA D. MORRISON, Trial Attorney
   333 S. Las Vegas Blvd., Suite 8112
7  Las Vegas, NV 89101
   Telephone: (702) 388-5099
8  Facsimile: (702) 388-5094

9  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION

11 LEONARDO M. RAPADAS
   United States Attorney
12 MIKEL W. SCHWAB
   Assistant U.S. Attorney
13 Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
14 Hagatna, Guam 96910
   Tel: (671) 472-7332
15 Fax: (671) 472-7215

16 Attorneys for the United States of America

17                UNITED STATES DISTRICT COURT

18                    TERRITORY OF GUAM

19 U.S. EQUAL EMPLOYMENT              ) CIVIL CASE NO. 06-00028
   OPPORTUNITY COMMISSION,            )
20                                    )
              Plaintiff,              )
21                                    )
           vs.                        ) **PLAINTIFF'S MOTION TO**
22                                    ) **FILE FACSIMILE SIGNATURE**
   LEO PALACE RESORT,                 )
23                                    )
              Defendant.              )
24 _____ )

25

26      I, Mikel W. Schwab, Assistant U.S. Attorney, hereby request the Court to accept a

27 facsimile copy of U.S. Equal Employment Opportunity Commission's attorney declaration and

28 exhibits attached hereto as Exhibit A. The original document will be delivered to the U.S.

Attorney's Office on Guam and filed with the Court as soon hereafter as possible.

Dated: August 13, 2007.

                                  Respectfully submitted,

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and NMI

                              BY: _____
                                  MIKEL SCHWAB
                                  Assistant U.S. Attorney

Anna Y. Park, Regional Attorney
Derek Li, Supervisory Trial Attorney
Gregory McClinton Senior Trial Attorney
Angela D. Morrison, Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702)894-5072
Facsimile: (702)894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br>_____<br>JENNIFER HOLBROOK; VIVIENE VILLANUEVA; and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br>v.<br><br>MDI GUAM CORPORATION d/b/a LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:06-CV-00028<br><br>DECLARATION OF ANGELA MORRISON IN SUPPORT OF PLAINTIFF EEOC'S OPPOSITION TO DEFENDANT'S ALTERNATIVE [MOTION] TO DISMISS EMOTIONAL DISTRESS CLAIMS; MOTION TO EXTEND DISCOVERY COMPLETION DEADLINE; AND MOTION FOR INDEPENDENT MEDICAL EXAMINATION |

I, Angela D. Morrison, declare and state:

1. I am a Trial Attorney employed at the Las Vegas Local Office, Los Angeles District Office of the United States Equal Employment Opportunity Commission. I have personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff EEOC's Response to Defendant Leo Palace Resort's First Request for Production of Documents to Plaintiff and of Plaintiff-Intervenors' Responses to Defendant's First Request for Production of Documents.

3. Counsel for Defendant took the depositions of Jennifer Holbrook on March 17, 2007, Viviene Villanueva on March 21, 2007, and Rosemarie Taimanglo on March 22, 2007; which depositions I attended.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Letter dated March 21, 2007 from Attorney Phil Torres, counsel for Plaintiff-Intervenors, to Attorney Tim Roberts, counsel for Leo Palace Resort. The letter had attached to it the medical summary reports referenced within the letter but I have not attached them hereto, to protect the privacy of Plaintiff-Intervenors.

5. On July 30, 2007, Counsel for Defendant took the depositions of Dr. Lilli Perez-Iyechad and Dr. Tom Babauta, which depositions I attended.

6. EEOC has never received notice of Defendant's request for Independent Medical Examination of Plainitff-Intervenors specifying the time, place, manner,

conditions, and scope of the examination, and the person or persons by whom its to be made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2007, at Las Vegas, Nevada.

*Angela D. Morrison*
Angela D. Morrison

# Exhibit 1

1  ANNA Y. PARK, CA Bar No. 164242
   DEREK LI, CA Bar No. 150122
2  GREGORY MCCLINTON, CA Bar No.153553
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 E. Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1077
5  Fax: (213) 894-1118
   e-mail: lado.legal@eeoc.gov
6
   ANGELA D. MORRISON, NV Bar No. 9630
7  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
8  333 S. Las Vegas Blvd., Suite 8112
   Las Vegas, NV 89101
9  Telephone: (702) 388-5072
   Fax: (702) 388-5094
10 e-mail: angela.morrison@eeoc.gov

11 Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
12 OPPORTUNITY COMMISSION

13                    UNITED STATES DISTRICT COURT

14                            DISTRICT OF GUAM

15

16 | U.S. EQUAL EMPLOYMENT          ) Case No. 1:06-CV-00028
   | OPPORTUNITY COMMISSION,        )
17 | Plaintiff,                     )
                                    )
18 |         Plaintiff,             ) PLAINTIFF EEOC'S RESPONSE TO
                                    ) DEFENDANT LEO PALACE
                                    ) RESORT"S FIRST REQUEST FOR
19 |         vs.                    ) PRODUCTION OF DOCUMENTS TO
                                    ) PLAINTIFF
20 | LEO PALACE RESORT,             )
                                    )
21 |         Defendant.             )
                                    )
22 |_____ )
   | JENNIFER HOLBROOK; VIVIENNE    )
23 | VILLANUEVA; and ROSEMARIE      )
   | TAIMANGLO,                     )
24 |                                )
   |         Plaintiff-Intervenors, )
25 |                                )
   |         vs.                    )
26 |                                )
   | LEO PALACE RESORT,             )
27 |                                )
   |         Defendant.             )
28                                  )

