Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



FILED
DISTRICT COURT OF GUAM

AUG 2 2 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. <br><br>——————————————— <br><br> JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendants. | CASE NO. 1:06-CV-00028 <br><br><br><br><br><br><br><br><br><br> **DECLARATION OF TIM ROBERTS** |

I, **Tim Roberts**, declare under penalty of perjury as follows:

1. I am the attorney for Defendant LeoPalace Resort. I have personal knowledge of the matters stated herein, and if called, I could and would testify truthfully thereto.



2. The EEOC's only expert was not disclosed to me until July 30, 2007, along with his expert report, which was only three (3) days before the ninety (90) day cut off period provided for by the Federal Rules of Civil Procedure.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff-Intervenors' response to Leopalace's First Request for Production of Documents.

4. Until recently, I have been working cooperatively with counsel for Plaintiff-Intervenors to obtain their medical records. I drafted the HIPAA waivers executed by Plaintiff-Intervenors in February of 2007 and delivered them to their counsel. He then obtained Plaintiff-Intervenors' signatures in early March 2007, and sent them their therapists on March 5, 2007, with a copy to me. I was surprised when the Plaintiff-Intervenors did not produce their medical records at their March, 2007, depositions.

5. Plaintiff-Intervenors' March 16, 2007 response to Leopalace's First Request for Production of Documents did not object to producing the requested medical records, and it did not state that the medical records would not be produced. Instead, it said that Plaintiff-Intervenors were "still compiling other documents and will immediately provide those to defendant upon receipt." These "other documents" can only have referred to the medical re cords, since the "summaries" are addressed in the following paragraph of the response. Had I known on March 16, 2007 that Plaintiff-Intervenors did not intend to produce their medical records, or that they intended to obstruct my efforts to obtain those records directly from their Therapists, I would have filed an immediate motion to compel, after complying with the Court's "meet and confer" rules.

6. I was completely surprised when the Therapists ignored the subpoenas duces tecum issued by this Court. Again, I did not know, until after the scheduled July 24, 2007 document production deposition, that Plaintiff-Intervenors had revoked their HIPAA waivers. Counsel for

2

Plaintiff-Intervenors and I spoke several times before the Therapists' depositions about the subpoenas duces tecum. At no point did Counsel for Plaintiff-Intervenors state that the HIPAA waivers had been revoked or that the Therapists would refuse to produce their subpoenaed records.

Under penalty of perjury I declare that the foregoing is true and correct.

Executed this 22nd day of August, 2007 in Tamuning, Guam.

_____
**TIM ROBERTS**

F:\Documents\TLR (07-04)\M108\M108-330\M108-330.Mtn to Compel-Reply-TR Dec

ORIGINAL

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br><hr>JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendant. | CIVIL CASE NO. 06-00028<br><br><br><br><br><br><br><br>PLAINTIFF-INTERVENORS' RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>RECEIVED<br>MAR 16 2007<br>DOOLEY ROBERTS & FOWLER LLP |

///

EXHIBIT 1

1     Plaintiff-Intervenors, JENNIFER HOLBROOK, ROSEMARIE TAIMANGLO and
VIVIENE VILLANUEVA, by their attorneys of record, the Law Offices of Teker, Torres & Teker, P.C., responds and produces documents in accordance with Defendant Leo Palace Resort's First Request for the Production of Documents as follows:

## PRODUCTION OF DOCUMENTS

**Response to Request for Production No. 1.:** Plaintiff-Intervenors have attached all documents in their possession and are still compiling other documents and will immediately provide those to Defendant upon receipt.

    Plaintiff-Intervenors have previously provided the psychological report for Ms. Villanueva and expect to receive summary psychological reports for Ms. Holbrook and Ms. Taimanglo and will immediately produce them upon receipt.

**Response to Request for Production No. 2.:** Plaintiff-Intervenors have attached all documents for employment wages, other than their employment wages at the Leo Palace Resort that are in their possession. They continue to search for other relevant documents and, if found, will immediately provide those to Defendant.

**Response to Request for Production No. 3.:** Plaintiff-Intervenors are not in possession of any documents prepared by Mr. Perez.

    *Respectfully submitted* this 16th day of March, 2007.

TEKER, TORRES & TEKER, P.C.

By: _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*