Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

**FILED**
DISTRICT COURT OF GUAM

AUG 2 2 2007 

**JEANNE G. QUINATA**
**Clerk of Court**

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. <br><br> JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendants. | CASE NO. 1:06-CV-00028 <br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Tim Roberts, hereby certify that on the 22nd day of August, 2007, I caused to be served via

US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101



and via hand delivery on:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

the following documents:

1. Reply to the EEOC's Memorandum in Opposition to Leopalace's: (1) Motion to Compel Testimony and Production of Documents, or in the alternative, to Dismiss Emotional Distress Claims; (2) Motion to Extend Discovery Completion Deadline; (3) Motion for Independent Medical Examination

2. Reply to the Plaintiff-Intervenors' Memorandum in Opposition to Leopalace's: (1) Motion to Compel Testimony and Production of Documents, or in the alternative, to Dismiss Emotional Distress Claims; (2) Motion to Extend Discovery Completion Deadline; (3) Motion for Independent Medical Examination

3. Declaration of Tim Roberts

Dated: August 22, 2007

**Tim Roberts**