ANNA Y. PARK, Regional Attorney
DEREK LI, Supervisory Trial Attorney
GREGORY McCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 894-5072
Facsimile: (702) 894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 28 2007
JEANNE G. QUINATA
Clerk of Court

**UNITED STATES DISTRICT COURT**

**TERRITORY OF GUAM**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CIVIL CASE NO. 06-00028 <br><br> **NOTICE OF LODGING OF ORIGINAL SIGNATURE** |

**ORIGINAL**

COMES NOW the United States and lodges with the Court, the original signature, of the government's Declaration of Angela Morrison in Support of Plaintiff EEOC's Opposition to Defendant's Alternative {Motion} to Dismiss Emotional Distress Claims; Motion to Extend Discovery Completion Deadline; and Motion for Independent medical Examination in the above-captioned matter, a facsimile copy of which was previously filed on August 14, 2007.

Respectfully submitted this 28th day of August, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

Anna Y. Park, Regional Attorney
Derek Li, Supervisory Trial Attorney
Gregory McClinton Senior Trial Attorney
Angela D. Morrison, Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702)894-5072
Facsimile: (702)894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br><br>JENNIFER HOLBROOK; VIVIENE VILLANUEVA; and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br>v.<br><br>MDI GUAM CORPORATION d/b/a LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:06-CV-00028<br><br>DECLARATION OF ANGELA MORRISON IN SUPPORT OF PLAINTIFF EEOC'S OPPOSITION TO DEFENDANT'S ALTERNATIVE [MOTION] TO DISMISS EMOTIONAL DISTRESS CLAIMS; MOTION TO EXTEND DISCOVERY COMPLETION DEADLINE; AND MOTION FOR INDEPENDENT MEDICAL EXAMINATION |

I, Angela D. Morrison, declare and state:

1. I am a Trial Attorney employed at the Las Vegas Local Office, Los Angeles District Office of the United States Equal Employment Opportunity Commission. I have personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff EEOC's Response to Defendant Leo Palace Resort's First Request for Production of Documents to Plaintiff and of Plaintiff-Intervenors' Responses to Defendant's First Request for Production of Documents.

3. Counsel for Defendant took the depositions of Jennifer Holbrook on March 17, 2007, Viviene Villanueva on March 21, 2007, and Rosemarie Taimanglo on March 22, 2007; which depositions I attended.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Letter dated March 21, 2007 from Attorney Phil Torres, counsel for Plaintiff-Intervenors, to Attorney Tim Roberts, counsel for Leo Palace Resort. The letter had attached to it the medical summary reports referenced within the letter but I have not attached them hereto, to protect the privacy of Plaintiff-Intervenors.

5. On July 30, 2007, Counsel for Defendant took the depositions of Dr. Lilli Perez-Iyechad and Dr. Tom Babauta, which depositions I attended.

6. EEOC has never received notice of Defendant's request for Independent Medical Examination of Plainitff-Intervenors specifying the time, place, manner,

conditions, and scope of the examination, and the person or persons by whom its to be made.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2007, at Las Vegas, Nevada.

*Angela D. Morrison*
Angela D. Morrison