**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES
GENERAL**

CASE NO.: CV-06-00028　　　　　　　　　DATE: August 29, 2007
CAPTION: U.S. Equal Employment Opportunity v. Leo Palace Resort

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Peter Santos　　　Electronically Recorded: 1:37:42 - 2:34:56
CSO: B. Benavente

---

**APPEARANCES:**

| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
|---|---|
| Phil Torres | Tim Roberts |
| Angela Morrison (Telephonic) | Seth Foreman |

---

**PROCEEDINGS:**
1) Motion to Compel Testimony and Production of Documents, or in the Alternative, to Dismiss Emotional Distress Claims
2) Motion to Extend Discovery Completion Deadline
3) Motion for Independent Medical Examination

NOTES:
　　1) Motion to Compel Testimony and Production of Documents is granted with the condition that the therapist provide all records and handwritten notes of plaintiff intervenors to defense counsel 3 days after receipt of Court order, by 4:00 p.m.
　　2) Alternative Motion to Dismiss Emotional Distress Claims is deemed premature by Court.
　　3) Motion to Extend Discovery Completion Deadline is granted with the condition that 30 days from the receipt of medical records, defendant's Counsel to designate expert witness to complete deposition.
　　4) Motion for Independent Medical Examination denied.
　　Order to be prepared by Tim Roberts.