ANNA Y. PARK, Regional Attorney
DEREK LI, Supervisory Trial Attorney
GREGORY McCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 894-5072
Facsimile: (702) 894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
AUG 30 2007
JEANNE G. QUINATA
Clerk of Court

**UNITED STATES DISTRICT COURT**

**TERRITORY OF GUAM**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CIVIL CASE NO. 06-00028 <br><br> CERTIFICATE ~~CERTIFIDATE~~ OF SERVICE |

I, MARIE CHENERY, working in the U.S. Attorney's Office, Districts of Guam and the NMI, hereby certify that on the 28th of August, 2007 I served via e-mail a copy of Notice of Lodging of Original Signature to:

Lawrence Teker at L.teker@tttguamlawyers.com and

Tim Roberts at roberts@guamlawoffice.com

_____
MARIE CHENERY
Paralegal