Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant LeoPalace Resort



**FILED**
DISTRICT COURT OF GUAM

SEP 1 0 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT

OF GUAM

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | CASE NO. 1:06-CV-00028 |
| Plaintiff, | ) | |
| vs. | ) | |
| LEO PALACE RESORT, | ) | |
| Defendant. | ) | **MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) | |
| Plaintiff-Intervenors, | ) | |
| vs. | ) | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) | |
| Defendants. | ) | |

Defendant Leopalace Resort hereby moves, pursuant to FRCP 56(b) for partial summary judgment, as more fully described in the accompanying Memorandum in support of the motion. This motion is based upon the Notice of Hearing, this Motion, the supporting Memorandum, filed

ORIGINAL

herewith, the Declaration of Tim Roberts filed herewith, and all documents and pleadings on file in this action.

Dated this 10th day of September, 2007.

DOOLEY ROBERTS & FOWLER LLP

By _____
**TIM ROBERTS**
Attorneys for Defendant

F:\Documents\Thomas L Roberts (07.04)\M108\M108.330 EEOC\Pleadings\M108-330.PSJM-Notice of Mtn