| | |
|---|---|
| **TEKER TORRES & TEKER, P.C.**<br>130 Aspinall Avenue-Suite 2A<br>Hagåtña, Guam 96910<br>Telephone: 671.477.9891<br>Facsimile: 671.472.2601 | **FILED**<br>DISTRICT COURT OF GUAM<br>SEP 1 0 2007<br>JEANNE G. QUINATA<br>Clerk of Court |

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

### UNITED STATES DISTRICT COURT

### DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>        Defendant. | CIVIL CASE NO. 06-00028 |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>        Plaintiff-Intervenors,<br><br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>        Defendant. | **UNOPPOSED MOTION TO EXTEND DISCOVERY, MOTION AND TRIAL DATES** |

///

**ORIGINAL**

Plaintiff-Intervenors hereby move the Court for an Order to extend the deadlines to continue discovery and extend the motion and trial dates. This motion is based on the grounds that at the regularly scheduled hearing held on August 29, 2007, the Court granted, in part, Defendant's motion to conduct further discovery and extended the discovery deadlines to allow additional discovery and depositions with additional time for proper review of discovery by all parties, yet cause only minimal delays to the trial date. Plaintiff-Intervenors' counsel also informed the other parties and wishes to inform the Court of his desire to attend the Bali wedding of his brother-in-law, Samuel S. Teker, set for December 15, 2007 and, therefore, requests a trial date on or before December 4, 2007, if possible. The parties anticipate a four to five day trial.

The undersigned has contacted all parties in this matter and all parties are in agreement with this motion and consent to the extension of dates for future discovery and a new trial date on or about December 4, 2007, as set forth in the Agreement of Hearing Date filed herewith. The above motion is therefore unopposed and Plaintiff-Intervenors request that the Court approve said extensions.

*Respectfully submitted* this 10th day of September, 2007.

TEKER TORRES & TEKER, P.C.

By: _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie
Taimanglo and Viviene Villanueva*

*U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*
District Court of Guam Civil Case No. 06-00028

# CERTIFICATE OF SERVICE

I, PHILLIP TORRES, ESQ., hereby declares as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on September 10, 2007, true and exact copies of the **UNOPPOSED MOTION TO EXTEND DISCOVERY, MOTION AND TRIAL DATES, ORDER MODIFYING SCHEDULING ORDER and AGREEMENT OF HEARING DATE** were served, via hand delivery, on the following:

> Thomas L. Roberts, Esq.
> **Dooley, Roberts & Fowler, LLP**
> 865 S. Marine Corps. Dr., Ste. 201
> Orlean Pacific Plaza
> Tamuning, Guam 96913

and via electronic mail on:

> Angela Morrison, Esq.
> Trial Attorney
> **United States Equal Employment Opportunity Commission**

Dated this 10th day of September, 2007.

_____
PHILLIP TORRES