TEKER TORRES & TEKER, P.C.
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie
Taimanglo and Viviene Villanueva*

FILED
DISTRICT COURT OF GUAM

SEP 1 0 2007

JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant. | CIVIL CASE NO. 06-00028 |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendant. | **AGREEMENT OF HEARING DATE**<br><br>(No oral argument requested) |

----------

///

ORIGINAL

AGREEMENT OF HEARING DATE — PAGE 1 of 3

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1. I, Phillip Torres, am the attorney for the Plaintiff-Intervenors in this matter. I contacted both Plaintiff and Defendant's attorneys in this action to agree upon a date for oral argument on Plaintiff-Intervenors' Motion to Continue future discovery and scheduled dates. All parties waive oral argument.

2. The attorneys for the opposing party are:

> Angela Morrison, Esq.
> Trial Attorney
> **United States Equal Employment Opportunity Commission**
> (702)388-5072
> FAX: (702) 388-5094
> *Attorneys for Plaintiff*
>
> Thomas L. Roberts, Esq.
> **Dooley, Roberts & Fowler, LLP**
> 865 S. Marine Corps. Dr., Ste. 201
> Orlean Pacific Plaza
> Tamuning, Guam 96913
> (671) 646-1222
> *Attorneys for Defendant*

3. All parties in this matter have approved and consented to the continuance of future discovery and scheduled dates. The above motion is unopposed, therefore, no oral argument is requested.

**SUBMITTED BY:**

**TEKER TORRES & TEKER, P.C.**

DATED: September 10, 2007.

By: _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

/ / /

| | |
|---|---|
| 1 | APRROVED AND CONSENTED BY: |
| 2 | U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |

```
 1   APRROVED AND CONSENTED BY:

 2   U. S. EQUAL EMPLOYMENT
     OPPORTUNITY COMMISSION
 3

 4

 5   By: _____
         ANGELA MORRISON, ESQ.
 6       Attorneys for Plaintiff,
         U. S. EQUAL EMPLOYMENT
 7       OPPORTUNITY COMMISSION
         Dated: _____.
 8

 9   DOOLEY, ROBERTS & FOWLER, LLP.

10

11   By: _____
         THOMAS L. ROBERTS, ESQ.
12       Attorneys for Defendant, MDI GUAM
         CORPORATION dba LEOPALACE
13       RESORT MANENGGON HILLS
         Dated: 9/10/07 .
14

15

16

17   U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort
     District Court of Guam Civil Case No. 06-00028
18

19

20

21

22

23

24

25
```

AGREEMENT OF HEARING DATE           PAGE 3 of 3
Case 1:06-cv-00028   Document 61   Filed 09/10/2007   Page 3 of 3