# FRONT OFFICE WORK SCHEDULE

EXHIBIT 9

PENGAD-Bayonne, N. J.

**FRONT**

| SHIFT CODE | |
|---|---|
| A | 08:15 – 14:45 |
| B | 08:15 – 13:00 |
| C | 12:45 – 21:15 |
| D | 09:00 – 17:30 |
| N | 21:15 – 08:15 |
| I | 20:30 – 08:00 |
| E | 20:30 – 09:00 |
| G | 14:00 – 23:30 |
| H | 16:00 – 24:00 |
| J | 08:30 – 17:30 |
| K | 08:30 – 21:20 |
| L | 24:00 – 12:30 |
| T | 08:30 – 16:00 |
| M | 08:30 – 12:30 |

PAY PERIOD : JUN.27 – JUL.10 2004

| NAME OF EMPLOYEE | SU 27 | M 28 | TU 29 | W 30 | TH 1 | F 2 | SA 3 | SU 4 | M 5 | TU 6 | W 7 | TH 8 | F 9 | SA 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | | | | | | | | | | | | | | |
| ROSE | OFF | X | A | A | A | A | OFF | OFF | OFF | A | A | A | A | A |
| LOUISA | OFF | X | J | J | A | Q | A | OFF | A | T | T | T | JC | OFF |
| VIVIENE | A | X | H | A | I | OFF | A | Q | A | H | A | A | A | OFF |
| RALPH | Q | APR | H | H | Q | OFF | Q | Q | OFF | H | H | Q | H | Aq |
| GIGI | X | X | OFF | Q | APR OFF | OFF | A | O | OFF | X | Q | Q | X | A |
| JENNIFER | OFF | X | R | A | OFF OFF | OFF | C | | | R | R | OFF | OFF | O |
| (name) | OFF | Aq | Q | OFF | OFF ABT | ABT | A | X | G | O | OFF | OFF | A | A |
| SANG | A | L | L | M | M | A | N | N | OFF | I | I | M | N | N |
| GREG | OFF | L | L | L | M | OFF | I | OFF | I | OFF | I | L | L | OFF |
| OGASAWARA | OFF | Ieq | L | L | OFF | N | OFF | OFF | E | N | N | L | N | C |
| HAN | OFF | N | N | N | N | N | OFF | N | N | N | N | N | OFF | C |
| RUDY | N | OFF | N | OFF | N | N | N | N | OFF | N | N | N | N | N |
| RONALD | OFF | N | OFF | OFF | N | N | OFF | N | OFF | OFF | OFF | N | OFF | C |
| RODNEY | X | N | OFF | OFF | JC | N | C | N | I | O | O | N | C | C |
| Nil. | | I | I | I | I | D | D | I | I | L | L | L | G | C |

EEOC 0346

# FRONT OFFICE WORK SCHEDULE

### RECEPTION CENTER

**PAY PERIOD : JUN 27 ~ JUL 10 2004**

| NAME OF EMPLOYEE | SU 27 | M 28 | TU 29 | W 30 | TH 1 | F 2 | SA 3 | SU 4 | M 5 | TU 6 | W 7 | TH 8 | F 9 | SA 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | | | | | | | | | | | | | | |
| CHRISTINE | A | ✗ | A | B | B | A | OFF | OFF | A | A | A | A | B | OFF |
| MARY | A | OFF | OFF | A | A | A | A | A | OFF | K+ | A | A | A | A |
| JUN | OFF | Ac | J | J | K | C | OFF | OFF | C | K+ | J | K | K | OFF |
| FRED | C | Ac | O | O | OFF | C | C | C | C | ✗ | C | OFF | OFF | C |
| RITA | C | A | A | O | I | OFF | A | C | A | OFF | OFF | A | OFF | A |
| NIL | I | I | OFF | OFF | I | C | C | I | I | OFF | C | C | C | C |

FRONT

| SHIFT CODE | |
|---|---|
| A | 08:15 – 14:45 |
| C | 12:45 – 21:15 |
| I | 20:30 – 06:00 |
| O | OFF |
| J | 08:30 – 17:00 |
| K | 08:30 – 09:00 |
| B | 06:15 – 13:00 |
| | |
| | |
| | |
| INFO DESK | |

EEOC 0347

# FRONT OFFICE WORK SCHEDULE

PAY PERIOD : JUL 11 – JUL 24 2004

FRONT

| SHIFT CODE | |
|---|---|
| A | 06:15 – 14:45 |
| B | 06:15 – 15:00 |
| C | 12:45 – 21:15 |
| D | 09:00 – 17:30 |
| N | 21:15 – 06:15 |
| J | 20:30 – 09:00 |
| E | 20:30 – 09:00 |
| G | 14:00 – 22:30 |
| H | 16:00 – 24:00 |
| J | 08:30 – 17:00 |
| K | 08:30 – 21:30 |
| L | 24:00 – 12:30 |
| Q | 15:00 – 23:00 |
| M | 08:30 – 12:30 |

