CAMACHO, CHRISTINA M.

EXHIBIT

1 l

# PALACIOS SECURITY AGENCY

P.O.Box 24433 GMF
Barrigada, GU 96921-4433

Tele/Fax: 477-0501

Adolpho Palacios
President

August 16, 2004

To:      Ms. Mae Paulino/HR

Subject:  Incident Report, Re: Terminated Employee

On 8/14/04, I was with Mr. Ijima at Condo-E, interviewing the Guest of #409, regarding a missing jewelry bag. After finishing at Condo-E, we went over to talk with Lito at Condo-C. A GPD Officer was with us.

At 11:40AM, 8/14/04, we were at Condo-C to talk with Lito. While at Condo-C, the Cell phone of Mr. Ijima rang. Mr. Ijima was talking, in Japanese, and my impression is that he was talking with someone higher than him, because in the way he was talking. After finishing talking, Mr. Ijima remarked to the effect, about a terminated employee now being at the Hotel staying. I later gathered that it was Christina Camacho.

We went to the Hotel about 12:30PM. Mr. Ijima instructed me to placed a Security Guard on the Lobby Floor, because of the subject terminated employee. I instructed a Security Guard to remain on the Lobby Floor, until the Front Desk employees get off at 2:45PM.

While at the Lobby, I asked one of the Front Desk Clerk where is the subject employee staying. I was told that the Subject employee is staying at Condo-C second, but as a Guest of an active Employee, who rented the room. I did not ask for the name of the Renter. I also asked the Front Desk Clerk what time they would be getting off. I was told it would be at 2:45PM. I told them that the Security Guard will accompany them to time-out, and that I will be Upstairs when they will board the Van to the Employee Parking Lot.

At 2:45PM, the three (3) Front Desk Clerk exited the Hotel and boarded the Van. I followed the Van to the Employee Parking Lot, where all three employees entered their individual vehicles. Their vehicles were parked almost next to each other in the area outside the Employee Parking Lot. This is the area by the road.

All three vehicles left at the same time. I was behind the last car.

On this day, 8/14/04, Security did not receive any complaint about the subject employee being on the premises. And I did not know of any incident occurring because of the subject terminated employee being on the premises. But upon learning that the terminated employee was on premises, I took precautionery measures to make sure that the Front Desk Clerks are not disturbed by the subject. I also made sure that they are safe going home after work.

Submitted for your information and record.

Captain A. B. Palacios, MPA (Ret. GPD)
President, General Manager



**PALACIOS SECURITY AGENCY**

P.O.Box 24433 GMF
Barrigada, GU 96921-4433
Tele/Fax: 477-0501

Adolpho Palacios
President

## FOR THE RECORD

On Friday (8/13/04), Human Resources (HR) requested my presence at their office, to escort an employee out of LPR premises, once the employee is served with a termination notice.

An employee named: Christina CAMACHO was served a termination notice in HR office. Upon receipt of the notice, the employee left, and was escorted by the Security Guard, from the HR office to the employee exit door upstairs. I was outside at the parking lot. The terminated employee boarded onto a Pickup Truck and headed towards the ARCH. I followed from behind, all the way to the ARCH. The employee exited the ARCH without incident.

It is a standard procedure that when LPR is serving a termination notice to an employee, that a Security Guard is requested to be present in the office. Then the Guard would escort the employee out of the premises.

Captain A.B. Palacios, MPA
Retired Guam Police
President/General Manager

TO: MS. MAY POULINO , MANAGER
HUMAN RESOURCES DEPARTMENT.

FOR THE FIRST, I WAS DESAPPOINTED IN THIS CASE.
AS YOU KNOW I AM WORKING LEOPALACE MORE THAN 5 YEARS.
I TRY MY BEST TO COOPERATE WITH CO-WORKER FOR BEHAFE OF
COMPANY SINCE I WAS TRANSFERRED HERE FROM JAPAN.

IT WAS HAPPENED ABOUT END OF JUN THIS YEAR.
I RECEIVED A COMPLAINT FROM MS. ROSE WHO GOT A HARASSMENT
FROM MS. CHRISTINA.
AT JUN 30, MR GREG & MS ROSE HAD A MEETING REGARDING
THIS CASE. THEY WERE DECIDED COMPLAINT TO PARSONAL OFFICE
WITHOUT ME. THAT I HEARD.

WITHOUT ME MEANS I AM SO BUSY AND MY ENGLISH IS NOT WELL
AND THEY CAN MAKE A SETTLEMENT THEMSELVES.
THEY SAID.AFTER THAT I NEVER RECEIVE THIS COMPLAINT FROM
THEM AND OTHER CO-WORKER.
I THOUGHT THIS CASE WAS SETTLE IN MY JUDGMENT.

