Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223



FILED
DISTRICT COURT OF GUAM

SEP 10 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. <br><br> JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendants. | CASE NO. 1:06-CV-00028 <br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Tim Roberts, hereby certify that on the 10th day of September, 2007, I caused to be served via US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

ORIGINAL

and via hand delivery on:

> Philip Torres, Esq.
> **TEKER TORRES & TEKER, P.C.**
> 130 Aspinall Avenue, Suite 2A
> Hagåtña, Guam 96910

the following documents:

1. Notice of Motion and Motion for Partial Summary Judgment

2. Memorandum in Support of Motion for Partial Summary Judgment

3. Declaration of Tim Roberts

4. (Proposed) Order

5. Filing Of Transcript Of Deposition Of Jennifer Holbrook In Support Motion For Partial Summary Judgment

6. Filing Of Transcript Of Deposition Of Rosemarie Taimanglo In Support Motion For Partial Summary Judgment

7. Filing Of Transcript Of Deposition Of Viviene Villanueva In Support Motion For Partial Summary Judgment

Dated: September 10, 2007

*/s/ Tim Roberts*
**Tim Roberts**