ANNA Y. PARK, Regional Attorney
GREGORY S. MCCLINTON, Supervisory Trial Attorney
DEREK LI, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
SEP 24 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant. | CIVIL CASE NO. 06-00028<br><br>MOTION TO FILE FACSIMILE SIGNATURE OF U.S. EEOC COUNSEL ANGELA MORRISON |

1

1 | The United States of America submits this Motion to allow the filing of the facsimile
2 | signature of U.S. EEOC Counsel Angela D. Morrison on the Declaration of Angela Morrison in
3 | Support of Plaintiff EEOC's Opposition to Defendant's Partial Motion for Summary Judgment.
4 | Plaintiff will lodge the document with the original signature as soon as possible after filing the
5 | facsimile signature.

Dated: September 24, 2007

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney