# Exhibit 5

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

COPY

------------------------------------------

U.S. EQUAL EMPLOYMENT OPPORTUNITY

COMMISSION,

   Plaintiff,

   vs.   Case No. 1:06-CV-00028

LEO PALACE RESORT,

   Defendants.

------------------------------------------

JENNIFER HOLBROOK; VIVIENNE VILLANUEVA;

and ROSEMARIE TAIMANGLO,

   Plaintiff-Intervenors,

   vs.

LEO PALACE RESORT,

   Defendant.

------------------------------------------

DEPOSITION OF GREGORY PEREZ


Taken on behalf of the EEOC at Kessner, Duca, Umebayashi

Bain & Matsunaga, 220 S. King St., 19th Floor, Honolulu,

Hawaii 96813, commencing at 9:04 a.m., Thursday, March

8, 2007, pursuant to Notice.

BEFORE: BARBARA ACOBA, CSR No. 412, RPR

   Notary Public, State of Hawaii

```
1   APPEARANCES:
2   For PLAINTIFF EEOC:
3             GREGORY McCLINTON, Esq.
4             U.S. EEOC
5             255 E. Temple St., Suite 4th Floor
6             Los Angeles, California 90012-3334
7
8             WILFREDO TUNGOL, Esq.
9             U.S. EEOC
10            Prince Kuhio Federal Bldg.
11            300 Ala Moana Blvd., Rm 7-127
12            Honolulu, Hawaii  96813
13
14  For PLAINTIFF-INTERVENORS:
15            PHILLIP TORRES, Esq.
16            TEKER TORRES & TEKER, P.C.
17            130 Aspinal Ave., Suite 2A
18            Hagatna, Guam 96910
19
20  For DEFENDANT LEO PALACE RESORT:
21            TIM ROBERTS, Esq.
22            DOOLEY ROBERTS & FOWLER
23            Orlean Pacific Plaza
24            865 S. Marine Corps. Dr., Suite 201
25            Tamuning, Guam 96913
```

```
1              I N D E X
2   EXAMINATION BY:                PAGE
3   MR. McCLINTON.............................4
4   MR. TORRES...............................65
5   MR. ROBERTS..............................81
6   MR. MCCLINTON...........................121
7   MR. TORRES..............................122
8
9
10            E X H I B I T S
11  NO.    DESCRIPTION              PAGE
12  1    Employee handbook...............81
13  2    Griffin report.................87
14  3    June 13, 2004 memo to Paulino
15       from Perez, telephone policy...106
16  A    Front office work schedule......66
17  B    Page 3, Dec. 3, 2004 document...69
18
19
20
21
22
23
24
25
```

```
1              GREGORY PEREZ
2   called as a witness at the instance of the Plaintiff
3   being first duly sworn to tell the truth, the whole
4   truth, and nothing but the truth testified as follows:
5              EXAMINATION
6   BY MR. McCLINTON:
7     Q.  Mr. Perez --
8        MR. McCLINTON:  Why don't everybody introduce
9   themselves for the record.
10       MR. ROBERTS:  I'm Tim Roberts, counsel for Leo
11  Palace Resort.
12       MR. TORRES:  I'm Phil Torres, counsel for the
13  Plaintiff Intervenors.
14       MR. TUNGOL:  I'm Wilfredo Tungol, counsel
15  for -- co-counsel for EEOC.
16  BY MR. McCLINTON:
17    Q.  Mr. Perez, I introduced myself to you earlier.
18  My name is Greg McClinton.  I'm an attorney for the
19  United States Equal Employment Opportunity Commission
20  and we're here today to take your deposition in the case
21  of EEOC versus Leo Palace Resorts.  The EEOC, or the
22  Government, is the Plaintiff in this case.  And we're
23  here to get your best testimony regarding events
24  surrounding sexual harassment allegations that occurred
25  around the 2003-2004 timeframe.
```

```
1        The questions that I ask you, that I'm going to
2   be asking you, I would ask that regarding the relevant
3   period, would be from 2003 to, let's say, December of
4   2000 -- we'll say till December of 2005, unless I give
5   you a different timeframe; do you understand that?
6     A.  Sure.
7     Q.  Now, I'd asked you earlier if you've had your
8   deposition taken before and I believe you said no; is
9   that correct?
10    A.  That's correct.
11    Q.  And my understanding is you're unrepresented
12  today; is that also correct?
13    A.  That's correct.
14    Q.  Then let me go over some ground rules for a
15  deposition.  Again, you were sworn under oath by the
16  court reporter and your testimony here is no different
17  than if you were testifying in a court of law.  The only
18  difference is is that we don't have a judge present.
19  Mr. Roberts, who represents Leo Palace Resorts, is
20  allowed to make objections and the objections are only
21  for the record.  So I would ask that when I ask you a
22  question, that you take a second or two before you
23  answer the question, allow time for Mr. Roberts to
24  express a objection, if he has one, and then answer the
25  question; do you understand that?
```

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
108173d1-81e7-42a9-b634-0260dbf926e1

1 Palace Resort Employee Handbook.
2     Did it just have the logo on it or did it have
3 employee handbook on it?
4    A. I remember the logo, and I remember seeing
5 employee handbook printed on it.
6    Q. But you were never actually given one of these;
7 is that correct?
8    A. No. That's correct.
9    Q. And was there any requirement during the time
10 that you were there that you were to read that list or
11 that stack of documents that had the logo on it that
12 said employee handbook?
13    A. If I was required, I wasn't made aware of it.
14    Q. Okay. And do you know if any of the other
15 employees were required to read that stack of documents
16 that had the logo on it that said employee handbook?
17    A. I'm not aware of it.
18    Q. And by the way, if you need a break, just let
19 me know. I didn't tell you that when I started, but
20 this isn't a marathon, so if you need a break, just say
21 so.
22     Now, I had asked you some -- well, you actually
23 testified regarding some complaints by Ms. Villanueva.
24 Did she ever describe to you an incident where
25 Ms. Camacho was -- supposedly humped her in a sexual

1 way?
2    A. That's basically the incident that occurred.
3 It was -- yeah. The incident that originally set this
4 off was it when she placed her hands on her butt and simulated
5 sex.
6    Q. And is that where kind of the slapping incident
7 kind of came in?
8    A. Well, I guess initially she used both hands or
9 something.
10    Q. I gotcha. Now, you also -- I asked you about
11 Ms. Taimanglo and you said you knew her. She was a
12 front desk supervisor; is that correct?
13    A. Yes.
14    Q. And did she manage Ms. Camacho? If you know.
15    A. Supervise, yes.
16    Q. And did Ms. Taimanglo ever talk to you about
17 any complaints that she may have had about Ms. Camacho's
18 sexual advances toward her?
19    A. Yes.
20    Q. And did Ms. Camacho ever tell you that -- I'm
21 sorry, Ms. Taimanglo, did she ever tell you that
22 Ms. Camacho felt her breasts?
23    A. I don't recall.
24    Q. Did she ever tell you that Ms. Camacho, that
25 she used to make this sexual slurping noise to her?

