ORIGINAL

ANNA Y. PARK, Regional Attorney
DEREK LI, Supervisory Trial Attorney
GREGORY McCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 894-5072
Facsimile: (702) 894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CIVIL CASE NO. 06-00028 <br><br> **CERTIFICATE OF SERVICE** |

I, hereby certify that on 24TH day of September 2007, I caused to be served by personal service the following documents: "Plaintiff EEOC's Opposition to Defendant's Motion for Partial Summary Judgment; Declaration of Angela Morrison In Support of Plaintiff EEOC's

| | |
|---|---|
| 1 | Opposition to Defendant's Partial Motion for Summary Judgment; Motion to File Facsimile |
| 2 | Signature of U.S. EEOC Counsel Angela Morrison; and Order ", in the above entitled cause to |
| 3 | the following attorneys of record: |

Attorney for Defendant Leo Palace

Tim L. Roberts
Dooley, Roberts & Fowler, LLP
865 S. Marine Corps Drive, Suite 201
Orlean Pacific Plaza
Tamuning, Guam 96913

Attorney for Plaintiff-Intervenors

Phillip Torres
Teker, Torres & Teker, P.C.
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910

Respectfully submitted this 24th day of September, 2007.

*[signature]*
FRANCES B. LEON GUERRERO
Legal Assistant