TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

FILED
DISTRICT COURT OF GUAM
SEP 2 6 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CIVIL CASE NO. 06-00028 |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendant. | **PLAINTIFF-INTERVENORS' JOINDER TO PLAINTIFF'S OPPOSITION RE MOTION FOR PARTIAL SUMMARY JUDGEMENT** |

----------

/ / /

Plaintiff-Intervenors in the above-captioned case, JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, through undersigned counsel, hereby files their Joinder to Plaintiff, U.S. Equal Employment Opportunity Commission's ("EEOC), Opposition Re Motion for Partial Summary Judgment filed on September 24, 2007 and respectfully requests that the Court deny Defendant's Motion.

Admittedly, this joinder is late and I apologize to the Court. My office received an electronic service of the Court's September 10, 2007 Order but it was not seen until today. Therefore, so as not to prejudice Defendant, Plaintiff-Intervenors do not tender any additional arguments but adopt those set forth by Plaintiff EEOC.

*Respectfully submitted* this 26th day of September, 2007.

**TEKER, TORRES & TEKER, P.C.**

By: _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

# CERTIFICATE OF SERVICE

I, Phillip Torres, Esq., declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on September 26, 2007, Plaintiff-Intervenors' Joinder to Plaintiff, U.S. Equal Employment Opportunity Commission's, Opposition Re Motion for Partial Summary Judgment was served by hand delivery on:

> Thomas L. Roberts, Esq.
> **Dooley, Roberts & Fowler, LLP**
> 865 S. Marine Corps. Dr., Ste. 201
> Orlean Pacific Plaza
> Tamuning, Guam 96913

and via electronic mail on:

> Angela Morrison, Esq.
> Trial Attorney
> **United States Equal Employment Opportunity Commission**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 26th day of September, 2007.

*/s/ Phillip Torres*
PHILLIP TORRES