**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

Attorneys for Plaintiff-Intervenors,
  *Jennifer Holbrook, Rosemarie*
  *Taimanglo and Viviene Villanueva*

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>            Defendant. | CIVIL CASE NO. 06-00028 |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>            Plaintiff-Intervenors,<br><br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>            Defendant. | **ORDER MODIFYING SCHEDULING ORDER** |

----------

///

Plaintiff-Intervenors, having moved the Court for an order extending deadline dates for future discovery, motions and a new trial date, and it appearing to the Court that good cause exists for granting Plaintiff-Intervenors' unopposed Motion,

**IT IS HEREBY ORDERED** that,

1. The August 6, 2007 *discovery cut-off date* (defined as the last day to file responses to discovery) is extended to **October 12, 2007.**

2. Discovery and dispositive motion cut-off dates (the last day to file motions):

   a) The *discovery motion cut-off date* is extended from July 6, 2007, to **October 12, 2007**.

   b) The *dispositive motion cut-off date* is extended from September 10, 2007, to **October 22, 2007**.

3. Each party shall file a trial brief no later than November 5, 2007**.**

4. The October 9, 2007 *Preliminary Pretrial Conference* is continued to **November 13, 2007, at 11:00 a.m.**

5. The parties' exhibit binders, exhibit lists, witness lists, discovery material designations, and proposed pretrial order shall be filed or lodged no later than November 20, 2007.

6. The October 23, 2007 *Final Pretrial Conference* is continued to **November 27, 2007, at 9:00 a.m.**

5. That the October 30, 2007 *Jury Trial*, is continued to **December 4, 2007, at 9:00 a.m.**

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
       **U.S. Magistrate Judge**
    **Dated: Sep 27, 2007**

*U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*
**District Court of Guam Civil Case No. 06-00028**