Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



FILED
DISTRICT COURT OF GUAM
OCT - 1 2007
JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CASE NO. 1:06-CV-00028 <br><br><br><br><br><br><br><br><br> **SUPPLEMENTAL DECLARATION OF TIM ROBERTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br><br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendants. | |

I, **Tim Roberts**, declare under penalty of perjury as follows:

1. I am the attorney for Defendant LeoPalace Resort. I have personal knowledge of the matters stated herein, and if called, I could and would testify truthfully thereto.

ORIGINAL

2. Attached as Exhibit A1 through A3 to a separate declaration I have delivered to counsel for the other parties in this case is a true and correct copy of excerpts of Rose Taimanglo's psychotherapy records obtained from Dr. Lilli Perez-Iyechad.

3. Attached hereto as Exhibit B1-B6 to a separate declaration I have delivered to counsel for the other parties in this case is a true and correct copy of excerpts of Jennifer Holbrook's psychotherapy records obtained from Dr. Lilli Perez-Iyechad and Tom Babauta.

Under penalty of perjury I declare that the foregoing is true and correct.

Executed this 1st day of October, 2007 in Tamuning, Guam.

*/s/ Tim Roberts*

**TIM ROBERTS**

F:\Documents\TLR (07-04)\M108\M108-330\M108-330.PSJM-TR Supp Dec