Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223


FILED
DISTRICT COURT OF GUAM
OCT - 1 2007
JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br><hr>JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendants. | CASE NO. 1:06-CV-00028<br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Tim Roberts, hereby certify that on the 1st day of October, 2007, I caused to be served via

US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

**ORIGINAL**

and via hand delivery on:

>Philip Torres, Esq.
>**TEKER TORRES & TEKER, P.C.**
>130 Aspinall Avenue, Suite 2A
>Hagåtña, Guam 96910

the following documents:

1. Reply Memorandum in Support of Motion for Partial Summary Judgment

2. Supplemental Declaration of Tim Roberts

Dated: October 1, 2007

**Tim Roberts**