# ORIGINAL

1  ANNA Y. PARK, Regional Attorney
   GREGORY S. MCCLINTON, Supervisory Trial Attorney
2  DEREK LI, Senior Trial Attorney
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1068
5  Facsimile: (213) 894-1301

6  ANGELA D. MORRISON, Trial Attorney
   333 S. Las Vegas Blvd., Suite 8112
7  Las Vegas, NV 89101
   Telephone: (702) 388-5072
8  Facsimile: (702) 388-5094
   Attorneys for Plaintiff
9  U.S. EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION

10
   LEONARDO M. RAPADAS
11 United States Attorney
   MIKEL W. SCHWAB
12 Assistant U.S. Attorney
   Sirena Plaza, Suite 500
13 108 Hernan Cortez Avenue
   Hagatna, Guam 96910
14 Tel: (671) 472-7332
   Fax: (671) 472-7215

15
   Attorneys for the United States of America
16

17              UNITED STATES DISTRICT COURT

18                   TERRITORY OF GUAM

19

20 U.S. EQUAL EMPLOYMENT          )   CIVIL CASE NO. 06-00028
   OPPORTUNITY COMMISSION         )
21                                )
              Plaintiff,          )
22                                )   NOTICE OF LODGING OF
              vs.                 )   ORIGINAL SIGNATURE OF EEOC
23                                )   COUNSEL ANGELA MORRISON
   LEO PALACE RESORT,             )
24                                )
                                  )
25                                )
              Defendant.          )
26 _____)

27        COMES NOW the United States and lodges with the Court, the original signature, of the

28 government's Declaration of Angela Morrison in Plaintiff EEOC's Opposition to Defendant's

**FILED**
**DISTRICT COURT OF GUAM**

OCT – 2 2007 nbo

**JEANNE G. QUINATA**
**Clerk of Court**

1    Partial Summary Judgment in the above entitled matter, a facsimile copy of which was

2    previously filed on September 24, 2007.

3           DATED: October 1, 2007.

4

5                                            LEONARD M. RAPADAS
                                             United States Attorney
6                                            Districts of Guam and NMI

7                              BY:  _____
                                             MIKEL W. SCHWAB
8                                            Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -2-

Anna Y. Park, Regional Attorney
Derek Li, Supervisory Trial Attorney
Gregory McClinton Senior Trial Attorney
Angela D. Morrison, Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702)894-5072
Facsimile: (702)894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LEO PALACE RESORT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No.: 2:06-CV-00028

DECLARATION OF ANGELA MORRISON IN SUPPORT OF PLAINTIFF EEOC'S OPPOSITION TO DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| JENNIFER HOLBROOK; VIVIENE VILLANUEVA; and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> MDI GUAM CORPORATION d/b/a LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, Angela D. Morrison, declare and state:

1. I am a Trial Attorney employed at the Las Vegas Local Office, Los Angeles District Office of the United States Equal Employment Opportunity Commission. I have personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

2. Attached hereto as Exhibit 1 are true and correct copies of documents Bates stamped numbers LPR 00002, 00003, 00004, 00006, 00028, 00039, 00058, 00091, 00134, 00139, 00182, 00183, 00184, 00185, 00186, 00187 provided to the EEOC by Defendant Leo Palace via discovery. The documents are redacted to protect personal information such as social security numbers, home addresses, home telephone numbers, and dates of birth. In addition LPR 00187 is redacted pursuant to Fed. R. Evid. 408.

3. Attached hereto as Exhibit 2 are true and correct copy of excerpts of the deposition transcript of Viviene Villanueva.

4. Attached hereto as Exhibit 3 are true and correct copy of excerpts of the deposition transcript of Jennifer Holbrook.

5. Attached hereto as Exhibit 4 are true and correct copy of excerpts of the deposition transcript of Rosemarie Taimanglo.

6. Attached hereto as Exhibit 5 are true and correct copy of excerpts of the condensed deposition transcript of Gregory Perez.

7. Attached hereto as Exhibit 6 are true and correct copy of excerpts of the deposition transcript of May Paulino.

8. Attached hereto as Exhibit 7 are true and correct copy of excerpts of the deposition transcript of Satoshi Suzuki.

9. Attached hereto as Exhibit 8 are true and correct copy of excerpts of the deposition transcript of Yutaka Maruyama.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Treatment Summary for Rosemarie Taimanglo prepared by Dr. Lilli Perez Iyechad.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Treatment Summary for Jennifer Holbrook prepared by Dr. Lilli Perez Iyechad.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Treatment Summary for Jennifer Holbrook prepared by Tom Babauta, MSW.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Treatment Summary for Viviene Villanueva prepared by Tom Babauta MSW.

14. Attached hereto as Exhibit 13 are true and correct copy of excerpts of the deposition transcript of Tom Babauta, MSW. The transcript is redacted to protect the privacy of a third-party.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of September, 2007, at Las Vegas, Nevada.


Angela D. Morrison
Angela D. Morrison