Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM

OCT - 3 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) LEO PALACE RESORT, ) ) Defendant. ) JENNIFER HOLBROOK, ) VIVIENE VILLANUEVA and ) ROSEMARIE TAIMANGLO, ) ) Plaintiff-Intervenors, ) vs. ) ) MDI GUAM CORPORATION dba LEO ) PALACE RESORT MANENGGON HILLS ) and DOES 1 through 10, ) ) Defendants. ) | CASE NO. 1:06-CV-00028  **NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE**  Date/Time: Wednesday, October 10, 2007 at 4:00 pm Pacific Standard Time which is Thursday, October 11, 2007 at 9:00 a.m. Chamorro Standard Time |

PLEASE TAKE NOTICE that on Wednesday, October 10, 2007 at 4:00 p.m. Pacific Standard Time which is Thursday, October 11, 2007 at 9:00 a.m. Chamorro Standard Time, at **Law Offices of David de Rubertis, 21800 Oxnard Street, Suite 1180, Woodland Hills, California 91367; Tel: (818) 227-8605,** Defendant, through its attorneys of record, Dooley Roberts & Fowler LLP, by Tim Roberts, Esq., will take the telephonic deposition of **Michael Robbins,** whose address is 153 Stagecoach Road, Bell Canyon, California 91307-1046, upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross examine.

DOOLEY ROBERTS & FOWLER LLP

Dated: October 3, 2007     By: _____
**TIM ROBERTS**
Attorneys for Defendant

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, Tim Roberts, hereby certify that on the 3rd day of October, 2007, I caused Defendant LeoPalace Resort's Notice of Deposition (re: Michael Robbins) to be served upon the following via US Mail and email:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

And, to be served upon the following via hand delivery:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

Dated: October 3, 2007

**Tim Roberts**