Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM

OCT - 3 2007 mbv

**JEANNE G. QUINATA**
**Clerk of Court**

Attorneys for Defendant LeoPalace Resort

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CASE NO. 1:06-CV-00028 |
| Plaintiff, | ) |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) **NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE** |
| Plaintiff-Intervenors, | ) Date: Friday, October 12, 2007 |
| vs. | ) Time: 9:00 a.m. |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that on Friday, October 12 2007, at the hour of 9:00 a.m., at the

law offices of Dooley Roberts & Fowler LLP, Suite 201, Orlean Pacific Plaza, 865 South Marine

Corps Drive, Tamuning, Guam 96913, Defendant, through its attorneys of record, Dooley Roberts

& Fowler LLP, by Tim Roberts, Esq., will take the deposition of **Dr. Lilli Perez-Iyechad,** whose

address is known to you, upon oral examination pursuant to Guam Rules of Civil Procedure, before

a notary public or an officer authorized by law to administer oaths. The oral examination will

continue from day to day until completed. You are invited to attend and cross examine.

DOOLEY ROBERTS & FOWLER LLP

Dated: __October 3, 2007__      By: _____

**TIM ROBERTS**
Attorneys for Defendant



## CERTIFICATE OF SERVICE

I, Tim Roberts, hereby certify that on the 3rd day of October, 2007, I caused Defendant

LeoPalace Resort's Notice of Deposition (re: Lilli Perez-Iyechad) to be served upon the following

via US Mail and email:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

And, to be served upon the following via hand delivery:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

Dated: ___October 3, 2007___        _____
**Tim Roberts**

2