Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223

Attorneys for Defendant LeoPalace Resort



**FILED**
DISTRICT COURT OF GUAM

OCT - 3 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>vs.<br><br>LEO PALACE RESORT,<br><br>　　　　Defendant.<br>JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>　　　　Plaintiff-Intervenors,<br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 1:06-CV-00028<br><br>**NOTICE OF DEPOSITION; CERTIFICATE OF SERVICE**<br><br>Date:  Friday, October 12, 2007<br>Time: 10:30 a.m. |

PLEASE TAKE NOTICE that on Friday, October 12, 2007, at the hour of 10:30 a.m., at the law offices of Dooley Roberts & Fowler LLP, Suite 201, Orlean Pacific Plaza, 865 South Marine Corps Drive, Tamuning, Guam 96913, Defendant, through its attorneys of record, Dooley Roberts & Fowler LLP, by Tim Roberts, Esq., will take the deposition of **Tom Babauta**, whose address is known to you, upon oral examination pursuant to Guam Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross examine.

　　　　　　　　　　　　　　　　DOOLEY ROBERTS & FOWLER LLP

Dated:  October 3, 2007　　　　By: _____
　　　　　　　　　　　　　　　　TIM ROBERTS
　　　　　　　　　　　　　　　　Attorneys for Defendant



ORIGINAL

## CERTIFICATE OF SERVICE

I, Tim Roberts, hereby certify that on the 3rd day of October, 2007, I caused Defendant LeoPalace Resort's Notice of Deposition (re: Tom Babauta) to be served upon the following via US Mail and email:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

And, to be served upon the following via hand delivery:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

Dated: October 3, 2007

**Tim Roberts**