Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223



FILED
DISTRICT COURT OF GUAM
OCT - 4 2007
JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. <br><br> JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, <br><br> Plaintiff-Intervenors, <br> vs. <br><br> MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br><br> Defendants. | CASE NO. 1:06-CV-00028 <br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Tim Roberts, hereby certify that on the 1st day of October, 2007, I caused to be served via US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

ORIGINAL

Certificate of Service
*EEOC v Leopalace Resort*
Civil Case No. 1:06-CV-00028
Page 2 of 2

and via hand delivery on:

> Philip Torres, Esq.
> **TEKER TORRES & TEKER, P.C.**
> 130 Aspinall Avenue, Suite 2A
> Hagåtña, Guam 96910

the following documents:

1. Motion to File Psychotherapy Records Under Seal of the Court

2. [Proposed] Order re: Psychotherapy Records

Dated: October 3, 2007

**Tim Roberts**