Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223




FILED
DISTRICT COURT OF GUAM

OCT - 5 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>vs.<br><br>LEO PALACE RESORT,<br><br>　　　　　Defendant.<br>JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>　　　　　Plaintiff-Intervenors,<br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO. 1:06-CV-00028<br><br>**NOTICE OF CANCELLATION OF DEPOSITIONS; CERTIFICATE OF SERVICE** |

PLEASE TAKE NOTICE that the depositions of Plaintiff-Intervenors' psychotherapists scheduled as follows:

　　　　Dr. Lilli Perez- Iyechad,　　　　　　October 12, 2007 at 9:00 a.m.
　　　　Tom Babauta　　　　　　　　　　　October 12, 2007 at 10:30 a.m.

at the law offices of Dooley Roberts & Fowler LLP, Suite 201, Orlean Pacific Plaza, 865 South Marine Corps Drive, Tamuning, Guam 96913, are canceled.

　　　　　　　　　　　　　　　　　　　　　DOOLEY ROBERTS & FOWLER LLP

Dated: ___October 5, 2007___　　　By: _____
　　　　　　　　　　　　　　　　　　　　　**TIM ROBERTS**
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

ORIGINAL

# CERTIFICATE OF SERVICE

I, Tim Roberts, hereby certify that on the 5th day of October, 2007, I caused Defendant LeoPalace Resort's Notice of Deposition (re: Michael Robbins) to be served upon the following via US Mail and email:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

And, to be served upon the following via hand delivery:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

Dated: October 5, 2007

**Tim Roberts**

