Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant LeoPalace Resort

# IN THE DISTRICT COURT
# OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL CASE NO. 06-00028 |
| Plaintiff, | |
| vs. | |
| LEO PALACE RESORT, | |
| Defendant. | **ORDER**<br>**Re: Psychotherapy Records** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | |
| Plaintiff-Intervenors, | |
| vs. | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | |
| Defendants. | |

GOOD CAUSE BEING SHOWN and subject to the limitations of Rule LR 26.1(a) of the Local Rules of Practice for the District Court of Guam, Leopalace is authorized to file Plaintiff-Intervenors' psychotherapy records under the seal of this Court. Pending further Court order, only court personnel and counsel for the parties are authorized to view these records.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: Oct 16, 2007**