1  ANNA Y. PARK, Regional Attorney
   GREGORY S. MCCLINTON, Supervisory Trial Attorney
2  DEREK LI, Senior Trial Attorney
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1068
5  Facsimile: (213) 894-1301

6  ANGELA D. MORRISON, Trial Attorney
   333 S. Las Vegas Blvd., Suite 8112
7  Las Vegas, NV 89101
   Telephone: (702) 388-5072
8  Facsimile: (702) 388-5094

9  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION

11

   LEONARDO M. RAPADAS
12 United States Attorney
   MIKEL W. SCHWAB
13 Assistant U.S. Attorney
   Sirena Plaza, Suite 500
14 108 Hernan Cortez Avenue
   Hagatna, Guam 96910
15 Tel: (671) 472-7332
   Fax: (671) 472-7215
16
   Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 22 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LEO PALACE RESORT, <br><br> Defendant. | CIVIL CASE NO. 06-00028 <br><br> MOTION TO FILE FACSIMILE SIGNATURE OF U.S. EEOC COUNSEL ANGELA MORRISON |

1

1  The United States of America submits this Motion to allow the filing of the facsimile
2  signature of U.S. EEOC Counsel Angela D. Morrison on the Declaration of Angela Morrison in
3  Support of Plaintiff EEOC's Motion for Partial Summary Judgment. Plaintiff will lodge the
4  document with the original signature as soon as possible after filing the facsimile signature.

Dated: October 22, 2007

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney