Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223



FILED
DISTRICT COURT OF GUAM

OCT 2 2 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

## IN THE DISTRICT COURT
## OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,  <br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br><br>JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendants. | CASE NO. 1:06-CV-00028<br><br>NOTICE OF MOTION TO DISMISS EMOTIONAL DISTRESS CLAIMS OF PLAINTIFF-INTERVENOR HOLBROOK |

Defendant Leopalace Resort hereby moves to dismiss the emotional distress claims of Plaintiff-Intervenor Jennifer Holbrook, as more fully described in the accompanying Memorandum of Points and Authorities in support of this motion. This motion is based upon this Notice of Motion, the Notice of Hearing, the Memorandum of Points and Authorities in Support of Motion to

Case 1:06-cv-00028    Document 88    Filed 10/22/2007    Page 1 of 2

ORIGINAL

Dismiss filed herewith, the Declaration of Tim Roberts in Support of Motion to Dismiss filed herewith, and all documents and pleadings on file in this action.

Dated this 22nd day of October 2007.

                        DOOLEY ROBERTS & FOWLER LLP

                        By _____
                             **TIM ROBERTS**
                             Attorneys for Defendant