Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile  (671) 646-1223



**FILED**
DISTRICT COURT OF GUAM

OCT 2 2 2007

JEANNE G. QUINATA
Clerk of Court

Attorneys for Defendant LeoPalace Resort

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. 1:06-CV-00028 |
| vs. | |
| LEO PALACE RESORT, | |
| Defendant. | **CERTIFICATE OF SERVICE** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | |
| Plaintiff-Intervenors, vs. | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | |
| Defendants. | |

I, Tim Roberts, hereby certify that on the 22nd day of October, 2007, I caused to be served via US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101



and via hand delivery on:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

the following documents:

1. Notice of Hearing on Motion to Dismiss Emotional Distress Claims Of Plaintiff-Intervenor Holbrook

2. Notice of Motion and Motion to Dismiss Emotional Distress Claims Of Plaintiff-Intervenor Holbrook

3. Memorandum In Support Of Motion To Dismiss Emotional Distress Claims Of Plaintiff-Intervenor Holbrook

4. Declaration of Tim Roberts in Support of Motion to Dismiss

5. [Proposed] Order Re: Motion to Dismiss Emotional Distress Claims Of Plaintiff-Intervenor Holbrook

6. Certificate of Service

Dated: __October 22, 2007__  
**Tim Roberts**