ORIGINAL

Anna Y. Park, Regional Attorney
Derek Li, Supervisory Trial Attorney
Gregory McClinton Senior Trial Attorney
Angela D. Morrison, Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702)894-5072
Facsimile: (702)894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

FILED
DISTRICT COURT OF GUAM
OCT 29 2007
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br>—————————————————<br>JENNIFER HOLBROOK; VIVIENE VILLANUEVA; and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>MDI GUAM CORPORATION d/b/a LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:06-CV-00028<br><br>DECLARATION OF PHILLIP TORRES IN SUPPORT OF PLAINTIFF EEOC'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS EMOTIONAL DISTRESS CLAIMS OF PLAINTIFF-INTERVENOR HOLBROOK |

I, Phillip Torres, declare and state:

1. I am an attorney representing Plaintiff-Intervenors in the current matter. I have personal knowledge of the facts stated herein, and if called as a witness to testify as to the matters stated herein, I could and would competently do so.

2. On October 22, 2007, I attended the reconvened deposition of Tom Babauta, MSW.

3. At no time prior to the October 22, 2007 deposition of Mr. Babauta was my office informed that Defendant LeoPalace believed Mr. Babauta's handwritten notes and therapy records regarding his sessions with Ms. Holbrook were not included with Mr. Babauta's response to the Court's Order to Produce.

4. At no time prior to the October 22, 2007 deposition of Mr. Babauta was my office informed by Mr. Babauta that his handwritten notes and therapy records regarding his sessions with Ms. Holbrook were not included with Mr. Babauta's response to the Court's Order to Produce.

5. Counsel for Defendant LeoPalace did not inform my office about the Motion to Dismiss prior to filing the motion on October 22, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of October, 2007, at Hagatna, Guam.

_____
PHILLIP TORRES