                                    1

| | |
|---|---|
| 1 | PROPOUNDING PARTY: Defendant Leo Palace Resort |
| 2 | RESPONDING PARTY: Plaintiff U.S. Equal Employment Opportunity |
| 3 | Commission |
| 4 | SET NO: One |

## PRELIMINARY STATEMENT

Plaintiff has not completed its investigation relating to this action, has not completed discovery and has not completed preparation for trial. As discovery proceeds, facts, information, evidence, documents and things may be revealed. Plaintiff responds to Defendant's First Set of Requests for Production of Documents based upon the information presently known and available to it, and reserves the right to supplement or modify its responses based upon subsequently discovered or acquired information and/or documents. Furthermore, Plaintiff expressly reserves the right to rely on, at any time, including but not limited to trial, subsequently discovered information that might be contrary to its responses herein where its response is the product of error, oversight, or inadvertence.

## DOCUMENTS REQUESTED

REQUEST FOR PRODUCTION NO. 1:

All documents generated by any health care provider related to any treatment received by the Claimants as a result of the incidents made the subject of suit in this civil action. Leo Palace will agree to any reasonable confidentiality agreement with respect to the production of these records.

RESPONSE NO. 1:

Plaintiff EEOC objects that the request for production seeks information that is not reasonably calculated to lead to the discovery of admissible evidence. The EEOC also objects that the request os overbroad with regard to the term "any treatment" and vague with regard to the terms "incidents" and "as a result." Furthermore, the EEOC objects to the extent the request seeks documents covered by the physician-patient privilege.

Without waiving the foregoing objections, the EEOC responds that responsive

2

documents previously have been produced with EEOC's Initial disclosures and are bates stamped numbers EEOC 0054-55, and EEOC 0112 (Documents relating to Ms. Holbrook), EEOC 0299, EEOC 0306, EEOC 0314, EEOC 0317, and EEOC 0319 (Documents relating to Ms. Villaneuva) and EEOC 0112-115, EEOC 0126, and EEOC 0134-135 (Documents relating to Ms. Taimanglo).

In addition, the EEOC responds that, after a diligent search, the EEOC does not have further documents responsive to the request in its possession or under its control. The individuals most likely to have possession or control of documents responsive to this request are Rosemarie Taimanglo, Jennifer Holbrook, and Vivienne Villanueva, who may be contacted through their counsel Mr. Phil Torres, Teker Torres & Teker P.C., Suite 2A, 130 Aspinall Avenue, Hagatna, Guam 96910-5018.

REQUEST FOR PRODUCTION NO. 2:

All documents evidencing the Claimants' income earned from any source for the years 2001, 2002, 2003, 2004, 2005, and 2006, including their tax returns. Leo Palace will agree to any reasonable confidentiality agreement with respect to the production of these records.

RESPONSE NO. 2:

The EEOC objects that the request is overbroad as to time period and as to "all documents." The EEOC further objects that the request is vague as to the terms "any source" and "evidencing." Additionally, the EEOC objects that the there is not a compelling need for "tax returns" and thus they are subject to a qualified privilege.

Without waiving the foregoing objections, the EEOC responds that responsive documents previously have been produced with EEOC's Initial Disclosures and are bates stamped numbers EEOC 0056, EEOC 0058, EEOC 0061-62, and EEOC 0064-65 (Documents relating to Ms. Holbrook), EEOC 0201, EEOC 0302, EEOC 0307-308, EEOC 0321-324, and EEOC 0329 (Documents relating to Ms. Villanueva) and EEOC 0098, EEOC 0116, EEOC 0121-0125, EEOC 0141-0143, and EEOC 0161 (Documents relating to Ms. Taimanglo).

3

In addition, the EEOC responds that, after a diligent search, the EEOC does not have further documents responsive to the request in its possession or under its control. The individuals most likely to have possession or control of documents responsive to this request are Rosemarie Taimanglo, Jennifer Holbrook, and Vivienne Villanueva, who may be contacted through their counsel Mr. Phil Torres, Teker Torres & Teker P.C., Suite 2A, 130 Aspinall Avenue, Hagatna, Guam 96910-5018.

REQUEST FOR PRODUCTION NO. 3:

All documents prepared by Leo Palace's former Night Manager Gregory Perez related to any of the incidents made the subject of suit in this civil action.

RESPONSE NO. 3:

The EEOC objects that the request is vague as to the term "any of the incidents."

Without waiving the foregoing objection, the EEOC responds that, after a diligent search, the EEOC does not have documents responsive to the request in its possession or under its control. The individual most likely to have possession or control of the documents is Mr. Gregory Perez, whose last known address is 2016 Aamomi St., Pearl City, Hawaii 96782.