| NAME OF EMPLOYEE | SU 11 | M 12 | TU 13 | W 14 | TH 15 | F 16 | SA 17 | SU 18 | M 19 | TU 20 | W 21 | TH 22 | F 23 | SA 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | VL | VL | VL | A | VL | VL | OFF | X | X | OFF | D | D | D | A |
| ROSE | OFF | VL | OFF | A | VL | A | OFF | X | Q | OFF | A | A | Q | A |
| LOUISA | C | A | A | A | OFF | OFF |  |  | Q | A | OFF | A | A | A |
| YVVENE | A | Q | OFF | A | X | A | OFF | A | OFF | A | OFF | A | A | OFF |
| RALPH | C | OFF | OFF | Q | Q | OFF | Q | A | OFF | OFF | Q | OFF | OFF | Q |
| GIGI | Q | OFF | A | OFF | OFF | Q | Q | A | OFF | Q | A | OFF | OFF | Q |
| JENNIFER | X | OFF |  |  | A | A | I |  |  | A | OFF | OFF | OFF | SC |
| SANG | A | N | OFF | OFF | O | A | A | A | C |  | OFF | OFF | C | A |
| GREG | N | N | OFF | OFF | M | N | I | N | I | N | OFF | OFF | N | N |
| OGASAWARA | I | OFF | OFF | I | L | I | I | OFF | OFF | N | I | I | I | I |
| HAN | OFF | N | N | N | N | N | OFF | OFF | N | N | I | N | N | OFF |
| RUDY | N | N | N | N | OFF | N | N | OFF | OFF | N | OFF | N | OFF | N |
| RONALD | OFF | N | OFF | OFF | OFF | N | N | OFF | N | N | OFF | N | OFF | N |
| RODNEY | N | N | OFF | OFF | OFF | N | N | N | N | N | OFF | N | OFF | N |
| SCOTT | N | N | OFF | OFF | X | X | X | X | X |  |  |  | OFF | N |
| NIL | I | I | OFF | OFF | I | I | N | N | I | OFF | I | C | OFF | C |

06:15 ~ 14:45
18:00 ~ 9:15

# FRONT OFFICE WORK SCHEDULE

RECEPTION CENTER

PAY PERIOD : JUL.11 ~ JUL.24 2004

| NAME OF EMPLOYEE | SU 11 | M 12 | TU 13 | W 14 | TH 15 | F 16 | SA 17 | SU 18 | M 19 | TU 20 | W 21 | TH 22 | F 23 | SA 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | | | | | | | | | | | | | | |
| CHRISTINE | A | A | A | A | A | OFF | OFF | A | A | A | A | A | OFF | OFF |
| MARY | A | OFF | OFF | A | A | A | A | A | OFF | A | A | A | A | A |
| JUN | OFF | | C | C | C | C | C | OFF | C | C | C | C | C | C |
| FRED | | | | | OFF | OFF | A | C | C | C | C | OFF | OFF | |
| RITA | C | A | A | C | OFF | | | C | A | OFF | OFF | OFF | A | C |
| MIL | I | I | OFF | C | | | | I | I | OFF | | | C | C |

8:45 START
8:00 END
as per schedule

## FRONT

| SHIFT CODE | |
|---|---|
| A | 06:15 – 14:45 |
| C | 12:45 – 21:15 |
| I | 20:30 – 08:00 |
| O | OFF |
| J | 08:30 – 17:00 |
| K | 08:30 – 21:00 |
| B | 06:15 – 13:00 |
| | |
| | |
| | INFO.DESK |

EEOC 0349

# FRONT OFFICE WORK SCHEDULE

PAY PERIOD : JUL 25 – AUG 07 2004

| NAME OF EMPLOYEE | SU 25 | M 26 | TU 27 | W 28 | TH 29 | F 30 | SA 31 | SU 1 | M 2 | TU 3 | W 4 | TH 5 | F 6 | SA 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | Q | E | OFF | D | D | D | D | C | E | D | D | OFF | D | D |
| ROSE | OFF | OFF | A | A | A | A | A | A | Aoff | A | OFF | A | A | A |
| LOUISA | Q | Q | Q | OFF | OFF | A | A | Q | Q | Q | OFF | A | A | OFF |
| VIVIENE | A | A | A | A | OFF | OFF | OFF | A | OFF | A | A | OFF | OFF | OFF |
| RALPH | Q | OFF | OFF | C | Q | Q | Ng | N | OFF | OFF | Q | Q | Q | N |
| GIGI | Q | OFF | Q | Q | OFF | OFF | C | Q | Q | Q | Q | OFF | Q | Q |
| JENNIFER | | | | | OFF | OFF | | | | | OFF | OFF | OFF | |
| SANO | | | | | | X | X | Q | | OFF | OFF | A | A | A |
| GREG | N | N | N | OFF | OFF | N | N | Q | N | N | N | OFF | N | N |
| OGASAWARA | I | OFF | OFF | I | I | I | I | OFF | OFF | I | OFF | I | I | I |
| SEKINE | OFF | I | I | I | I | I | I | I | I | I | I | VL | I | I |
| RUDY | N | N | N | N | N | OFF | N | VL | VL | VL | VL | VL | N | OFF |
| RONALD | OFF | N | OFF | N | N | N | N | OFF | NOff | N | OFF | N | N | N |
| RODNEY | N | N | N | OFF | N | N | N | N | OFF | OFF | OFF | OFF | N | N |
| NIL | I | | OFF | OFF | OFF | OFF | C | I | I | OFF | O | O | O | C |