SOMEDAY MS. ROSE ASKED ME ABOUT MS. CHRISTINA FOR FIRE
WHATEVER THAT TIME,WE NEED MORE STAFF(SHORT STAFF) SO
I COULD SAY AS SOON AS POSSIBLE WHEN WE GET A NEW
CO-WORLER.
AND ALSO THAT TIME , I NEVER HEARD STILL CONTINUALLY
HARASSMENT.

AT JULY 30, I SAW THEM (ROSE & CHRISTINA) WORKING TOGHTHER
MS. ROSE REQUEST MS.CHRISTINA FOR WORK DURLING THE SHORT
STAFF.
BUT I NEVER THOUGHT STILL CONTINUALLY HARASSMENT.
I DECLARE THAT I WROTE TRUE AND BELIEF.

FRONT DESK
MANAGER
S. SUZUKI

LPR 00004

On August 11, 8:15 AM
May Paulino HR Manager and Cristina Camacho ( Front Desk Clerk)

May:   Cristina, approximately a month and a half ago, you were verbally warned about physical harassment against another employee.

Cristina:   Yes, I think that was awhile back.  It was Viviane.  Since then I don't Joke or do anything to her.

May:  Did you slapped Jennifer's Butt?

Cristina:   Yes, All she said was like "Hello". then she said that she felt very Uncomfortable. May, we all joke around upstairs. Like Rose, she Asked what is for breakfast. Is it sausage. And I said yeah, I like pancakes. May they ask me about my personal life. I am a Lesbian. And when they ask me. I just tell them out straight. Rose will ask me Who I slept with, or how do I eat pussy from the side. I won't do any Harm to them....but they never told me to stop. We all joke. All of us. We all laugh.

May:   Did you ever joke to guest?

Cristina:   No.

May:   At one time, a guest just married came to front desk and was holding a candle. You told the guest that, the candle is a vibrator?

Cristina:   I don't remember. I think so. And the guest just laughed.

May:   Cristina, You don't talk dirty jokes to guest. They might not know what you are saying that moment, but sooner or later they will. And am sure they won't appreciate. Then when they get to Japan, they will complaint at home office.

Cristina:   It won't happen again. I need this job. Please....

May:   I will talk to management and will get back to you as to what the decision would be.

Cristina:   Okay.



LPK 00005



**LEOPALACE**
**• RESORT •**
COUNTRY CLUB
MANENGGON HILLS

# PERSONNEL ACTION FORM
No.: 04-659

| CAMACHO, Christina M. | | |
|---|---|---|
| NAME | SOCIAL SECURITY NO. | DATE OF BIRTH |
| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | |
| TELEPHONE NO. | MAILING ADDRESS | |
| 03589 | Front Desk | 31-5000 |
| EMPLOYEE NO. | DEPARTMENT | DEPARTMENT NO. |

| RELEASED | 08/13/04 | 05/10/04 |
|---|---|---|
| ACTION | EFFECTIVE DATE | DATE OF HIRE |
| FROM | | TO |

| | |
|---|---|
| Position: Front Desk Clerk | Position: |
| Department: Front Desk | Department: |
| Salary: $6.00   Exemption: | Salary:   Exemption: |
| | [ ] INTRODUCTORY PERIOD |
| Remarks: | |
| | [ ] Recommend Approval  [ ] Recommend Disapproval |
| REQUESTED BY | |
| | SIGNATURE |

| May Paulino | *[signature]* | 8/13/04 |
|---|---|---|
| PERSONNEL MANAGER | SIGNATURE | DATE |
| DIRECTOR OF ADMINISTRATION | SIGNATURE | DATE |
| GENERAL MANAGER | SIGNATURE | DATE |

FOR INTERNAL USE ONLY

LPR 00006

```
===================== PERSONAL DATA =====================

    EMPNO: 03589

RST NAME: Christina   MI: M      BUS. PHONE:                  EXT:
AST NAME: Camacho
NICKNAME: Christina              HOME PHONE: (671)
                                 STREET1:
    SSNO:                        STREET2: P.O. Box 1166
RTH DATE:            AGE: 25       CITY: Hagatna          ST: GU
    SEX: F                        ZIP: 96932        CTRY:
THNIC ID: C
  MARRIED: S                 ORIG HIRE: 05/10/04  LAST HIRE: 05/10/04
 HANDICAP: N    MILITARY:   ADJ SEN DATE: 05/10/04   YEARS:100
VIET VET: N  DISABLED VET: N   RECRUITER:              SOURCE:
  CITIZEN: USA
I-9 VERIF:    RENEW DATE:  / /        UNION:       UNION DATE:  / /
  VISA:         FSM:            :              MISC4: 0.00

===================== CURRENT JOB =====================

PERF EFF DATE:   / /            JOB CODE:   0-C01  START: 05/10/04
REVIEW RATING:                  JOB TITLE: FRONT DESK CLERK
  NEXT REVIEW:   / /            SALARY GRADE: 01     EXEMPT: N
                                 EEO CLASS: 4      JOB GROUP:
  PAY EFF DATE: 05/10/04       SALARY HOURLY: H    SEASONAL: N
  REASON CODE: NEW HIRE
     PAY RATE: 6.0000   PER: H    SUPERVISOR#:
XT PAY REVIEW:   / /                  DIVISION: 1000
  HOURS-UNITS: 80.0000   PER PAY FREQ B  DEPARTMNT: 600
       SHIFT:    PREMIUM: 0.0000       LOCATION:         M/S: S
NNUALIZED PAY: $12,480.00       EMPLOY STATUS: TFT
                                ACTIVE STATUS: A           COBRA: N
AST INCR %: 0    COMPARATIO: 90.57   TERM DATE: 08/13/04  TERM TYPE:
AST INCR $: 0           DATE:  /      REASON: RELEASED    REHIRE:

ILING:S-1        EDUCAT:              HOUSE:0.00              :0.00

===================== JOB HISTORY =====================

FF DATE REASON     TITLE          STA    PAY RATE /  HRS  ANNUAL PCT RATING
------- ------    ------------    ----   ---------- ----- ------ --- ------
)5/10/04 NEW HIRE FRONT DESK CLERK  TFT     6.0000 H 80.00  12480   0
```