1    A. I don't recall.
2    Q. Did she ever tell you that Ms. Camacho had
3 rolled up some paper towels into the shape of a penis
4 and put it in her crotch area?
5     MR. ROBERTS: Objection. Leading.
6     THE WITNESS: No.
7 BY MR. McCLINTON:
8    Q. Is it no or you don't recall?
9    A. She never told me about that.
10    Q. Okay. And what is it that Ms. Taimanglo, what
11 is it that she did tell you?
12    A. Roughly her behavior with the customers were of
13 a sexual nature, especially one incident, and that the
14 other girls were complaining about her, about her
15 aggressiveness toward them.
16    Q. And when you say "aggressiveness toward them,"
17 are you referring to sexual aggressiveness toward them?
18    A. Yes.
19    Q. And when you say the other girls, what other
20 girls are you referring to?
21    A. All the girls at the front desk, specifically
22 Vivienne and Jennifer. There was another young lady.
23    Q. That's Jennifer Holbrook?
24    A. Jennifer Holbrook. And there was another young
25 lady there, but she went into the military. I can't

1 remember her name.
2    Q. Did Ms. Taimanglo, did she ever tell you that
3 she -- whether or not she had ever counselled
4 Ms. Camacho regarding her -- this aggressive sexual
5 behavior toward these other desk clerks?
6    A. Yes.
7     MR. ROBERTS: Objection. Leading.
8 BY MR. McCLINTON:
9    Q. I'm sorry, and your answer?
10    A. Yes.
11    Q. Did she tell you how many times she counselled
12 her?
13    A. Numerous. I remember the word numerous.
14    Q. And did she ever tell you what Ms. Camacho's
15 response was?
16    A. In one ear, out the other.
17    Q. And do you know if Ms. Taimanglo ever reported
18 Ms. Camacho's inappropriate sexual behavior to
19 Ms. Paulino?
20    A. She told me she did see May about it.
21     MR. ROBERTS: Objection. Hearsay.
22 BY MR. McCLINTON:
23    Q. And did she tell you what Ms. Paulino's
24 response was?
25    A. No. Not -- I'm sorry. I don't recall.

MERRILL LEGAL SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
108173d1-61e7-42a9-b634-0260dbf926e1

1   A. No.
2   Q. Did you ever speak with Mr. Kimura regarding
3   any one of these three women's allegations against
4   Ms. Camacho?
5   A. No.
6   Q. What about Mr. Iijima?
7   A. No.
8   Q. Did you ever speak to him?
9   A. No.
10  Q. And what about Mr. Suzuki?
11  A. Yes.
12  Q. How many times did you speak with Mr. Suzuki
13  regarding these women's complaints about -- against
14  Ms. Camacho?
15  A. At least a couple times.
16  Q. And let me ask you this: When was the first
17  time you would have spoke to Mr. Suzuki?
18  A. After I spoke with Ms. Villanueva about the
19  incident, I asked Mr. Suzuki if I could go down to HR
20  and speak with May about the problem.
21  Q. Okay. And when was that? What date, year, as
22  close as you can tell me?
23  A. 2000 -- late 2003, 2004. That's the best I
24  could do.
25  Q. And did you tell Mr. Suzuki the specific

1   allegations against Ms. Camacho that Ms. Villanueva had
2   expressed to you?
3   A. Yes.
4   Q. And what was Mr. Suzuki's response?
5   A. The way when I spoke to him, I usually speak to
6   him in a basic English form because it was in Japanese
7   language skills and English language skills. I told him
8   the girls were complaining about Ms. Villanueva (sic)
9   harassing them, can I talk to Ms. Paulino about it?
10  Q. And at any point did you tell him that, when
11  you said harassing, did you describe or define what the
12  harassment was?
13  A. I don't recall that.
14  Q. And what was his response?
15  A. He said, go ahead.
16  Q. Okay. And that was -- was that the sum and
17  substance of the conversation?
18  A. At the first conversation, yes.
19  Q. Now, you said you had a second conversation
20  with him, when did that take place?
21  A. After the meeting with Ms. Paulino, I came back
22  upstairs. I found Mr. Suzuki. I told him, I told
23  Ms. Paulino about what's happening and that she will
24  take care of it.
25  Q. Okay. And what was Mr. Suzuki's response?

1   A. Good.
2   Q. Okay. And do you know if Ms. Paulino took care
3   of it?
4   A. From my knowledge, no.
5   Q. And why do you say that?
6   A. Because her pattern of behavior after the
7   incident, after speaking with May Paulino, it still --
8   from what I heard, it still was consistent. Christina
9   was still being aggressive to the other girls.
10  Q. When you say aggressive, you're talking about
11  she was still approaching them aggressively in a sexual
12  manner?
13  A. From what I understand, yes.
14  Q. And did they tell you this?
15  A. The girls told me this, yes.
16  Q. And did you go back and talk to Ms. Paulino?
17  A. No.
18  Q. Why not?
19  A. Because I didn't witness it. Because I'm not
20  Ms. Taimanglo's immediate supervisor. If I were to try
21  to reiterate what I had already informed her of, it
22  would be considered interference with what May is
23  supposed to do. There's a reason behind that. I don't
24  know if I should go into it.
25  Q. That's why we're here.

1   A. May has a very dominant personality. If you
2   start interfering with her business, she gets offended
3   and she makes life hard for you.
4   Q. Okay. So you felt if you would have went back
5   to her regarding these continued complaints, that she
6   would have made life hard on you at work?
7   A. She would try to, yes.
8   Q. And did you ever speak with Mr. Suzuki again
9   after those two times?
10  A. I believe after I had left, yes.
11  Q. After you had left in August of 2004?
12  A. Yes.
13  Q. You spoke with him specifically regarding these
14  women's complaints against Ms. Camacho?
15  A. He spoke to me about what had happened, I
16  thought, and he told me about what had happened and I
17  told May was supposed to take care. And he says,
18  well, okay. It's over. No problem. Done.
19  Q. Okay. Maybe I just didn't understand your
20  response. When he said that May was supposed to take
21  care of it, you were already gone. You had already left
22  Leo Palace's employ when you had this conversation?
23  A. Yes. When I had the conversation with
24  Mr. Suzuki, he asked me what had happened and I told him
25  May was supposed to take care of it. And he said, okay.

14  (Pages 50 to 53)

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
108173d1-61e7-42a9-b634-0260dbf926e1

Case 1:06-cv-00028   Document 69-4   Filed 09/24/2007   Page 5 of 44

1  Never mind. It's finished already. And by that time,
2  Ms. Camacho was terminated.
3      Q.  Okay. And I know you already -- I already
4  asked you this, but Ms. Camacho, she was terminated
5  before you left in August?
6      A.  Yes.
7      Q.  Now, when did Ms. Holbrook leave Leo Palace?
8      A.  I don't recall.
9      Q.  She left before you; is that correct?
10     A.  I'm not sure.
11     Q.  Okay. What about Ms. Taimanglo?
12     A.  No, I think she was still there at the time.
13     Q.  She no longer works there?
14     A.  No.
15     Q.  Okay. And how do you know that?
16     A.  When I spoke to her, I believe, the first time
17 she called me.
18     Q.  And did she tell you why she left?
19     A.  Yeah. She was under a lot of pressure.
20     Q.  Okay. Did she say pressure or did she say
21 stress?
22     A.  Stress. More stress I would say.
23     Q.  And is that because of what was happening with
24 Ms. Camacho?
25     A.  Yes.

1      MR. ROBERTS: Objection. Leading.
2  BY MR. McCLINTON:
3      Q.  And what about Ms. Holbrook, have you talked to
4  her as to the reasons why she left?
5      A.  No.
6      Q.  And what about Ms. Villanueva, have you spoken
7  with her?
8      A.  About why she left, no.
9      Q.  Now, you said that you were instructed by
10 Ms. Paulino to counsel Ms. Camacho. Did you do this
11 counsel -- I'm sorry, did you say that?
12     A.  No.
13     Q.  So she never instructed you to counsel her?
14     A.  Yes.
15     Q.  Let me ask that a better way. That could be
16 interpreted one or two ways. After you had this
17 conversation with Ms. Paulino, did she ever tell you to
18 go out and do a counseling statement or to counsel
19 Ms. Camacho?
20     A.  No.
21     Q.  And did anyone at Leo Palace tell you to
22 counsel Ms. Camacho?
23     A.  No.
24     Q.  That takes care of a page of questions.
25     MR. TORRES: Want to take a break?