Dated: February 23, 2007

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

BY: *Angela D. Morrison*

Angela D. Morrison
Attorney for Plaintiff EEOC

4

# PROOF OF SERVICE

I am, and was at the time the herein mentioned mailing took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District, Las Vegas Local Office, of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, 333 S. Las Vegas Blvd., Suite 8112, Las Vegas, NV 89101.

On the date that this declaration was executed, as shown below, I served the foregoing **PLAINTIFF EEOC'S RESPONSE TO DEFENDANT LEO PALACE RESORT"S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF** by electronic mail and by regular mail, postage prepaid, at Las Vegas, County of Clark, State of Nevada to:

Phillip Torres
Teker Torres & Teker P.C.
Suite 2A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
e-mail: ptorres@tttguamlawyers.com

Tim Roberts
Dooley Roberts & Fowler, LLP
Suite 201, Ocean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
roberts@guamlawoffice.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2007 at Las Vegas, Nevada.

/s/ Angela Morrison
Angela Morrison



1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
   HAGÅTÑA, GUAM 96910
2  TELEPHONE: (671) 477-9891-4
   FACSIMILE: (671) 472-2601
3

4  Attorneys for Plaintiff-Intervenors,
   *Jennifer Holbrook, Rosemarie*
5  *Taimanglo and Viviene Villanueva*

6

7
                    IN THE DISTRICT COURT OF GUAM
8

9
   U.S. EQUAL EMPLOYMENT          )   CIVIL CASE NO. 06-00028
10 OPPORTUNITY COMMISSION,        )
                                  )
11              Plaintiff,        )
                                  )
12       vs.                      )
                                  )
13 LEO PALACE RESORT,             )
                                  )
14              Defendant.        )
   _____)   PLAINTIFF-INTERVENORS'
15                                )   RESPONSES TO DEFENDANT'S
   JENNIFER HOLBROOK,             )   FIRST REQUEST FOR
16 VIVIENE VILLANUEVA and         )   PRODUCTION OF DOCUMENTS
   ROSEMARIE TAIMANGLO,           )
17                                )
              Plaintiff-Intervenors, )
18                                )
        vs.                       )
19                                )
   MDI GUAM CORPORATION dba LEO   )
20 PALACE RESORT MANENGGON HILLS  )
   and DOES 1 through 10,         )
21                                )
              Defendant.          )
22                                )

23 ///

Plaintiff-Intervenors, JENNIFER HOLBROOK, ROSEMARIE TAIMANGLO and VIVIENE VILLANUEVA, by their attorneys of record, the Law Offices of Teker, Torres & Teker, P.C., responds and produces documents in accordance with Defendant Leo Palace Resort's First Request for the Production of Documents as follows:

## PRODUCTION OF DOCUMENTS

**Response to Request for Production No. 1.:** Plaintiff-Intervenors have attached all documents in their possession and are still compiling other documents and will immediately provide those to

Defendant upon receipt.

Plaintiff-Intervenors have previously provided the psychological report for Ms. Villanueva and expect to receive summary psychological reports for Ms. Holbrook and Ms. Taimanglo and will immediately produce them upon receipt.

**Response to Request for Production No. 2.:** Plaintiff-Intervenors have attached all documents for employment wages, other than their employment wages at the Leo Palace Resort that are in their possession. They continue to search for other relevant documents and, if found, will immediately provide those to Defendant.

**Response to Request for Production No. 3.:** Plaintiff-Intervenors are not in possession of any documents prepared by Mr. Perez.

*Respectfully submitted* this 16th day of March, 2007.

TEKER, TORRES & TEKER, P.C.

By: _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGATNA, GUAM 96910
TELEPHONE (671) 477-9891-4

Exhibit 2

LAW OFFICES

# TEKER TORRES & TEKER, P.C.

Lawrence J. Teker
Phillip Torres
Samuel S. Teker
Joseph C. Razzano

Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891/4
Facsimile: (671) 472-2601
Email: ptorres@tttguamlawyers.com

Of Counsel:
Nagatomo Yamaoka

March 21, 2007

**VIA FACSIMILE NO.: 646-1223**

Thomas L. Roberts, Esq.
**Dooley, Roberts & Fowler, LLP**
865 S. Marine Corps. Dr., Ste. 201
Orlean Pacific Plaza
Tamuning, Guam 96913

    Re:    *U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*
             District Court of Guam Civil Case No. 06-00028

Dear Tim:

    I just received medical summary reports from Family Practice, specifically from Lili Perez-leychad and Tom Babauta who provided treatment to Rosemarie Taimanglo, Jennifer Holbrook and Viviene Villanueva. I am faxing the documents along with this letter for your review. These documents along with the reports that I had previously given you regarding Viviene Villanueva is everything I have received from these medical practitioners in response to the Authorization for Medical Records. These documents are provides as my response to request number three of your Request for Production of Documents.

Sincerely,

Phillip Torres

w/enclosures