FRONT
SHIFT CODE

| | |
|---|---|
| A | 06:15 – 14:45 |
| B | 06:15 – 13:00 |
| C | 12:45 – 21:15 |
| D | 08:30 – 17:30 |
| N | 21:15 – 06:15 |
| I | 20:30 – 08:00 |
| E | 20:30 – 08:30 |
| Q | 14:00 – 22:30 |

EEOC 0350

# FRONT OFFICE WORK SCHEDULE

**PAY PERIOD : JUL_25 ~ AUG,07 2004**

## RECEPTION CENTER

| NAME OF EMPLOYEE | SU 25 | M 26 | TU 27 | W 28 | TH 29 | F 30 | SA 31 | SU 1 | M 2 | TU 3 | W 4 | TH 5 | F 6 | SA 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | C | E | OFF | D | D | D | D | C | E | D | D | OFF | D | D |
| CHRISTINE | A | A | A | OFF | A | OFF | OFF | A | A | OFF | A | A | OFF | OFF |
| MARY | A | OFF | OFF | A | A | A | OFF | A | OFF | OFF | A | A | A | A |
| JUN | OFF | O | O | O | O | O | OFF | OFF | O | O | O | O | O | OFF 13,8 |
| FRED | X5 | O | O | O | OFF | OFF | O | O | O | A | G | OFF | OFF | ~A |
| RITA | X5 | A | A | OFF | OFF | OFF | A | O | A | A | OFF | OFF | A | A |
| NIL | 1 | 1 | OFF | OFF | O | O | C | 1 | 1 | OFF | OFF | C | C | O |

## FRONT

### SHIFT CODE

| A | 08:15 – 14:45 |
|---|---|
| C | 12:45 – 21:15 |
| 1 | 20:30–08:00 |
| O | OFF |
| | |
| | |
| | INFO.DESK |

EEOC 0351



EEOC 0352

# FRONT OFFICE WORK SCHEDULE

PAY PERIOD : AUG.08 ~ AUG.21 2004

RECEPTION CENTER

EEOC 0353

| FRONT SHIFT CODE | |
|---|---|
| A | 06:15 – 14:45 |
| C | 12:45 – 21:15 |
| I | 20:30 – 06:00 |
| O | OFF |
| | |
| | |
| | |
| | INFO.DESK |

| NAME OF EMPLOYEE | SU 8 | M 9 | TU 10 | W 11 | TH 12 | F 13 | SA 14 | SU 15 | M 16 | TU 17 | W 18 | TH 19 | F 20 | SA 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | D | D | E | OFF | D | D | C | D | D | D | D | OFF | C | E |
| CHRISTINE | A | A | A | A | A | A | A | A | A OFF | OFF | A | A | A | OFF |
| MARY | A | A | OFF | X | A | A | A | | A OFF | OFF | A OFF | A | A | C OFF |
| JUN | OFF | C | C | C | C | C | OFF | C | OFF | LATE | C | C | C | C |
| FRED | C | C | A | C | C | C | A | O | I | OFF | C | C | O | A |
| RITA | C | A | A | OFF | O | C | O | O | I | OFF | C | C | A | C |
| NIL | I | I | I | OFF | O | C | O | I | I | OFF | | C | C | C |

MARY/BETH SWITCH DAYS OFF
OPERATIVE 08/17/04

# FRONT OFFICE WORK SCHEDULE

PAY PERIOD : AUG.22 – SEP.04 2004

| NAME OF EMPLOYEE | SU 22 | M 23 | TU 24 | W 25 | TH 26 | F 27 | SA 28 | SU 29 | M 30 | TU 31 | W 1 | TH 2 | F 3 | SA 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | D | D | D | D | D | D | OFF | D | D | OFF | C | E | D | D |
| ROSE | OFF | OFF | OFF | OFF | OFF | D | OFF | OFF | OFF | OFF | OFF | G | C | C |
| LOUISA | OFF | X | OFF | A | A | X | OFF | X | OFF | A | A | A | A | A |
| VIVIENE | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | A | A | A | OFF |
| RALPH | A | A | C | C | A | O | OFF | O | A | A | G | G | C | O |
| JENNIFER | A | OFF | OFF | VL | VL | I | D | OFF | OFF | OFF | OFF | C | C | O |
| YONG HO CHO | I | I | I | I | I | I | I | I | I | I | I | I | I | I |
| OGASAWARA | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF | OFF |
| HAN | OFF | N | N | VL | VL | N | N | N | N | N | N | N | OFF | OFF |
| RUDY | X | OFF | N | N | N | N | N | N | OFF | N | OFF | N | N | OFF |
| RONALD | X | N | N | N | N | N | OFF | N | N | N | N | N | OFF | OFF |
| RODNEY | X | OFF | N | OFF | OFF | N | N | N | N | OFF | OFF | N | N | N |
| JOHN | X | N | N | N | N | N | N | N | N | OFF | OFF | N | N | N |
| DALENA | X | N | OFF | OFF | N | OFF | N | N | N | OFF | OFF | N | N | N |
| MITSUE | | | | | | | | | | | | | | |