DOES NOT UTILIZE-REGISTERED

LEOPALACE RESORT
EMPLOYEE PROFILE

Camacho, Christina M

```
============================== DEPENDENTS ==============================
E    FIRST NAME    LAST NAME    SEX    BIRTH    AGE    SSNO    INS OTHER
---  -----------  -----------   ---   -------   ---   ------   ---  -----
```

No Dependent Records for:  Camacho, Christina M

```
============================== BENEFITS ===============================
                                        EMPL         DEP           EMPL
BENEFIT      EFF.DATE   EXP.DATE  COVERAGE  PREMIUM   PREMIUM   CONTRIB   PER
---------    --------   --------  --------  --------  --------  --------  ---
```

No Benefit Records for:  Camacho, Christina M

```
============================== WELLNESS ===============================
ER CONTACT: Mike Camacho          DATE NEXT PHYSICAL:    /  /
     PHONE: (671)                  DATE LAST PHYSICAL:    /  /
  RELATION: Uncle                              RESULT:

   ADDRESS:       :                DATE NEXT DRUG TEST:    /  /
                                   DATE LAST DRUG TEST:    /  /
                                               RESULT:

AJOR          CHRONIC       WELLNESS
LLERGIE(S):   CONDITION(S): PROGRAM(S):  HEIGHT: 0.0    BLOOD TYPE:   RH:
  .           1.            1.           WEIGHT:  0    DONATION DATE:   /  /
  .           2.            2.           AGE: 26       DATE ELIGIBLE: 00/00/00
  .           3.            3.

TES:
```

UNREGISTERED
DOSPRN



### LEOPALACE
### • RESORT •
### COUNTRY CLUB
### MANENGGON HILLS

# PERSONNEL ACTION FORM
### No.: 04-498

| CAMACHO, Christina M. | | |
|---|---|---|
| NAME | SOCIAL SECURITY NO. | DATE OF BIRTH |
| | P.O. Box 1166 Hagatna, Guam 96910 | |
| TELEPHONE NO. | MAILING ADDRESS | |
| 03589 | FRONT DESK | 31-5000 |
| EMPLOYEE NO. | DEPARTMENT | DEPARTMENT NO. |

| NEW HIRE - TEMPORARY FULL TIME | 05/10/04 | 05/10/04 |
|---|---|---|
| ACTION | EFFECTIVE DATE | DATE OF HIRE |
| **FROM** | | |
| Position: | Position: FRONT DESK CLERK | |
| Department: | Department: FRONT DESK | |
| Salary: | Exemption:<br>[ ] ANNUAL | Salary: $6.00 | Exemption:<br>[ ] INTRODUCTORY PERIOD |
| Remarks: | | |
| | [ ] Recommend Approval  [ ] Recommend Disapproval | |
| SPECIAL ISSUED | SIGNATURE | DATE |

| May Paulino | _(signature)_ | 5/11/04 |
|---|---|---|
| PERSONNEL MANAGER | SIGNATURE | DATE |
| DIRECTOR OF ADMINISTRATION | SIGNATURE | DATE |
| GENERAL MANAGER | SIGNATURE | DATE |

_05/12/04_
_Forwarded copy_
_to ___

FOR INTERNAL USE ONLY

LPR00009

LEOPALACE RESORT
EMPLOYEE PROFILE

====================== PERSONAL DATA ======================================

EMPNO: 03589

RST NAME: Christina     MI: M     BUS. PHONE:        EXT:
AST NAME: Camacho
NICKNAME: Christina          HOME PHONE: (671)
                    STREET1:
SSNO:                    STREET2: P.O. Box 1166
RTH DATE:       AGE:         CITY: Hagatna          ST: GU
SEX:                     ZIP: 96932      CTRY:
THNIC ID: C
MARRIED: S               ORIG HIRE: 05/10/04   LAST HIRE: 05/10/04
HANDICAP: N     MILITARY:      ADJ SEN DATE: 05/10/04     YEARS:100
VIET VET: N   DISABLED VET: N    RECRUITER:          SOURCE:
CITIZEN: USA
-9 VERIF:     RENEW DATE:   /  /     UNION:       UNION DATE:   /  /
VISA:        FSM:              :          MISC4: 0.00