1      MR. McCLINTON: I'm actually almost done. I
2  tell you what, why don't we take five minutes.
3      (Off the record at 10:15 a.m.)
4      (Back on the record at 10:22 a.m.)
5  BY MR. McCLINTON:
6      Q.  When you, on the two occasions that you spoke
7  with Ms. Paulino in human resources regarding
8  Ms. Camacho, do you know if Ms. Camacho -- I'm sorry, if
9  Ms. Paulino had any prior knowledge of
10 Ms. Camacho's sexually inappropriate behavior?
11     A.  I don't know.
12     Q.  Now, you also said that Ms. Taimanglo had told
13 you that she had some complaints about Ms. Camacho. Do
14 you know if Ms. Taimanglo voiced those complaints to
15 Ms. Paulino?
16     A.  Rose told me, yes.
17     Q.  And she said she had passed -- she had
18 complained to Ms. Paulino regarding Ms. Camacho?
19     A.  Yes.
20     Q.  And did she tell you how many times she had
21 done that?
22     A.  No.
23     Q.  And when you started work at Leo Palace,
24 Ms. Taimanglo, she was already working there, right?
25     A.  Yes.

1      Q.  And Ms. Villanueva, she came onboard around,
2  what, June of 2003, if you know?
3      A.  Around that time. Maybe earlier. No, around
4  that time. Yes.
5      Q.  So she was still there when you left in August
6  of 2004?
7      A.  I believe so. Yes. Yes. I believe so.
8      Q.  And do you know if Ms. Paulino investigated any
9  of Ms. Taimanglo's complaints against Ms. Camacho?
10     A.  That, I don't know.
11     Q.  She never interviewed you regarding
12 Ms. Taimanglo's complaints, did she?
13     A.  No.
14     Q.  Did any of the individuals who you supervised,
15 again, during that 2003-2004 timeframe, ever tell you
16 that they were interviewed by Ms. Paulino regarding
17 complaints by either Ms. Camacho, Ms. Villanueva -- I'm
18 sorry, Ms. Holbrook or Ms. Taimanglo?
19     A.  No one said anything.
20     Q.  Did you ever witness Ms. Camacho make any
21 sexually obscene gestures?
22     A.  Yes.
23     Q.  And what did you observe?
24     A.  There was a mannequin in the back office where
25 we put our jackets on and I was moving it around and the

15 (Pages 54 to 57)

1  arm fell out and I showed Rose, who was at the front
2  desk, scratching my back. Rose, this is a back
3  scratcher. And then Christina came up to me, took the
4  mannequin's arm and proceeded to scratch her crotch with
5  it.
6    Q.  And Christina is Christina Camacho?
7    A.  Yes. Yes.
8    Q.  And did you find that offensive?
9    A.  Yes. I went right up to her, took it away and
10  said, don't do that here. That was it.
11    Q.  And when did this incident occur?
12    A.  Around the same time that Rose was voicing her
13  complaints about Ms. Camacho.
14    Q.  Was it after you had informed Ms. Paulino
15  regarding Ms. Villanueva's complaints?
16    A.  Yes, I believe so.
17    Q.  And did you report that incident to
18  Ms. Paulino?
19    A.  No, I considered it more of a joke, but it was
20  a very bad joke.
21    Q.  And you said that Ms. Villanueva was present
22  when that incident occurred, correct?
23    A.  No.
24    Q.  Who was?
25    A.  Rose Taimanglo was on one side of the front

1  desk, Christina was on the other, and I was situated
2  sort of behind Christina.
3    Q.  And Ms. Taimanglo, did she say whether or not
4  she was offended by that conduct?
5    A.  Well, when Christina started scratching
6  herself, Rose looked at me in a rather shocked
7  expression on her face, and that was it. So that's why
8  I immediately went and took the arm away.
9    Q.  Okay. And were there any -- are you aware of
10  any incidents where Ms. Camacho had placed inappropriate
11  pictures on the employee bulletin board?
12        MR. ROBERTS:  Objection. Leading.
13        THE WITNESS:  Yes.
14  BY MR. McCLINTON:
15    Q.  And what do you recall regarding this?
16    A.  I believe it was a picture of numerous women in
17  bathing suits with their back facing toward you and that
18  was it.
19    Q.  And so when you say bathing suits, let me ask
20  this way: Did you consider the photos offensive?
21    A.  To me, no, but I know from my sexual harassment
22  training, I know that's not allowed in the workplace.
23    Q.  And do you know how long these pictures -- when
24  you said they were in bathing suits, were they full
25  bathing suits? Thongs? Two pieces? What were they?

1    A.  Thongs, I believe, and they had -- I believe
2  they had the girls' names written on each of the girls.
3    Q.  And how long did the pictures remain on the
4  bulletin board?
5    A.  Well, I know when I first saw it, it was soon
6  afterwards, less than a day -- maybe a day, maybe less
7  when I finally did see it.
8    Q.  Okay. And were they eventually taken down?
9    A.  Yes.
10    Q.  And who took them down?
11    A.  I don't know.
12    Q.  How long were they on the bulletin board?
13    A.  From what I've seen -- well, I don't know when
14  it was placed there, but when I saw it, it was less than
15  a day until it was removed.
16    Q.  And do you know if Ms. Paulino saw the pictures
17  on the bulletin board?
18    A.  I don't know.
19    Q.  Do you know if anyone from HR saw the pictures?
20    A.  That, I don't know.
21    Q.  What about Mr. Suzuki or Mr. Iijima, did they
22  see the picture?
23    A.  Mr. Suzuki possibly. Because of the situation
24  of that room where the pictures are being posted, it's
25  one of the entrances, one of four entrances to the front

1  desk where they work. So Mr. Suzuki, yes. Mr. Iijima,
2  no.
3    Q.  And how is it that you know that it was
4  Ms. Camacho who posted the pictures on the bulletin
5  board?
6    A.  It's her type of human that would do it.
7    Q.  That ain't what I asked. I said, how is it
8  that you know it was her?
9    A.  I assumed.
10    Q.  Okay. She never told you that?
11    A.  She never told me.
12    Q.  And you didn't see her?
13    A.  I didn't see her.
14    Q.  Did anyone tell you that it was her?
15    A.  I don't recall.
16    Q.  Were there any type of markings on the posters?
17    A.  I believe so. I believe that was the one where
18  someone wrote the names of the front desk girls. You
19  know I think there were like four figurines, four girls
20  in bathing suits, and on each of the girls' backs, I
21  think like one girl had Rose written on it and another
22  front desk clerk's name was on the next one and so on.
23    Q.  And during the time that you were at Leo
24  Palace, other than this particular picture, did you ever
25  see any other inappropriate picture posted on bulletin

16 (Pages 58 to 61)

MERRILL LEGAL SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
108173d1-61e7-42a9-b634-0260dbf926e1

Case 1:06-cv-00028    Document 69-4    Filed 09/24/2007    Page 7 of 44

1    Q.  Were you generally aware that at some point it
2  was formulated?
3    A.  No.
4    Q.  Well, you've seen it before, right?
5    A.  I've seen one maybe the last three years before
6  I left, yes.
7    Q.  And you left in late August of 2004?
8    A.  Yes.
9    Q.  And so sometime between August of 2001 and
10  August of 2004, you saw this employee handbook?
11    A.  Yes.
12    Q.  Do you know whether it was issued to employees
13  that were hired on or after the date this handbook was
14  adopted?
15    A.  That, I don't know.
16    Q.  Look at page two of this document.  The second
17  section says, welcome new employees.  I think I asked
18  this already:  Do you know whether this was given to new
19  employees after it was adopted by Leo Palace, but after
20  you were hired?
21    A.  Do I know?  I don't know.
22    Q.  Okay.  Can you turn to page 29 of this
23  document.  There's a title on that page, right?
24    A.  Yes.
25    Q.  What's the title?