FRONT

SHIFT CODE

| A | 08:15 – 14:45 |
|---|---|
| B | 08:15 – 16:30 |
| C | 12:45 – 21:15 |
| D | 09:00 – 17:30 |
| N | 21:15 – 06:15 |
| I | 20:30 – 06:00 |
| E | 20:30 – 06:00 |
| G | 14:00 – 22:30 |

REVISED

# FRONT OFFICE WORK SCHEDULE

PAY PERIOD : AUG.22 - SEP.04 2004

RECEPTION CENTER

| NAME OF EMPLOYEE | SU 22 | M 23 | TU 24 | W 25 | TH 26 | F 27 | SA 28 | SU 29 | M 30 | TU 31 | W 1 | TH 2 | F 3 | SA 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SUZUKI | D | D | D | D | C | C | C | D | D | D | C | OFF | D | D |
| CHRISTINE | A | D *0745* | A | OFF | A | A | OFF | A | X | AA | X | A | A | A |
| MARY | A | *0745 8AM* | A | A | A | A | OFF | D | D | D | D | D | D | D |
| JUN | OFF | O | O | O | O | O | C | C | C | C | C | OFF | OFF | O |
| FRED | O | A | A | A | A | A | A | A | A | A | A | A | A | A |
| RITA | C | C | C | C | OFF | OFF | C | Sx | S | S | S | C | S+ | OFF |
| NIL | C | C | O | O | O | O | O | OFF | O | O | O | O | O | O |

FRONT

| SHIFT CODE | |
|---|---|
| A | 08:15 – 14:45 |
| C | 12:45 – 21:15 |
| I | 20:30 – 06:00 |
| O | OFF |

INFO.DESK

EEOC 0355

LEOPALACE RESORT
Punch Detail Report
05/30/04 -> 06/12/04
Acct:31-5000, all pay rules, all Timekeeper terminal groups

Page 0011
06/15/2004  2:04p

HOLBROOK, Jennifer T.

| DATE | ID IN Dept | 03606 ACTIVITY | 31-5000 OUT ID IN | 7703606 Dept | ACTIVITY | OUT | TOTALS |
|------|------------|----------------|-------------------|--------------|----------|-----|--------|
| Sun 05/30 | Unscheduled | | | | | | |
| Mon 05/31 | Unscheduled | | | | | | |
| Tue 06/01 | Unscheduled | | | | | | |
| Wed 06/02 | Unscheduled | | | | | | |
| Thu 06/03 | Unscheduled | | | | | | |
| Fri 06/04 | Unscheduled | | | | | | |
| Sat 06/05 | Unscheduled | | | | | | |
| Sun 06/06 | Unscheduled | | | | | | |
| Mon 06/07 | 556a | | 1132a | M 11:58a | | 247p | 8.25 |
| Tue 06/08 | Unscheduled | | 1248p | M 118p | | 244p | 8.25 |
| Wed 06/09 | 603a | | 1248p | M 118p | | 244p | 16.50 |
| Thu 06/10 | Unscheduled | | 102p | M 129p | | 243p | 8.25 |
| Fri 06/11 | 602a | | 1256p | M 123p | | 240p | 24.75 |
| Sat 06/12 | 606a | | | | | | 33.00 |

Acct:31-5000                        REG:                   33.00

EXHIBIT
10

EOPALACE RESORT
unch Detail Report
6/13/04 -> 06/26/04
cct:31-5000, all pay rules, all Timekeeper terminal groups

OLBROOK, Jennifer T.

| DATE | ID IN Dept 03606 ACTIVITY | | 31-5000 7703606 ID IN Dept | | ACTIVITY OUT | TOTALS | |
|---|---|---|---|---|---|---|---|
| un. 06/13 | 610a | | OUT 1254p | M 117p | 242p | 8.00 | 8.00 |
| on 06/14 | 609a | | 1257p | M 128p | 241p | 8.00 | 16.00 |
| ue 06/15 | 1242p | | 606p | M 631p | 914p | 8.00 | 24.00 |
| ed 06/16 | Unscheduled | | | | | | |
| hi 06/17 | Unscheduled | | 615a | | | | |
| ri 06/18 | | | 345p | | 242p | 8.50 | 32.50 |
| at 06/19 | 1258p | | 904p | | 241p | 7.00 | 39.50 |
| un. 06/20 | 611a | | 1252p | M 121p | 244p | 8.00 | 47.50 |
| on 06/21 | 614a | | 1257p | M 118p | 242p | 7.50 | 55.50 |
| ue 06/22 | 100p | | 936p | | 914p | 7.50 | 63.00 |
| ed 06/23 | Unscheduled | | | | | | |
| hu 06/24 | 609a | | 133p | M 204p | 247p | 8.00 | 71.00 |
| ri 06/25 | Unscheduled | | | | | | |
| iat 06/26 | 1030a | | 245p | | | 4.25 | 75.25 |