====================== CURRENT JOB ======================================

PERF EFF DATE:   /  /       JOB CODE: 620-C01   START: 05/10/04
REVIEW RATING:          JOB TITLE: FRONT DESK CLERK
NEXT REVIEW:   /  /      SALARY GRADE: 01      EXEMPT: N
                       EEO CLASS: 4    JOB GROUP:
PAY EFF DATE: 05/10/04      SALARY/HOURLY: H    SEASONAL: N
REASON CODE: NEW HIRE
PAY RATE: 6.0000     PER: H      SUPERVISOR#:
XT PAY REVIEW:   /  /            DIVISION: 1000
HOURS-UNITS: 80.0000    PER PAY FREQ B   DEPARTMNT: 600
SHIFT:      PREMIUM: 0.0000      LOCATION:        M/S: S
NNUALIZED PAY: $12,480.00      EMPLOY STATUS: TFT
                       ACTIVE STATUS: A       COBRA: N
AST INCR %: 0    COMPARATIO: 90.57    TERM DATE:   /  /   TERM TYPE:
AST INCR $: 0        DATE:   /  /      REASON:        REHIRE:

ILING:S-1      EDUCAT:           HOUSE:0.00           :0.00
====================== JOB HISTORY ======================================

| FF DATE | REASON | TITLE | STA | PAY RATE | / | HRS | ANNUAL | PCT | RATING |
|---------|--------|-------|-----|----------|---|-----|--------|-----|--------|
| 5/10/04 | NEW HIRE | FRONT DESK CLERK | TFT | 6.0000 | H | 80.00 | 12480 | 0 | |

**ENTERED**
DATE: 5/10/04

```
=================== DEPENDENTS ===================================
```

PE   FIRST NAME   LAST NAME     SEX   BIRTH   AGE    SSNO    INS OTHER

```
---- ----------- ----------------- --- ----- ---- ---------- --- ----------
```

No Dependent Records for: Camacho, Christina M

```
=================== BENEFITS =====================================
```

| BENEFIT | EFF.DATE | EXP.DATE | COVERAGE | EMPL PREMIUM | DEP PREMIUM | EMPL CONTRIB | PER |
|---------|----------|----------|----------|--------------|-------------|--------------|-----|

No Benefit Records for: Camacho, Christina M

```
:=================== WELLNESS =====================================
```

ER CONTACT: Mike Camacho       DATE NEXT PHYSICAL:   / /
    PHONE: (671) ███████     DATE LAST PHYSICAL:   / /
  RELATION: Uncle             RESULT:
   ADDRESS: ███████
       :              DATE NEXT DRUG TEST:   / /
                      DATE LAST DRUG TEST:   / /

AJOR      CHRONIC     WELLNESS            RESULT:
LLERGIE(S): CONDITION(S): PROGRAM(S):
           1.         1.     HEIGHT: 0.0    BLOOD TYPE:    RH:
           2.         2.     WEIGHT:   0   DONATION DATE:   / /
           3.         3.       AGE:   25   DATE ELIGIBLE: 00/00/00

OTES:



LEOPALACE
• RESORT •
COUNTRY CLUB
MANENGGON HILLS

# EMPLOYMENT PERSONAL INFORMATION

PERSONAL DATA

NAME (LAST, FIRST, MI): _Camacho, Christina M._

SOCIAL SECURITY NO.: ▮▮▮▮▮

DATE OF BIRTH (MONTH/ DATE/ YEAR) ▮▮▮▮▮ AGE: _25_

HOME ADDRESS: ▮▮▮▮▮

MAILING ADDRESS: _P.O. Box 1166 Hagatña Guam_

HOME TELEPHONE: ▮▮▮▮▮

EMERGENCY CONTACT INFORMATION

CONTACT NAME: _Mike Camacho_

RELATIONSHIP: _uncle_

DAYTIME PHONE: ▮▮▮▮▮ EVENING PHONE: ▮▮▮▮▮

HOME ADDRESS: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOR OFFICE USE ONLY

Employee No.: _03589_

Date of Hire: _05/10/04_

Rate of Pay: _$6.00_

Position/ Title: _FRONT DESK CLERK_

Department: _FRONT DESK_

Kronos No.: _7703589_

Processed By: _Smill_

PAF No.: _04-198_

Exemption: _S-1_

Status: RFT (RFT) TPT

Account No.: _31-5000_

FOR INTERNAL USE ONLY

# Form W-4 (2004)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2004 expires February 16, 2005. See Pub. 505, Tax Withholding and Estimated Tax.