1    A.  Sexual Harassment.
2    Q.  What's the first sentence under that title?
3    A.  We prohibit sexual harassment by any employee,
4  supervisor, co-employees or customer.
5    Q.  Was it your testimony earlier that Leo Palace
6  never had a policy on sexual harassment?
7    A.  That I knew of, yes.
8    Q.  Would this seem to run counter to what you said
9  earlier?
10    A.  Yes.
11    Q.  And again, I think you said earlier this was, I
12  think you used the word "available" to you during the
13  time that you were working there.
14    A.  The late years, yes.
15    Q.  In the last three years?
16    A.  Yes.  I've seen it in Mr. Suzuki's desk.
17    Q.  Did you see it anywhere else?
18    A.  No.
19    Q.  You said at some point, actually very soon
20  after you were hired, you were promoted to night
21  manager.  And then you were exclusively the night
22  manager after that, right?
23    A.  Yes.
24    Q.  What year did the hotel Belvedere open at Leo
25  Palace?

1    A.  2003, I believe.
2    Q.  Okay.  So before the hotel Belvedere opened,
3  what were you the night manager of?
4    A.  Okay.  We ran all the operations out of the
5  clubhouse, to check-ins, checkouts, security problems,
6  guests requests, housekeeping problems on my shift.
7  That was it.
8    Q.  And were you responsible for the -- how many
9  condos are there out there?
10    A.  Oh, number wise, not too many.
11    Q.  Number of buildings?
12    A.  Oh, condominiums, at that time I believe there
13  was -- at that time only had two condos.
14    Q.  C and D?
15    A.  Yes.
16    Q.  Were you responsible for running the C and D
17  condos as night manager from the clubhouse?
18    A.  Responsible, yes.
19    Q.  I golf at Leo Palace a lot as you might
20  imagine.  I've never seen you before.  When you were at
21  the clubhouse, was your office in the back?
22    A.  No.  No.  At the front desk where you would
23  check in for golf, but I would be gone before any
24  golfers checked in.
25    Q.  Right, because I never teed off between the

1  hours of 11:00 and 6:00 in the morning.  Right.  See,
2  lawyers aren't so smart.
3        You said there was never any sexual harassment
4  training seminars that you knew of during the time you
5  were at Leo Palace; do you remember that?
6    A.  Yes.
7    Q.  Don't you remember a training seminar in early
8  2004, put on by Bill Borja of Pacific Human Resources?
9    A.  Oh, yes.  Okay.  I remember now.
10    Q.  Thank you.  What was that?
11    A.  Was it Borja?
12    Q.  I don't know.  Tell me what you remember.
13    A.  No, I'm sorry, I'm confusing that with union
14  problems with Mr. Gibson.
15    Q.  By Mr. Gibson, are you referring to Bill
16  Gibson?
17    A.  Yeah.  There's an announcer on Guam, the
18  father.  He helped us with union problems.
19    Q.  And he is with the Guam Employers Council,
20  right?
21    A.  Yeah.  He was basically telling us treat the
22  employees better so they don't go union.  Basically that
23  was it.  I remember that seminar.  But sexual
24  harassment, I'm not too sure about training.
25    Q.  Well, I don't have it with me today, but I have

MERRILL   LEGAL   SOLUTIONS
800-826-0277   818-593-2300   Fax 818-593-2301   www.merrillcorp.com
108173d1-61e7-42a9-b634-0260dbf926e1

Case 1:06-cv-00028   Document 69-4   Filed 09/24/2007   Page 8 of 44

1    Q. As what?
2    A. First was guest -- no. I think it was a night
3  manager job, too, then I went to guest services manager.
4    Q. Any training in sexual harassment seminars?
5    A. No. I don't believe so.
6    Q. Did you need it? Did you need any more sexual
7  harassment training?
8    A. I was pretty much secure with once I heard it,
9  report it, and let the HR take it from there.
10   Q. Do you remember the exact day you left Leo
11  Palace in August of 2004?
12   A. Exact day, no.
13   Q. Do you remember that Christina Camacho was
14  fired by May Paulino while you were still working there?
15   A. Do I remember? No. I don't know when -- well,
16  I know she left before I left, but I don't know when.
17   Q. You know Christina left the employ of Leo
18  Palace before you left the employ of Leo Palace?
19   A. Yes. Yes.
20   Q. You didn't hear about how she was fired?
21   A. I work nights, so, you know, the gossip during
22  the day, you know, there's no one around.
23   Q. But Rose and Jennifer and Vivienne were still
24  working there when you left, right?
25   A. I believe so, yes.

1    Q. Didn't you have any conversations with them
2  about Christina being fired?
3    A. They might have told me, yes, that she was
4  terminated.
5    Q. They might have, but do you remember anything
6  about it?
7    A. Specifically about it, no.
8    Q. But you knew she was terminated?
9    A. Yes, because I didn't see her on the schedule,
10  I believe. Yeah, that was one thing I know, when people
11  are terminated, their names are taken off the work
12  schedule, what you showed me earlier or Mr. Torres
13  showed me.
14   Q. Was there any other policy you're aware of for
15  what happens when an employee is terminated? And let me
16  be more specific: Do you know whether Palacios Security
17  had any role as a policy when an employee was
18  terminated?
19   A. They weren't supposed to be allowed back on
20  property, that's all I know.
21   Q. All right. So you don't know if Christina was
22  taken off the property by Palacios Security?
23   A. That's, I don't know.
24   Q. This memo that you gave -- that you
25  said you gave to May, you didn't hand it to her

1  directly, right?
2    A. I did not.
3    Q. And you didn't actually put it in the internal
4  mail system yourself, did you?
5    A. I put it in the interoffice memo, one of those
6  brown envelopes that you secure with string. Like I
7  have with everything else that I've sent down to HR, put
8  it in the envelope, ask Rose make sure it gets down
9  there.
10   Q. According to Ray Griffin's report, which I
11  marked as Exhibit 2, you gave it to Rose and Vivienne
12  and asked them to deliver it to May Paulino?
13   A. Yeah. It usually goes down with the mail, the
14  incoming mail.
15   Q. Do you remember giving it to Rose and Vivienne
16  and asking them to deliver it to May Paulino?
17   A. I believe I've always given it to Rose whenever
18  I've had something like that. Something of importance,
19  I made sure I give it to someone and I ask them to make
20  sure it gets downstairs.
21   Q. Downstairs. But the front desk at the hotel is
22  on the same floor as May Paulino's office, isn't it?
23   A. No. One floor above.
24   Q. One floor above. Okay. Why didn't you just
25  walk down and put it in May's tray yourself?

1    A. Well, I get off at 7:00. I probably completed
2  it by 8:00. They probably don't get in until -- I don't
3  know.
4    Q. You don't think May was in the office by
5  8 o'clock? Do you think you wrote the report in one
6  hour?
7    A. Yeah.
8    Q. And this was in what form, handwritten or
9  typed?
10   A. I used a computer that was next -- on the desk
11  next to Mr. Maruyama's. I might have used Mr. Hong's
12  computer.
13   Q. That's a computer at Leo Palace?
14   A. Leo Palace.
15   Q. Was it a Word document?
16   A. Yes.
17   Q. And then you printed it out?
18   A. Yes.
19   Q. Okay. And that was on or about, you think, in
20  June -- on or about June 23rd?
21   A. Around there, yes.
22   Q. Of 2004?
23   A. Yes.
24   Q. When you finished the memo and printed it out,
25  was there anybody else at the office yet in Maruyama's

MERRILL LEGAL SOLUTIONS
800-826-0277    818-593-2300    Fax 818-593-2301    www.merrillcorp.com
108173d1-61e7-42a9-b634-0260dbf926e1

# Exhibit 6

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

U.S. EQUAL EMPLOYMENT ) CASE NO. 1:06-CV-00028
OPPORTUNITY COMMISSION, )
 )
   Plaintiff, )
 )
    vs. )
 )
LEO PALACE RESORT, )
 )
   Defendant. )
         )
_____ )
 )
JENNIFER HOLBROOK, VIVIENE )
VILLANUEVA, and ROSEMARIE )
TAIMANGLO, )
 )
   Plaintiff-Intervenors, )
 )
    vs. )
 )
LEO PALACE RESORT, )
 )
   Defendant. )
_____ )