REG: 75.25
SA-: ($8.50)

- Audit Suppressed -

Acct:31-5000

LPR 00736

EOPALACE RESORT
[L]unch Detail Report
6/27/04 -> 07/10/04
[A]cct:31-5000, all pay rules, all Timekeeper terminal groups

[H]OLBROOK, Jennifer T.

| DATE | ID IN Dept | ACTIVITY 03606 | OUT | 31-5000 ID IN Dept 7703606 | ACTIVITY | OUT | TOTALS | |
|---|---|---|---|---|---|---|---|---|
| [S]un 06/27 | Unscheduled | | | | | | | |
| [M]on 06/28 | Unscheduled | | | | | | | |
| [T]ue 06/29 | 1232p | | 545p | | | | 5.25 | 5.25 |
| [W]ed 06/30 | 611a | | 1242p | M 108p | | 242p | 8.00 | 13.25 |
| [T]hu 07/01 | 732a | | 1253p | M 123p | | 240p | 6.75 | 20.00 |
| [F]ri 07/02 | Unscheduled | | | | | | | |
| [S]at 07/03 | 1245p | | 945p | | | | 8.00 | 28.00 |
| [S]un 07/04 | 608a | | 106p | M 132p | | 245p | 8.00 | 36.00 |
| [M]on 07/05 | 606a | | 104p | M 124p | | 230p | 8.00 | 44.00 |
| [T]ue 07/06 | Unscheduled | | | | | | | |
| [W]ed 07/07 | 614a | | 116p | M 142p | | 245p | 8.00 | 52.00 |
| [T]hu 07/08 | 616a | | 1259p | M 100p | | 242p | 8.00 | 60.00 |
| [F]ri 07/09 | Unscheduled | | | | | | | |
| [S]at 07/10 | 1245p | | 1015p | | | | 8.50 | 68.50 |

— Audit Suppressed —

Acct:31-5000        REG:    68.00        OT:    0.50                68.50

HOLBROOK, Jennifer T.

| DATE | ID IN Dept | 03606 ACTIVITY | OUT | 31-5000 ID IN Dept | 7703606 ACTIVITY | OUT | TOTALS |
|---|---|---|---|---|---|---|---|
| Sun 07/11 | 1245p | | 1015p | | | | 8.50 |
| Mon 07/12 | 608a | | 106p | M 137p | | 245p | 8.00 |
| Tue 07/13 | 1219p | | 909p | | | | 8.00 |
| Wed 07/14 | 605a | | 1256p | M 1244p | | 230p | 8.00 |
| Thu 07/15 | Unscheduled | | | | | | |
| Fri 07/16 | Unscheduled | | | | | | |
| Sat 07/17 | 1245p | | 945p | | | | 8.00 |
| Sun 07/18 | 614a | | 1253p | M 123p | | 243p | 8.00 |
| Sun 07/18 | 600p | | 915p | | | | 3.25 |
| Mon 07/19 | 613a | | 1256p | M 127p | | 242p | 8.00 |
| Tue 07/20 | 1247p | | 945p | | | | 8.00 |
| Wed 07/21 | 612a | | 1237p | M 101p | | 102p | 6.25 |
| Thu 07/22 | Unscheduled | | | | | | |
| Fri 07/23 | Unscheduled | | | | | | |
| Sat 07/24 | Unscheduled | | | | | | |

TOTALS: 8.50, 16.50, 24.50, 32.50, 40.50, 48.50, 51.75, 59.75, 67.75, 74.00

Acct:31-5000     REG: 73.50     OT: 0.50

- Audit Suppressed -

Case 1:06-cv-00028   Document 62-6   Filed 09/10/2007   Page 15 of 32
LPR 00744

EOPALACE RESORT
unch Detail Report
7/25/04 -> 08/07/04
cct:31-5000, all pay rules, all Timekeeper terminal groups

IOLBROOK, Jennifer T.