**Note:** You cannot claim exemption from withholding if: (a) your income exceeds $800 and includes more than $250 of unearned income (e.g., interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2004. See Pub. 919, especially if your earnings exceed $125,000 (Single) or $175,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 to initiate a name change and obtain a social security card showing your correct name.

---

## Personal Allowances Worksheet (Keep for your records.)

A   Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . **A** _____

B   Enter "1" if: 
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

. . **B** _____

C   Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . **C** _____

D   Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . **D** _____

E   Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . **E** _____

F   Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . **F** _____

(Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G   Child Tax Credit (including additional child tax credit):
- If your total income will be less than $52,000 ($77,000 if married), enter "2" for each eligible child.
- If your total income will be between $52,000 and $84,000 ($77,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have four or more eligible children. . . . . . . . . . . **G** _____

H   Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. . ► **H** _____

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $35,000 ($25,000 if married) see the **Two-Earner/Two-Job Worksheet** on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.

---

**Cut here and give Form W-4 to your employer. Keep the top part for your records.**

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

► Your employer must send a copy of this form to the IRS if: (a) you claim more than 10 allowances or (b) you claim "Exempt" and your wages are normally more than $200 per week.

OMB No. 1545-0010

**2004**

| 1 Type or print your first name and middle initial  Christina M. | Last name  Camacho | 2 Your social security number |
|---|---|---|

| Home address (number and street or rural route) | 3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate. |
|---|---|
| | Note: If married, but legally separated, or spouse is a nonresident alien, check the "Single" box. |
| City or town, state, and ZIP code | 4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a new card. ► ☐ |

5   Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) . . | **5** |_____

6   Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . | **6** $ _____

7   I claim exemption from withholding for 2004, and I certify that I meet both of the following conditions for exemption:
- Last year I had a right to a refund of all Federal income tax withheld because I had no tax liability and
- This year I expect a refund of all Federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . ► | **7** |_____

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid
unless you sign it.) ►   *C. M. Camacho*    Date ► 05-10-04

| 8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.) | 9 Office code (optional) | 10 Employer identification number (EIN) |
|---|---|---|

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 10220Q    Form **W-4** (2004)

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

## Section 1. Employee Information and Verification. To be completed and signed by employee at the time employment begins

Print Name: Last **Camacho** First **Christina** Middle Initial **M.** Maiden Name

Address (Street Name and Number) **P.O. Box 1166** Apt. #

Date of Birth (month/day/year)

City **Hagatna** State **Guam** Zip Code **96910**

Social Security #

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
- ☐ A citizen or national of the United States
- ☐ A Lawful Permanent Resident (Alien # A _____
- ☐ An alien authorized to work until ___/___/___
  (Alien # or Admission # _____

Employee's Signature **C. M. Camacho** Date (month/day/year) **05 - 10 - 04**

Preparer and/or Translator Certification. (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature

Print Name

Address (Street Name and Number, City, State, Zip Code)

Date (month/day/year)

## Section 2. Employer Review and Verification. To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s)

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | GUAM DRIVERS LICENSE | | _____ |
| Issuing authority: _____ | | REVENUE & TAX | | _____ |
| Document #: _____ | | 1228071 7 | | _____ |
| Expiration Date (if any): ___/___/___ | | 12 21 06 | | ___/___/___ |
| Document #: _____ | | | | |
| Expiration Date (if any): ___/___/___ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) **12/10/04** and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative

Print Name **GUITANO** Title **Personnel Clerk** Date (month/day/year) **05/10/04**

Business or Organization Name **MDI GUAM CORP. dba. LEOPALACE RESORT** Address (Street Name and Number, City, State, Zip Code) **342 LAKE VIEW DR. YONA, GU 96915**

## Section 3. Updating and Reverification. To be completed and signed by employer

A. New Name (if applicable)

B. Date of rehire (month/day/year) (if applicable)

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____ Document #: _____ Expiration Date (if any): ___/___/___

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative

Date (month/day/year)

Form I-9 (Rev. 11-21-91) N





LEOPALACE
• RESORT •
COUNTRY CLUB
MANENGGON HILLS

## BORROWING OF COMPANY PROPERTY

Effective immediately, borrowing of company property, to leave the resort's premises for personal use, by any employee (staff, department supervisors & managers/ superintendents, and general manager) is **PROHIBITED** with no further consideration, except when the company property is to be used in case of an emergency (i.e., by ambulance/ paramedics, Fire Department, Police Department, etc), but with prior approval of the Executive Director (K. Kimura).

The "company property" refers to any possession of the company including, but not limited to, the following: tools equipment/ big or small machinery (bush cutter, water blaster, computer/ printer, etc.), furniture (function tables and chairs), vehicles, and many other small or big items belonging to the company.