DEPOSITION TRANSCRIPT

OF

# MAE E. PAULINO

March 13, 2007

PREPARED BY:  GEORGE B. CASTRO
        **DEPO RESOURCES**
        #49 Anacoco Lane
        Nimitz Hill Estates
        Piti, Guam 96915
        Tel:(671)688-**DEPO** * Fax:(671)472-3094

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CASE NO. 1:06-CV-00028 |
| Plaintiff, | ) |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) |

| | |
|---|---|
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA, and ROSEMARIE TAIMANGLO, | ) |
| Plaintiff-Intervenors, | ) |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) |

Deposition of **May E. Paulino**, taken on Tuesday, March 13, 2007, at the hour of 9:13 a.m., at the U.S. Attorney's Office, District of Guam, Sirena Plaza, 108 Hernan Cortez Avenue, Hagatna, Guam before George B. Castro, pursuant to Notice. That at said time and place there transpired the following:

**APPEARANCES**

| | |
|---|---|
| For the Plaintiff | U.S. EQUAL OPPORTUNITY COMMISSION |
| | By: **Gregory B. McClinton, Esq.** |
| | |
| For the Plaintiff-Intervenors | TEKER, TORRES & TEKER, P.C. |
| | By: **Lawrence Teker, Esq.** |
| | |
| For the Defendant | DOOLEY, ROBERTS & FOWLER, LLP |
| | By: **Tim Roberts, Esq.** |
| | |
| Also present | Michiro Niikura |
| | Viviene Villanueva |
| | Rosemarie Taimanglo (9:59 a.m.) |

1     A    Yes, sir.

2     Q    Was he also there when Ms. Camacho was

3 there?

4     A    No, sir.

5     Q    And so, did he leave the position prior

6 to Ms. Camacho being hired?

7     A    Yes, sir.

8     Q    So when -- Ms. Camacho, do you recall

9 when she was hired?

10    A    I can't recall, sir.

11    Q    Was it around May of 2004?

12    A    It was around -- yes, sir.  Around that

13 time.

14    Q    And so, Mr. Manzon, he would have left

15 prior to May of 2004?

16    A    He left in April.

17    Q    Okay.  And, so you would have taken

18 over as the head of Human Resources for Leo

19 Palace around April of 2004?

20    A    Yes, sir.

21    Q    And who did you report to in 2000 --

22 after April 2004?

23    A    Mr. -- give me a second.

24    Q    Sure.  Go ahead.

25    A    It was Mr. -- I'm not sure, sir.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1  became aware of the allegations of sexual
2  harassment against Ms. Camacho?
3       MR. ROBERTS:    I object, the question
4  is vague as to him.
5       MR. McCLINTON:    I'm talking about Mr.
6  Suzuki.
7       MR. ROBERTS:    The question is, did May
8  interview --
9       MR. McCLINTON:  That's correct.
10      MR. ROBERTS:    -- Mr. -- interview?
11      MR. McCLINTON:  Interview.  Right.
12 BY MR. McCLINTON:
13      Q    As part of your investigation, did you
14 talk to him?
15      A    Yes, I did, sir.
16      Q    Okay.  And what did he say?
17      A    He said that he cannot terminate
18 Christina at that time.
19      Q    Let me ask you, do you recall when it
20 was that you had the interview with Mr. Suzuki?
21      A    I can't recall, sir.
22      Q    Okay.  Was it in August of 2004?
23      A    It was -- yes, it was in August 2004.
24      Q    Okay.  Now, did Mr. Suzuki, did he tell
25 you that he knew that Ms. Camacho had acted

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

1  inappropriately toward Ms. Villanueva?

2          MR. ROBERTS:  Objection, leading.

3          MR.  McCLINTON:      It's  an  adverse

4  witness, but you can answer the question.

5          MR. ROBERTS:    You're right.  I forgot.

6          MR. McCLINTON:  That's okay.

7          MR.  ROBERTS:   We're  in  Guam  now,  not

8  Hawaii.

9     A    Can you repeat, sir?

10         MR. McCLINTON:  Sure.

11  BY MR. McCLINTON:

12    Q    In your conversation you had with -- I

13  would  ask  for  a  read-back  but  I  don't  think  I

14  could  get  one,  that's  the  down  side  of  this

15  recording,  now  that  I  actually  think  about

16  this.

17         Let  me  ask  you,  when  you  had  this

18  conversation  or  interview  that  you  had  with  Mr.

19  Suzuki,  did  he  tell  that  he  knew  about  Ms.

20  Villanueva's  complaints  against  Ms.  Camacho?

21    A    Yes.

22    Q    And did he tell you that he knew that -

23  - and when I say he knew, Mr. Suzuki, that he'd

24  knew  that  Ms.  Camacho  had  acted  inappropriately

25  toward Ms. Villanueva?

Case 1:06-cv-00028    Document 69-4    Filed 09/24/2007    Page 16 of 44

1    A   Yes.

2    Q   And did he tell you at anytime that he

3 -- rather, he had counseled Ms. Camacho prior

4 to you speaking with him?

5    A   No, sir.

6    Q   Okay. Did you ask him?

7    A   Yes, sir.

8    Q   And what did he say?

9    A   He said no.

10   Q   Okay. And did he tell you whether or

11 not he had instructed Mr. Perez or any other

12 supervisor to counsel Ms. Camacho?

13   A   No, sir.

14   Q   And prior to you conducting this

15 interview with Mr. Suzuki, had Mr. Suzuki

16 reported Ms. Camacho's inappropriate behavior

17 toward Ms. Villanueva to Leo Palace's Human

18 Resources?

19   A   No, sir.

20   Q   And did Mr. Suzuki, did he tell you how

21 long he knew Ms. Camacho had been acting

22 inappropriately toward Ms. Villanueva?

23   A   He never discussed it, sir. So, no.

24   Q   Okay. Now, when you spoke with Mr.

25 Suzuki, did you also talk to him about Ms.

1    Holbrook's allegations against Ms. Camacho?

2        A    Yes, I did, sir.

3        Q    Okay.    And did Mr. Suzuki, did he tell

4    you that he knew that Ms. Camacho had acted

5    inappropriately toward Ms. Holbrook?

6        A    He said he heard.

7        Q    Okay.    And did he tell you who he heard

8    it from?

9        A    No, sir.

10       Q    Did he tell you when he had heard it?

11       A    No, sir.

12       Q    Prior to you conducting the interview

13   as part of your investigation with Mr. Suzuki,

14   had he reported to Human Resources that he had

15   heard    that    Ms.    Camacho    had    acted

16   inappropriately toward Ms. Holbrook?

17       A    No, sir.

18       Q    Had Mr. Suzuki counsel or disciplined

19   Ms. Camacho for inappropriate conduct toward

20   Ms. Holbrook?

21       A    No, sir.

22       Q    Did Mr. Suzuki tell you that he had

23   instructed any of Ms. Camacho's supervisors to

24   counsel her regarding the inappropriate conduct

25   toward Ms. Holbrook?

1    A    No, sir.

2    Q    And the same questions regarding Ms.
3    Taimanglo, when you spoke with Mr. Suzuki, did
4    you ask him about Ms. Taimanglo's allegations
5    against Ms. Camacho?

6    A    No, sir.

7    Q    Did Mr. Suzuki, did he tell you that
8    he'd also knew that Ms. Camacho had acted
9    inappropriately toward Ms. Taimanglo?

10    A    No, sir.

11    Q    As part of your decision or part of Mr.
12    Suzuki and Mr. Iijima's decision to terminate
13    Ms. Camacho, as part of your investigation, did
14    you investigate the allegations of Ms.
15    Taimanglo against Ms. Camacho?