| DATE | ID IN Dept | ACTIVITY 03606 | ID IN Dept 31-5000 7703606 | OUT | ACTIVITY | OUT | TOTALS |
|---|---|---|---|---|---|---|---|
| un 07/25 | 614a | | 104p M 127p | | | 243p | 8.00 8.00 |
| on 07/26 | 616a | | 1248p M 117p | | | 246p | 16.00 |
| ue 07/27 | 1245p | | 945p | | | | 24.00 |
| ied 07/28 | 617a | | 1250p M 115p | | | 244p | 32.00 |
| hu 07/29 | Unscheduled | | 945p | | | | 40.00 |
| ri 07/30 | Unscheduled | | 1245p | | | | 48.00 |
| at 07/31 | 1245p | | 315p | | | | 56.00 |
| un 08/01 | 615a | | 1253p M 122p | | | 247p | 64.50 |
| on 08/02 | 614a | | 1015p M | | | | 72.25 |
| ue 08/03 | 1245p | | 116p M 141p | | | 242p | 7.75 |
| ed 08/04 | 631a | | | | | | |
| hu 08/05 | Unscheduled | | | | | | |
| ri 08/06 | Unscheduled | | | | | | |
| at 08/07 | 430p | | 530p*S | | | | 1.00 73.25 |

— Audit Suppressed —

Acct:31-5000          REG:          73.25

LEOPALACE RESORT
Punch Detail Report
08/08/04 -> 08/21/04
Acct:31-5000, all pay rules, all Timekeeper terminal groups

HOLBROOK, Jennifer T.          03606          31-5000    7703606

| DATE | ID IN | Dept ACTIVITY | | ID IN | Dept ACTIVITY | OUT | TOTALS |
|---|---|---|---|---|---|---|---|
| | | | OUT | M IN | | | |
| | | | | M 141p | | 244p | 8.00 |
| Sun 08/08 | 616a | | 114p | | | | 8.00   8.00 |
| Mon 08/09 | 1241p | | 915p | | | | 7.50   15.50 |
| Tue 08/10 | 1245p | | 1019p | | | | 8.50   24.00 |
| Wed 08/11 | 615a | | 400p | | | | 8.75   32.75 |
| Thu 08/12 | 615a | | 315p | | | | 8.00   40.75 |
| Fri 08/13 | Unscheduled | | | | | | |
| Sat 08/14 | 1240p | | 1008p | | | | 8.50   49.25 |
| Sun 08/15 | 615a | | 315p | | | | 8.00   57.25 |
| Mon 08/16 | Unscheduled | | | | | | |
| Tue 08/17 | 612a | | 102p | M 129p | | 245p | 8.00   65.25 |
| Wed 08/18 | 604a | | 145p | | | | 6.75   72.00 |
| Thu 08/19 | Unscheduled | | | | | | |
| Fri 08/20 | Unscheduled | | | | | | |
| Sat 08/21 | 1245p | | | | | | 3.00   75.00 |

- Audit Suppressed -

Acct:31-5000          REG:    65.75          OT:    9.25          65.25   72.00          3.00   75.00



AUG 3 0 2004

TO:      LEO PALACE MANAGEMENT
FROM:    JENNIFER HOLBROOK
RE:      LETTER OF RESIGNATION
DATE:    AUGUST 28, 2004

I WOULD LIKE TO INFORM THE LEO PALACE MANAGEMENT THAT I WILL BE RESIGNING AS OF TODAY AUGUST 28, 2004. I FEEL THAT MANAGEMENT DOES NOT APPROPRIATELY TAKE CARE OF THEIR STAFF IN MANY MATTERS. I AM SADEN TO LEAVE THIS COMPANY IN SUCH A WAY; THANK YOU FOR THE OPPORTUNITY.

Thank you,

Jennifer Holbrook

P.S.

To also find out about a immediate family member. my mother having cancer (uterus) which needs immediate attention.



EXHIBIT
11

# TEKER TORRES & TEKER, P.C.

Lawrence J. Teker
Phillip Torres
Samuel S. Teker

Suite 2A, 130 Aspinall Avenue
Hagåtña, Guam 96910-5018
Telephone: (671) 477-9891/4
Facsimile: (671) 472-2601
Email: L.teker@ttguamlawyers.com

Of Counsel:
Nagatomo Yamaoka

August 19, 2004

<u>VIA FACSIMILE NO.: 471-0035</u>

Mae Paulino
*Human Resources Manager*
Leo Palace Resort
Menenggon Hills, Yona, Guam

> Re: *Rosemarie Taimanglo, Jennifer Holbrook and Viviene Villanueva - Sexual Harassment Claims Against Leo Palace Resort.*

Dear Ms. Paulino:

Please find enclosed a letter of this date from Lilli Perez Iyechad, PhD recommending that Ms. Holbrook and Ms. Taimanglo be given a two-week leave of absence from work commencing today. I am forwarding the letters at clients' request. Should you have any questions or comments feel free to contact me at my office.

Sincerely,

Phillip Torres

EXHIBIT
12

C:\File3\Holbrook et al. - Leo Palace\002.ltr.wpd

# Family Pacific

Licensed Individual, Marriage & Family Therapist - Play Therapist

Lilli Perez Iyechad, PhD; Tom Babauta, MSW, ACSW; LisaLinda Natividad, MSW

## THIS INFORMATION IS CONFIDENTIAL

August 19, 2004

To:       Mr. Satoshi Suzuki
          Front Office Manager
          MDI – Leo Palace

From:     Lilli Perez Iyechad, PhD
          Individual, Marriage & Family Therapist

Subject:  Verification of Treatment Schedule
          RE: Holbrock, Jennifer T.