Anyone in violation of this policy shall be subject to IMMEDIATE TERMINATION, and any complaint shall be directed for MDI's corporate lawyer's action, and fees for his services shall be the responsibility of the employee involved.

C. R. Camacho
_____
Signature

05-10-04
_____
Date



**LEOPALACE**
**• RESORT •**
COUNTRY CLUB
MANENGGON HILLS

## EMPLOYEE ID BADGE/ KRONOS CARD POLICY

1. It is the employee's responsibility to maintain the ID badge/ Kronos card.

2. This badge/ card must be worn at all times while on duty.

3. If the badge/ card is lost, or damaged in any way, the user will be charged at $25.00 fee for replacement. **A fee of $5.00 will be charged on top of every replacement plus $25.00.**
   (Example:  Lost Kronos No. 1 ... $25.00 + $5.00 = $30.00
              Lost Kronos No. 2 ... $25.00 + $10.00 = $35.00)

   Note:      **The Kronos replacement fee will be deducted from your payroll check. No cash will be accepted up front.**

4. Avoid placing the badge/ card near magnets and make sure to remove it from uniform/ clothes to prevent it from being laundered.

5. Upon termination of employment, the employee must turn in the badge/ card to the Personnel Office before the final check is released.

*******************************************

I, _Christina M. Camacho_ , have read the information concerning the policy to be followed for ID badge/ Kronos card. I understand that I will be responsible to maintain this time card, and if lost or damaged, I will be charged for it.

_C. M. Camacho_                              _05-10-04_
Signature                                    Date

LPR 00017



LEOPALACE
• RESORT •
COUNTRY CLUB
MANENGGON HILLS

## IMPLEMENTATION OF LOSS PREVENTION PROGRAM

In order to prevent the loss of MDI property, MDI had adopted a loss prevention program. The implementation of a search policy is part of this program. The implementation of this policy is not to be construed as evidence that particular person (s) is suspected of any wrongdoing. It is intended as a deterrent. MDI values its employees and appreciated their efforts in making MDI a resort at which guests feel safe and comfortable. MDI recognizes that the vast majority of its employees are honest and hardworking. It is unfortunate that a search policy must be adopted for the few employees who do not share these attributes.

Employees should be aware that all areas of the workplace are subject to search at all times, in MDI's discretion and without prior notification. Any employee lockers, file cabinets, desks, computers, email, briefcases, backpacks, bags, purses and other personal possessions brought onto MDI premises are subject to being searched. The search policy will be fairly implemented and will be performed in the most objective and least intrusive manner possible. Any personal item that an employee is uncomfortable in having searched should not be brought to the workplace.

MDI has zero tolerance level for theft. Any employee found to have taken MDI property without approval will be immediately terminated. The appropriate authorities will be notified and MDI will aid and participate in any criminal proceedings that may follow.

Employees assigned to work at the pool, convenience store, or anywhere in Condominium Cluster No. 1 will be allowed to park their personal vehicles anywhere in Cluster No. 1. All employees tasked with working at Condominium Cluster No. 1 will park in the main parking lot and will either take the shuttle or walk to their worksite on Condominium Cluster No. 1. Should an employee need to drive in Condominium Cluster No. 1 for any reason before or after finishing his/ her work shift, his/ her vehicle will be subjected to being searched. This policy will not apply to any employee residing at the condominiums in Condominium Cluster No. 1.

Received:

Date: _05 -10 - 04_

_Christina M. Camacho    C.M.Camacho_
(Print and Sign employee name)



**LEOPALACE**
**• RESORT •**
COUNTRY CLUB
MANENGGON HILLS

### Theft or Stealing/ Pilfering

Any misconduct of an employee involving theft or stealing/ pilfering of money or company property, the personnel action to be taken is "IMMEDIATE TERMINATION" and GPD (Guam Police Department) shall be summoned to investigate and take custody of the individual (s) involved. Then the case shall become a legal matter to be resolved between attorneys of each party.

Stealing from one's employer is a serious matter and it is management's responsibility to ensure that occurrence of such incident is prevented.

No exception nor negotiation shall be accepted.

C. Ju Camacho                    05-10-04
—————————————            —————————————
Signature                        Date



LEOPALACE
• RESORT •
COUNTRY CLUB
MANENGGON HILLS

# UNIFORM/ LOCKER KEY CONTROL AGREEMENT

| DATE 05 10 04 | LOCKER NO. (IF ISSUED) |
|---|---|
| NAME Christina M. Camacho | POSITION/ TITLE |
| EMP. NO. | DEPARTMENT FRONT DESK |

| # | ITEM(S) ISSUED | QTY | SIZE | COLOR | CONDITION | VALUE |
|---|---|---|---|---|---|---|
| | UNIFORM Shirt | 3 | M | BEIGE | USED | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

I, Christina M. Camacho , have been issued the above item(s).
I will follow company policy concerning the use and care of the issued item(s).
I promise to report loss of or damage to issued item(s), and I agree to pay lost or damaged item(s) based upon the conditions at the time of its return.