16    A    Yes, sir.

17    Q    Okay. And why did that you did not ask
18    Mr. Suzuki regarding Ms. Taimanglo's
19    allegations against Ms. Camacho?

20    A    I asked him, he said he knows about it
21    but he is too busy.

22    Q    Okay. So, when I asked you earlier
23    whether or not you had discussed as part of
24    your investigation Ms. Taimanglo's allegations,
25    you now remember that you did ask him about

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1   that and he said he was too busy or words to

2   that effect?

3      A   Well, the first time I asked him he

4   said he heard about it.

5      Q   Okay. So, there was -- you had two

6   conversations with him about Ms. Taimanglo?

7      A   Yes.

8      Q   Okay. Did you have more than two

9   conversations with him regarding Ms.

10   Taimanglo's allegations?

11      A   No, sir.

12      Q   And when you had the second

13   conversation, how long was that after you had

14   the first one?

15      A   It was probably about -- I can't

16   remember, sir.

17      Q   Why is it -- was it more than a week?

18      A   I can't remember.

19      Q   Did you take notes of the first

20   conversation you had with Mr. Suzuki?

21      A   It was just a short conversation. No,

22   I did not.

23      Q   Okay. And you didn't go back and make

24   a memorandum of the conversation you had him?

25      A   I don't remember, sir.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1    Q    Okay.    What    about    the    second
2    conversation, did you document it?

3    A    No.

4    Q    Okay.   And why is it that you went and
5    spoke with him the second time?  Or did he come
6    to you?

7    A    I met Rose at the hallway one day.

8    Q    Who?

9    A    Rose Taimanglo.

10   Q    Okay.

11   A    I met Rose Taimanglo in the hallway one
12   day, and she said to me or she asked me what's
13   the status of Christina, Christina Camacho.    I
14   said, I told her that I would talk to Suzuki.
15   Suzuki-San   does   not   want   to   make   any   --
16   terminate her at this time.

17   Q    He does not want to what?

18   A    He does not want to terminate her.

19   Q    Okay.   And so you went back and talked
20   to Mr. Suzuki a second time?

21   A    Yes, I did.

22   Q    Okay.   And is that second conversation
23   is where he told you that he was too busy?

24   A    Yes.

25   Q    Okay.   And why is it that he said that

1  violation?

2      A    Yes, sir.

3      Q    Okay.    And,   what   about   a   female

4  employee  approaching  another  female  employee

5  and sticking their hand up under their skirt in

6  a sexual way, is that a violation?

7      A    Yes, sir.

8      Q    And all these things I just asked you

9  about,  at  the  time  that  you  conducted  your

10 investigation,  did  you  become  aware  of  these

11 allegations against Ms. Camacho?

12     A    No, sir.

13     Q    So as a result of your investigation,

14 no  one  told  you  about  all  these  things  that  I

15 just rattled off?

16     A    Rose  had  told  me  one  time.   She  came

17 down  in  early  July,  okay?   She's  a  supervisor,

18 she  was  complaining  to  me  about  Christina's

19 attitude,  that  there  was  a  guest  at  the  hotel

20 that  wanted  a  key  delivered  to  the  room  and

21 Christina wanted to volunteer to go deliver the

22 key  and  Rose  would  not  let  her  go  because  she

23 was  going  to  see  her  girlfriend,  which  is  a

24 female  employee  at  housekeeping;  and  Rose  told

25 me  that  she  went  ahead  and  let  her  go  because

1  if she doesn't let her go, she will get mad and
2  she'll just sit in the back corner and not
3  doing anything.

4      Rose said that she let her go and she
5  gave her a timeframe as to when to return back,
6  and then also Rose had told me that Christina
7  will use vulgar languages upstairs at the front
8  desk.

9      Q  Okay.  But the questions that I'd asked
10 you earlier as to whether or not these things
11 were a violation of Leo Palace's policy, is
12 this the first time today that you're hearing
13 these allegations against Ms. Camacho?

14     A  Today, sir?

15     Q  Yes.  The first time you're hearing
16 that Ms. Camacho -- well, let's just go down
17 each one of them.  Did Ms. Taimanglo ever --
18 did she ever tell you that Ms. Camacho had said
19 that she wanted to -- that she would taste
20 better if she were lunch?

21     A  No, sir.

22     Q  Did Mr. Perez tell you that?

23     A  No, sir.

24     Q  Okay.  Is this the first time you're
25 hearing that?

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1   did you talk to any male employees regarding
2   these three women's allegations against Ms.
3   Camacho?

4       A    No, sir.

5       Q    And did you talk to Mr. Perez?

6       A    No, sir.

7       Q    Did Mr. Perez ever pass any complaints
8   onto you regarding any of these three women
9   being sexually harassed by Ms. Camacho?

10      A    Yes, he did, sir.

11      Q    And when did he do that?

12      A    He did -- he told me that in -- it's
13  either early June of 2004, that Christina
14  Camacho had slapped Viviene's butt and that
15  Viviene does not appreciate it.

16      Q    And what did you tell Mr. Perez?

17      A    I told Mr. Perez to talk to Christina
18  about it, and I told Mr. Perez to write a
19  report and I will also talk to -- I will let
20  Suzuki-San know.

21      Q    I'm sorry, and let who know?

22      A    I'll let Mr. Suzuki know.

23      Q    Okay. And do you know if Mr. Perez
24  spoke with Ms. Camacho?

25      A    I don't know, sir.

Case 1:06-cv-00028    Document 69-4    Filed 09/24/2007    Page 24 of 44

1  Q   Okay.   In any conversation that you had

2  with these three women, did any of them tell

3  you that they were afraid of Ms. Camacho?

4  A   No, sir.

5  Q   Did any of them tell you that they were

6  physically afraid -- I'm sorry.   Did any of

7  them tell you that they were afraid that Ms.

8  Camacho may harm them physically?

9  A   No, sir.

10  Q   Was there ever a point where the police

11  were called due to Ms. Camacho's conduct

12  towards these three women?

13  A   She was terminated on the 13th and then

14  it was on a Sunday, I heard that she was

15  staying at the condo, in the condominiums.   And

16  she was making phone calls to the girls and

17  that was -- at that time I guess they were

18  afraid, so the general manager was aware about

19  that and they called the security.   They had

20  placed a security on the front desk on the

21  lobby area and the girls, after work, were

22  escorted by security out to the car and out to

23  the main road.

24  Q   They were escorted out to the main

25  road?

1    A    I don't remember, sir.

2    Q    Okay.   When  you -- let  me  ask  you  this,

3    what   is   Leo   Palace's   policy   back   in   2004,

4    August  of  2004,  when  they  terminated  employees?

5    What   was   their   policy   in   terms   of   escorting

6    them  off  the  premises  and  whether  or  not  they

7    could   come   back   to   the   workplace   and   getting

8    their   personal   belongings   and   all   the   other

9    things?

10   A    They   will   be   escorted   by   security,

11   coming   into   the   gate   to   get   their   personal

12   belongings  and  escorted  back  out.

13   Q    And   are   they   allowed   back   on   the

14   premises   after   they're   terminated?   This   is

15   going  back  to  2004.

16   A    I  don't  know,  sir.

17   Q    Okay.    In   cases   where   you   have

18   employees   who   were   sexually   harassing   other

19   employees,  are  those  employees  allowed  back  on

20   the -- are  they  allowed  back  on  the  property  of

21   Leo  Palace,  back  in  2004?

22   A    Yes,  sir.

23   Q    They  are?

24   A    Yes,  sir.

25   Q    Okay.   And   currently   an   employee   who

1    Q   Did she ask you if you would give her a

2 reference if she went and applied at another

3 place?

4    A   No.

5    Q   Now, how about our three women, did you

6 take any Exit interviews of these three ladies?