Please note that Ms. Holbrock is under my care and I am recommending that she be given a two-week leave of absence from work, to commence on August 19 and conclude on September 2, 2004. Ms. Holbrock will remain in my care during her absence from work.

If you have any questions about this matter please feel free to contact me at the address and number provided. In advance, I thank you for your cooperation and attention to this matter.

Lilli Perez Iyechad, PhD
Individual, Marriage & Family Therapist

cc: file copy

193 Tumon Lane • Suite 609 • Tamuning, Guam 96913 • Phone: (671) 649-5715 • Fax: (671) 649-5716

EEOC 0055

## SUPPLEMENTAL DECLARATION

1.    In 2004 I worked for Leo Palace Resort ("Leo Palace") as a front desk employee. That employment was my second tenure working for the company.

2.    Every morning I interacted with the managers so I had a familiarity with them, most especially with Messrs. Maruyama, Iijima and Suzuki.

3.    After the August 11th meeting with human resources and their decision to not immediately terminate Christine Camacho, I, Vivienne Villanueva and Rosemarie Talmanglo decided to see a lawyer. Our counsel sent a letter to Leo Palace on August 16, 2005 and, on August 17, 2005, I was confronted by Mr. Maruyama who in an angry, hostile and loud voice, asked me why I was making a sexual harassment complaint against him. I explained that I was not doing so against him, I was doing so against the company. His response was, "I am the company," and he told me the complaint was a personal afront against him. Rosemarie Talmanglo observed the exchange with Mr. Maruyama and told me she felt afraid for us witnessing Mr. Maruyama being "up in my face." From that point forward, I was made to feel like a pariah by management. When I would make eye contact they would quickly turn away or stare me down in a hostile manner.

4.    Every morning at work, I came in contact with customers, management and other employees. It quickly became clear that many of the employees working for Leo Palace knew of our sexual harassment allegations. Other employees acted differently towards me, causing me to be very self conscious about everything I did and said at work. They were always wanting to know what was going on but I also kept my business to myself.

5.    I saw a marriage, family and behavior counselor after we decided to move forward with our claims and although my counselor strongly suggested I take time off, I decided that



EXHIBIT

13

I didn't want to, that I could stick it out because I knew that Rose Taimanglo and Vivienne Villanueva were going on ordered sick leave, leaving a shortage of three (3) staff out. Also, I did not have paid sick leave and I needed to work to support myself and my two (2) year old son.

6. I liked my job and I didn't want to lose it. I just wanted to work in a non-hostile environment and once Ms. Camacho was gone I thought things would change.

7. Being that I am bilingual, speaking English and Japanese, I communicated with Mr. Suzuki and Mr. Iijima in English or Japanese. When they spoke in Japanese, I understood what they were saying and after the termination of Ms. Camacho they would often speak in hushed tones around me while looking at me in an intimidating way. It made me feel like I was a villain and created a stressful work environment. Thereafter, I was treated differently when ever I spoke to other management personnel, often times not even being acknowledged.

8. I went into work one Saturday morning and found that my hours had been cut and instead of being off at 2:45 p.m. I was to be off at 1:30 p.m. My hours were cut despite the fact that we were short three (3) staff. When I confronted Mr. Sekine and Mr. Suzuki about my time, I did not get a response and then was told that it was a mistake. If it was truly a mistake I think he would have immediately told me so. Mr. Suzuki is efficient and has never once made a mistake on my time or anyone else's that I am aware of. He always guaranteed me forty (40) hours of work each week.

9. I quickly realized that management's breaching of our confidential complaint and reducing my work hours were retaliatory against me and once I understood the company didn't want me there, I felt I had no other reasonable response but to quit. I did not think I had the option of confronting management about it and having them treat me like other employees because Mr.

Page 3 of 4

Case 1:06-cv-00028    Document 62-6    Filed 09/10/2007    Page 25 of 32    EEOC 0013

Maruyama had made it clear how he viewed my actions and the rest of management was just following through on his attitude.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _17th_ day of November, 2005.

_[signature]_

**JENNIFER HOLBROOK**

# STATEMENT

In May 2004, Christine Camacho was hired to work as a front desk clerk at Leo Palace Resort ("Respondent"). I was hired by Respondent in May 2004 and worked as a front desk clerk. We were co-workers at the front desk. During the time that we worked together, Ms. Camacho consistently used vulgar language and sexual references in front of me and other front desk co-workers and, on occasion, guests of the hotel.

Since June 2004, I have been subjected to verbal and physical sexual harassment by Christine Camacho. Ms. Camacho also engaged in sexually assaultive behavior at the workplace. In early June, Ms. Camacho grabbed my arm and raised it up to her breast. She was not fooling around and I was offended. I yanked my arm away and angrily yelled at Ms. Camacho to stop behaving that way.