Acceptance of a locker assignment gives consent to security, accompanied by a management representative, to open and inspect locker at regular intervals with or without notice.

Upon termination of employment either by the company or myself, all item(s) listed above will be returned to the Personnel Department before my final payroll check will be issued.

| EMPLOYEE SIGNATURE: C.M. Camacho | DATE: 05-10-04 |
|---|---|

| ISSUED BY: | DEPARTMENT:  [ ] PERSONNEL  [ ] HSKP |
|---|---|
| COPY TO: PERSONNEL (1) | HOUSEKEEPING (1) |

FOR INTERNAL USE ONLY

# New Employee Orientation

APPEARANCE — ✓ C.µ.C.

EMPLOYEE STATUS: — ✓ C.µ.C.
   (TEMPORARY PART-TIME) — ✓ C.µ.C.
   (TEMPORARY FULL-TIME) — ✓ C.µ.C.

ATTENDANCE

HOURS/WORK SCHEDULE — ✓ C.µ.C.
   (SET BY SUPERVISOR) — ✓ C.µ.C.

EMPLOYEE ID/TIME CARD — ✓ C.µ.C.

UNIFORMS (IF REQUIRED) — ✓ C.µ.C.

LOCKERS — ✓ C.µ.C.

EVALUATION — ✓ C.µ.C.

VISITORS — ✓ C.µ.C.

PARKING — ✓ C.µ.C.

VEHICLE PASS — ✓ C.µ C

CHANGES IN PERSONNEL RECORDS — ✓ C.µ.C.

PERSONAL PHONE CALLS — ✓ C.µ.C.

PACKAGE/PROPERTY PASS — ✓ C.µ.C.

RULES OF CONDUCT — ✓ C.µ.C.

SEXUAL HARASSMENT — ✓ C.µ.C.

SMOKING — ✓ C.µ.C.

RESTRICTED AREAS — ✓ C.µ.C.

SOLICITATION — ✓ C.µ.C.

CELLULAR / PAGER (NOT ALLOWED) — ✓ C.µ.C.

UNIONS _____ ✓ __ c.p.c.

RETURN OF COMPANY PROPERTY _____ ✓ __ c.p.c-

QUESTIONS: _____

_____

_____

PERSONNEL DEPARTMENT: _Ashcraft_ 5/10/04

(Signature and Date)

I, understand all information covered. I, also, acknowledge receipt of the Employee
Orientation Packet.

_C. M. Camacho_ 05-10-04

(Employee Signature and Date)

*(handwritten at top)* confirmed for 10:00 m.

APR 08 2004

onday 05/10/04 10am.



# Employment Application

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| CAMACHO | CHRISTINA | MARIA |

**ADDRESS** *(Number Street City State Zip Code)*

*(redacted)*

| TELEPHONE NUMBER(S) | POSITION(S) APPLIED FOR | SOCIAL SECURITY NUMBER |
|---|---|---|
| *(redacted)* | LINE COOK / FRONT DESK BOWLING ATTN. | *(redacted)* |

*(illegible certification paragraph, obscured)*

*(signature)* C. Camacho   DATE 04-08-04

IF YOU ARE UNDER 18 YEARS OF AGE, CAN YOU PROVIDE REQUIRED PROOF OF ELIGIBILITY TO WORK? ☐ YES ☐ NO

HAVE YOU EVER FILED AN APPLICATION WITH US BEFORE? IF YES, GIVE DATE Oct 03 ☑ YES ☐ NO

ARE YOU CURRENTLY EMPLOYED? ☑ YES ☐ NO

ARE YOU AVAILABLE TO WORK ☑ FULL TIME ☑ PART TIME ☐ SHIFT WORK ☐ TEMPORARY

HAVE YOU BEEN CONVICTED OF A FELONY WITHIN THE LAST 7 YEARS?
*Conviction will not necessarily disqualify an application from employment.*

IF YES, PLEASE EXPLAIN, _____

*(obscured equal opportunity statement)*

Police and Court Clearance Required.

ASap   5/6/04   M

$5.75 6:00PM-12:00PM

# EMPLOYMENT HISTORY

it with your present or last job-related military service assignments and volunteer activities. You may exclude organization which indicate
e, color, religion, gender, national origin, handicap or other protected status.

| EMPLOYER | SUPERVISOR | DATE EMPLOYED FROM | DATE EMPLOYED MO./YR. | JOB TITLE |
|---|---|---|---|---|
| T.G.I.F | SAM | | | LINE COOK / PREP / DISH |
| ADDRESS | TELEPHONE NUMBERS | MO./YR. 11/03 | MO./YR. | REASON FOR LEAVING: STILL WORKING |
| Tumon | | | | |
| EMPLOYER CLIFF HOTEL | SUPERVISOR Freddie VonDox | | | JOB TITLE Front Desk / Cashier |
| ADDRESS Agana Hts. | TELEPHONE NUMBERS | MO./YR. 06/99 | MO./YR. 02/02 | REASON FOR LEAVING: OFF-ISLAND |
| EMPLOYER K-MART | SUPERVISOR | | | JOB TITLE Cashier / Warehouse / Damage 4:05 |
| ADDRESS Tamuning | TELEPHONE NUMBERS | MO./YR. 11/97 | MO./YR. 08/99 | REASON FOR LEAVING: |

If you need additional space, please continue on a separate sheet of paper.