7    A   No, sir.

8    Q   Why not?

9    A   I was hesitant to talk to them being

10 that they already were filing.

11    Q   How did you -- this was when -- when

12 did they leave?  It was about August of 2004,

13 correct?

14    A   Yes.

15    Q   And when did they file their complaints

16 with EEOC?

17    A   Actually, no.  They were already

18 represented by an attorney on the 16th of

19 August.  Christina was terminated on the 13th.

20 On the 16th of August I received a letter from

21 Mr. Torres.

22    Q   So the reason after you received a

23 letter from Mr. Torres and you didn't feel that

24 you should conduct any type of Exit interview

25 with these three?

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

# Exhibit 7

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CASE NO. 1:06-CV-00028 |
| Plaintiff, | ) |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) |

_____

| | |
|---|---|
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA, and ROSEMARIE TAIMANGLO, | ) |
| Plaintiff-Intervenors, | ) |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) |

_____

DEPOSITION TRANSCRIPT

OF

# SATOSHI SUZUKI

March 14, 2007

PREPARED BY:     GEORGE B. CASTRO
**DEPO RESOURCES**
#49 Anacoco Lane
Nimitz Hill Estates
Piti, Guam 96915
Tel:(671)688-**DEPO** * Fax:(671)472-3094

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

U.S. EQUAL EMPLOYMENT                ) CASE NO. 1:06-CV-00028
OPPORTUNITY COMMISSION,             )
                                     )
            Plaintiff,               )
                                     )
        vs.                          )
                                     )
LEO PALACE RESORT,                   )
                                     )
            Defendant.               )
_____  )
                                     )
JENNIFER HOLBROOK, VIVIENE           )
VILLANUEVA, and ROSEMARIE            )
TAIMANGLO,                           )
                                     )
            Plaintiff-Intervenors,   )
                                     )
        vs.                          )
                                     )
LEO PALACE RESORT,                   )
                                     )
            Defendant.               )
_____  )

     Deposition of **Satoshi Suzuki**, taken on Wednesday, March
14, 2007, at the hour of 9:02 a.m., at the U.S. Attorney's
Office, District of Guam, Sirena Plaza, 108 Hernan Cortez
Avenue, Hagatna, Guam before George B. Castro, pursuant to
Notice. That at said time and place there transpired the
following:

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel:(671)688-**DEPO** (3376) * Fax:(671)472-3094

## APPEARANCES

| | |
|---|---|
| For the Plaintiff | U.S. EQUAL OPPORTUNITY COMMISSION<br>By: **Gregory L. McClinton, Esq.** |
| For the Plaintiff-Intervenors | TEKER, TORRES & TEKER, P.C.<br>By: **Phillip Torres, Esq.** |
| For the Defendant | DOOLEY, ROBERTS & FOWLER, LLP<br>By: **Tim Roberts, Esq.** |
| Also present | Morihiro Arasaki (Interpreter)<br>Michiro Niikura<br>Viviene Villanueva<br>Rosemarie Taimanglo |

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel:(671)688-**DEPO** (3376) * Fax:(671)472-3094

1  Q   Prior to Ms. Camacho being fired, did
2  you have any conversation with Ms. Paulino
3  regarding sexual harassment by Ms. Camacho
4  toward Ms. Villanueva?

5  A   May, who's May?

6  Q   May is --

7      MR. TORRES:  Paulino.

8      MR. McCLINTON:  Paulino.  Right.

9  A   No, I have not heard.

10 BY MR. McCLINTON:

11 Q   Did Ms. Paulino have any conversation
12 with you regarding Ms. Camacho's sexually
13 harassing Ms. Taimanglo?

14 A   As I said I received one report then
15 after that I have not had any conversation with
16 Personnel.

17 Q   Okay.  So you said the one report, the
18 one report, was that after Ms. Camacho was
19 fired?

20 A   As I said it, when I received the
21 report from Rose and Greg first time, since
22 then I have not had any conversation with the
23 personnel in regards to this matter.

24 Q   And I understand you received a report.
25 But what I'm asking you is when did you receive

Case 1:06-cv-00028    Document 69-4    Filed 09/24/2007    Page 32 of 44

1  that report? Was that before or after Ms.
2  Camacho was fired?

3      A   I believe the first report I heard was
4  at end of -- toward the end of June 2004.

5      Q   Okay. So this would have been before
6  Ms. Camacho was fired. Is that correct?

7      A   Yes, it was.

8      Q   Okay. And when you had this
9  conversation with either Greg or May, did they
10 tell you that Ms. Camacho had been sexually
11 harassing either Ms. Taimanglo , Ms. Holbrook
12 or Ms. Villanueva?

13     A   Is this before the 2004 June?

14     Q   No. This conversation he says that he
15 had around June of 2006, did they tell him that
16 Ms. Camacho had been accused of harassing these
17 three women?

18     A   No, I only heard it once.

19     Q   Okay. And was it during this
20 conversation, this one conversation you had,
21 that they told you that Ms. Camacho was
22 sexually harassing these three women?

23     A   Not sure about number. However, I
24 heard that she is doing some sexual harassment
25 act. But I'm not sure how many.

1　illegal behavior with Ms. Paulino that you
2　couldn't let Ms. Camacho go because you were
3　short staffed?
4　　　　INTERPRETER:　That's　May　Paulino,
5　right?
6　　Q　That's correct.
7　　　　INTERPRETER:　Toward May Paulino?　In
8　regards to May Paulino's question, regarding to
9　why Camacho is not being fired?
10　　Q　Right.
11　　　　INTERPRETER:　And not let her go?
12　　Q　That's correct.
13　　　　INTERPRETER:　He replied that since
14　he's been short of staff, he is not able to
15　fire -- let go of Ms. Camacho.
16　　Q　Okay.　So, you did tell --
17　　　　INTERPRETER:　No, no, I'm asking you.
18　　Q　Oh, I'm sorry.　That's the question,
19　that's the question.
20　　A　I believe that I had replied that since
21　it's being investigated or turned it over to
22　Personnel already until the result comes from
23　the Personnel, I will not be able to do
24　anything in regards to Camacho's position.
25　　Q　Okay.　I understand that the complaint

BY MR. McCLINTON:

Q   You could answer.

A   I knew, because Rose had reporting once.

Q   Okay.

A   Since I have spoken to her once, I wasn't sure it was continuing on.

Q   Okay. And when was it that Rose told you that she was being sexually harassed by Ms. Camacho?

INTERPRETER:   One more time. Rose --

Q   That's Rose Tamayo.

MR. TORRES:   Taimanglo.

MR. McCLINTON:   Taimanglo.

A   Taimanglo.

MR. McCLINTON:   Taimanglo.

INTERPRETER:   Taimanglo had told that she's being harassed?

MR. McCLINTON:   That's correct.

A   I believe it at the end of June I heard -- had the report from Rose and Greg and somewhere in end of June, toward the end of June.

BY MR. McCLINTON:

Q   Okay. And when you heard from Rose and

1  Greg around the end of June, what was it that
2  Rose specifically told you regarding the
3  harassment?

4      A    I believe I received their report that
5  she's been harassed -- sexually harassed and
6  there were report.  They will discuss with the
7  Personnel.

8      Q    Okay.  So you told them to take their
9  complaint to Personnel?

10         MR. ROBERTS:    Objection, it's not what
11 the witness said.  So, it mischaracterizes the
12 testimony.

13         MR. McCLINTON:   It's okay, I'm not sure
14 what he said. But go ahead.

15     A    No.    They themselves directly would
16 talk to the Personnel.

17         MR. McCLINTON:   Okay.

18         INTERPRETER:   That's what he said.
19 BY MR. McCLINTON:

20     Q    So they told you that they would talk
21 directly to Personnel?

22     A    Yes, they did.

23     Q    Okay.  Did you give Rose any
24 instructions regarding Camacho's behavior?

25     A    As they were saying that they would

1    A   No, I have not.

2    Q   Did anyone from Personnel ask you if
3 you had knowledge of Ms. Camacho's illegal
4 behavior prior to the conversation you had with
5 Rose and Greg?