On July 7, 2004, Ms. Camacho walked up behind me and slapped me across the buttocks in an extremely hard manner. I screamed and was very upset. The sound of the slap and my loud scream caused Mr. Hong, the assistant sales manager for the Company, to come out of his office behind the front desk to see what had happened. Mr. Hong asked what happened and despite being I told him what had occurred. He did nothing! After Ms. Camacho slapped me she told me, "Sorry, I just can't help myself around you."

I complained to Rosemarie Taimanglo about the harassing behavior of Ms. Camacho. She told me that she has repeatedly warned Ms. Camacho about her conduct and that the Respondent was aware. I was told that they wouldn't take any action, that we all had to deal with Christina. Whenever I worked with Christina things were extremely stressful. She consistently used foul language and wanted to relay vulgar stories about here and her gay lover. I tried to ignore her but it just became a pervasively tense time whenever we worked together.

After I complained about the sexual harassment, I was harassed and intimidated by the General Manager, Yutaka Maruyama, . Mr. Maruyama yelled at me in front of another co-worker, Rosemarie Taimanglo. Also, after I complained on August 16, 2004, my work hours were reduced from five (5) days a week to four (4) days a week.

This Declaration supplements my Claim for Sexual Harassment submitted earlier this month by my attorney and I adopt the statements set forth in the Claim. I believe I have been a victim of sexual harassment by my co-worker, Christine Camacho. The hostile environment at the front desk was severe and pervasive and even though Respondent knew of my complaints, and the complaints of others, it acted unreasonably by doing nothing to help us or to change the situation.

I want this charge filed with the EEOC. I will advise the agency if I change my address or telephone number and cooperate fully with it in the processing of my charge in accordance with its procedures.



EXHIBIT
14

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of December, 2004.

**JENNIFER HOLBROOK**



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Honolulu Local Office

300 Ala Moana Boulevard, Room 7-127
P. O. Box 50082
Honolulu, HI 96850-0051
(808) 541-3120
TTY (808) 541-3131
FAX (808) 541-3390

April 5, 2005

TO:          FILE

FROM:    Raymond J. Griffin Jr., Investigator

RE:          Jennifer Holbrook v. Leo Palace Resort
               EEOC Charge No. 378-2005-00175



## Interview with Charging Party

Holbrook (CP) previously worked for Respondent from January-August 2001 as a Front Desk Representative. In June 2004, CP was hired to worked a s Front Desk Clerk.

A few days after she began working, CP noticed Camacho was a "butch" (lesbian) and tried to stay away from her. Camacho openly discussed her sexually experiences with her girlfriend. According to CP, Camacho's girlfriend worked in housekeeping.

CP maintains Camacho made lewd, offensive comments at least 3-4 times a week to her. For example, CP recalls Camacho asking her, "have you ever went down on a girl?" Camacho talked about performing oral sex on women who were menstruating and how she enjoyed the taste of blood. CP contends that she was offended by CP's vulgar comments and asked her to stop. However, Camacho failed to comply. CP complained to Rose Taimanglo about the behavior. CP is aware that Taimanglo reprimanded Camacho about her offensive behavior to no avail

Sometime in July 2003, CP contends that Camacho "slapped her butt" and told her how she could not help herself. Although one of the Hotel Manager (Mr. Hong) was aware of the incident, he failed to do anything. She informed Camacho that her behavior was not welcome. Subsequently, upper management and HR went were made aware of the behavior, but failed to take corrective action.

As a result, CP was subjected to further sexual harassment. CP asserts Camacho tried to put her hand under her skirt on a few occasions. CP claims that she had to result to defending herself by "kicking" Camacho to get her to stop. In response, Camacho would say "I wonder if you are that aggressive in bed." Other times, Camacho would try to grab her hand and put it on her breasts. Again, CP rejected her advances.

On or about August 10, 2004, CP confirms discussing her concerns about Camacho's harassment to HR manager May Paulino. CP denies Paulino said the sexual harassment was a sensitive matter and that it needed to be corrected immediately. Rather, it was her who made a statement to that effect. After Camacho's discharge, CP acknowledged her and two other CP s (R. Taimanglo and Viviene Villanueva) retained legal counsel and were advised to go see a therapist because of their ordeal with sexual harassment. The therapist recommended all three females take two weeks off from work. CP contends Respondent was aware of the situation and encouraged her to take the time off. CP contends that she was OK and wanted to continued working as normal. . However, Respondent reduced her hours from 5 days to 3 days a week.

Sometime in mid September 2004, Respondent was given official notice (from their attorney) of pursuing sexual harassment claim that the CP s were going to pursue against Respondent. CP recalls Hotel manager (Mr. Murayama) confronted her yelling *"How could you do this to me?"* CP contends Muruyama's actions were intimidating and harassing. Within a week, CP resigned because she did not feel comfortable working for Respondent.