Okkwa — Hotel

# EDUCATION

| | | HIGH SCHOOL | | | | COLLEGE/UNIVERSITY | | | | GRADUATE/PROFESSIONAL | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHOOL NAME AND LOCATION | | G.W.H.S. | | | | | | | | | | | |
| YEARS COMPLETED | 9 | 10 | 11 | (12) | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 |
| DIPLOMA/DEGREE | | | | | | | | | | | | | |
| Describe any specialized training, apprenticeship, skills and extra-curricular activities. | | | | | State any additional information you feel may be helpful to us in considering your application. | | | | | | | |

# REFERENCES

Give name, address and telephone number of three references who are not related to you and are not previous employers.

1. Julie Cruz            Von A
2. Normmed    Gogo      TOTO
3. Norma    Gogo        TOTO

If you are physically or otherwise unable to perform the duties of the job for which you are applying Please Explain

## FOR PERSONNEL DEPARTMENT USE ONLY

Screening Date _____ Arrange Interview ☐ Yes ☐ No   Date 4/30/04 ___ Time ____

Remarks _____

Requisition # _____   Employed? ☐ Yes ☐ No

Job Title Front Desk   Hourly Rate/Salary $6.00 PH.   Cost Center ____

Status FT   Date ____

Date Authorized To Start Work   May - 6th 2004

Approved: _____   Date 4/30/04
PERSONNEL OFFICE




Government of Guam
**GUAM POLICE DEPARTMENT**
**RECORDS & IDENTIFICATION SECTION**
P.O. Box 23909
Guam Main Facility, Guam 96921

04/08/04

SUBJECT:     **CRIMINAL HISTORY RECORD**

NAME:  Christina M. CAMACHO                    FINGERPRINT# ████████

SOCIAL SECURITY NO: ████████                   DATE OF BIRTH: ████████

> The individual has no record of criminal conviction(s) in GPD files that are subject to Guam law and rules and regulations of the Department.

<u>DATE OF OFFENSE</u>                    <u>TYPE OF OFFENSE</u>                    <u>DISPOSITION</u>

****************NOTHING FOLLOWS****************

*THIS INFORMATION MAY BE LIMITED TO A LOCAL CRIMINAL OFFENSE ONLY AND IS NOT INTENDED FOR USE FOR ANY LOCAL, STATE, OR FEDERAL LAW ENFORCEMENT AGENCY. THIS CLEARANCE DOES NOT REFLECT ARREST(S) PENDING ADJUDICATION.*

By Direction:  PRISCILLA

The absence of an original GUAM POLICE
seal invalidates this police clearance.

**FRANKIE T. ISHIZAKI**
**ACTING, CHIEF OF POLICE**



## SUPERIOR COURT OF GUAM
Guam Judicial Center • 120 West O'Brien Drive • Hagåtña, Guam 96910

Telephone (671) 475-3370
Fax (671) 477-1500

RICHARD B.
MARTINEZ
Clerk of Courts, Acting

Name: CHRISTINA M. CAMACHO

SS#:                     ID#                    Date of Birth:

# CERTIFICATE OF SEARCH

The undersigned Clerk hereby certifies the following results of a diligent search of the records of this Court:

| Criminal Cases: | | | Civil Cases: | | |
|---|---|---|---|---|---|
| A. | [✓] | No Case Found. | A. | [ ] | No Case Found |
| B. | 1. | Criminal Case No. | B. | 1. | Civil Case No. CV1147-01 |
| | 2. | Criminal Case No. | | 2. | Civil Case No. |
| | 3. | Criminal Case No. | | 3. | Civil Case No. |
| | 4. | Criminal Case No. | | 4. | Civil Case No. |
| | 5. | Criminal Case No. | | 5. | Civil Case No. |
| | Criminal Record: Page of | | | Civil Record: Page of | |

Request for further information may be addressed at the Records Division of the Superior Court of Guam, Guam Judicial Center, 120 West O'Brien Drive, Hagåtña, Guam. Hours of operation are Monday - Friday, 8:00 a.m. to 3:00 p.m. Closed Saturday, Sunday and local/federal holidays.

Dated: 04/08/04

RICHARD B. MARTINEZ
Clerk of Courts, Acting

BY:        JAMES R. BORJA
            Deputy Clerk

Prepared By: J.R.B.



The absence of an
original Court Seal
invalidates this
document.