6    A   I don't think I do.

7    Q   Okay. And do you know if Mr. Iijima
8 knew that Ms. Camacho had been sexually
9 harassing any of these three women?

10    A   Yes, I do. I did, that Iijima knew it.

11    Q   Okay. And he knew it before Greg and
12 Rose had informed you of Ms. Camacho's
13 harassment?

14    A   I don't think I knew it.

15    Q   Okay.

16    MR. McCLINTON: Why don't we take a 5-
17 minute break.

18    (Off the record from 10:49 a.m. to
19 11:09 a.m.)

20    A   Can I ask one question?

21    Q   Sure.

22    A   Maybe some questions -- corrections. I
23 received some reports at end of June and Iijima
24 may have told you that Iijima knew before that,
25 but I believe that I heard from Iijima probably

1  afterwards -- after that the June -- end of the

2  June.

3       Q    Okay.

4       A    So, it's not before.  So, I just want

5  to make sure on that.

6       Q    That's okay.  Mr. Suzuki, in 2004, what

7  was the shift or what were your work hours?

8       A    Probably it was starting about 9 in the

9  morning 'til 8 in the evening.

10      Q    And do you recall what Ms. Camacho's

11 work hours were during that same period?

12      A    She was mostly scheduled on the morning

13 shift, so it could have been 6:15 in the

14 morning 'til 2:45 in the afternoon.  But there

15 maybe -- that could be having some afternoon

16 shifts was well.

17      Q    I understand.  And what was the hours

18 for the afternoon shift?

19      A    1:15 through 9:45.  9:15.

20      Q    So, in 2004 did you see Ms. Camacho on

21 a daily basis?

22      A    About the same -- we're working about

23 the same day, sir.

24      Q    Okay.  And what about Rose, did you

25 also see her on a daily basis?

1   Q   Before?

2       INTERPRETER:  One more time?

3       MR. McCLINTON:  Sure.

4   Q   Before August 12th, 2004, before Ms.

5   Camacho was terminated, was the front desk

6   short staffed?

7   A   Yes, it was.  It was short.

8   Q   Okay.  And after Ms. Camacho was

9   terminated, was the front desk area still short

10  staffed?

11  A   Yes, it was.

12  Q   Was the front desk short staffed all --

13  or the remainder of 2004?

14  A   Yes, it was.

15  Q   Okay.  And after August 12th of 2004,

16  did you make a decision to change Rose

17  Taimanglo's shift?

18  A   I don't remember in my memory.  I'm not

19  sure.

20  Q   Was Rose -- after August 12th, was

21  Rose's shift changed from the day shift to the

22  swing shift?

23      INTERPRETER:  Day shift to?

24  Q   To the swing shift.

25  A   I don't remember well.

1     Q   Okay.  And did you ever talk to any of

2 the three women about the fact that they had

3 contacted an attorney after Ms. Camacho had

4 been fired?

5     A   No, I don't remember.

6     Q   Okay.  Were you angry at the fact that

7 these three women had filed the charge with

8 claiming harassment with the EEOC?

9     A   I'm not sure.

10     Q   You're not sure how you felt?

11     INTERPRETER:  He just wondered why.

12     Q   Well, let me ask you, you said you

13 wondered why.  Did you -- after Ms. Camacho had

14 been fired, did you understand that these women

15 had been subjected to sexual harassment?

16     INTERPRETER:  After Ms. Camacho has

17 been terminated --

18     Q   Right.

19     INTERPRETER:  -- was she aware of --

20     Q   Wasn't he aware that these women had

21 been subjected to sexual harassment?

22     A   Since I heard, I think I believe I did.

23     Q   Right.  Because in fact the Personnel

24 told you, that's why they fired Camacho, right?

25     A   I believe, yes --

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094

Q    Okay.

A    -- that's why she was fired.

Q    Right.   And you knew as early as June of 2004 that Rose had complained that she was being sexually harassed by Ms. Camacho.   Isn't that true?

A    Yes, I heard one report from end of June.   Yes.

Q    All right.   And in fact, you didn't hear, you knew because Rose told you.   Isn't that true?   I said it's not that you heard, you knew because Rose told you?

A    Yes.

Q    Okay.   Now after Ms. Camacho had been fired, were you aware of an incident where Ms. Camacho had threatened these three women while they were at work at Leo Palace?

A    No, I have not heard.   I don't remember.

Q    Did Mr. Iijima ever tell you about an incident where security had to be called because Ms. Camacho had threatened these three women on or around August 15 2004?

A    I believe there's some kind of report but I don't remember the details.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1  Q   Didn't she tell you that she wasn't

2  going to stay because she no more could take

3  the  harassment that continued even after Ms.

4  Camacho had been fired?

5  A   I am not sure -- I don't know well but

6  I'm -- could not have comprehend,  you know,

7  the contents of the conversation but rather I

8  really don't remember well.

9  Q   Didn't she tell you she was stressed,

10 to the point that she was physically ill and

11 she couldn't come to work there anymore?

12      MR. ROBERTS:   Objection,     witness

13 testified that he doesn't remember.

14      MR. McCLINTON:  He can answer.

15 A   But didn't remember -- at that time

16 when she -- we would talk and she had cried, so

17 she may have mentioned something in that nature

18 but I really don't remember clearly.

19 Q   In fact all three of these women felt

20 that way, isn't that true?

21      MR. ROBERTS:   Objection,   calls  for

22 speculation.

23      MR. McCLINTON:  You can answer.

24 A   At that time maybe I didn't comprehend.

25 BY MR. McCLINTON:

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-DEPO * Fax(671)472-3094

1   A    It's continuously monitored.

2   Q    Okay.   And why did you have to look at

3   those security tapes?

4   A    I remember that one time there was a

5   short of cash and I think that's the time that

6   he look at the security tape.

7   Q    Okay.   Does he know how long they are

8   saved for?

9   A    I don't know.

10  Q    Okay.   Who's in charge of the security

11  at the hotel?

12  A    At this moment?

13  Q    Well, in 2004.

14  A    I'm  not  sure  about  that,  who's  in

15  charge.

16  Q    Okay.    In   2004   Palacios   Security

17  provided  security  for  the  hotel.   Do  they

18  answer to you?

19  A    I don't understand, sir.

20  Q    Okay.   Also, do you remember that Rose

21  went  to  complain  to  May  Paulino  about  sexual

22  harassment  around  July  1st,  2004;  do  you

23  remember that?

24       INTERPRETER:  Rose?

25       MR. TORRES:  I'll ask it again.

1    Q    Do you remember that Rose came to you,

2    went to you, and said she wanted to go to HR to

3    complain  about  Christina  Camacho  on  sexual

4    harassment?

5    A    Yes, I do.

6    Q    And  you  remember  telling  her  it  was

7    okay with you for her to go to HR, to May?

8    A    Yes, I did.

9    Q    Okay.  You remember Greg coming to you

10   even before that time saying that he had heard

11   a complaint about Christina Camacho, and did he

12   want to go and talk to HR about it?

13   A    I'm not sure about that.

14   Q    Okay.  What you remember telling Greg,

15   it  was  okay  for  him  to  go  and  talk  to  May

16   Paulino about his concerns?

17   A    My memory does not agree but if they

18   ask me I could have done a thing to go to HR.

19   Q    Okay.  And as manager, you felt that HR

20   would  deal  with  any  problems  that  they  were

21   told about?

22   A    As they have talked today, HR director,

23   I think HR would handle the problems.

24   Q    I have nothing further.

25        MR. TORRES:  Thank you.

**DEPO RESOURCES**
George B. Castro
**Court Reporter**
Tel.(671)688-**DEPO** * Fax(671)472-3094