**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie*
*Taimanglo and Viviene Villanueva*

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) CIVIL CASE NO. 06-00028 |
| Plaintiff, | ) ) |
| vs. | ) ) |
| LEO PALACE RESORT, | ) ) |
| Defendant. | ) ) |
| | ) |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) ) ) ) |
| Plaintiff-Intervenors, | ) ) |
| vs. | ) ) |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) ) ) ) |
| Defendant. | ) |

CIVIL CASE NO. 06-00028

**ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION FOR LEAVE TO FILE SUR-REPLY RE: DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

----------

/ / /

1       FOR GOOD CAUSE SHOWN, Plaintiff-Intervenors, JENNIFER HOLBROOK, VIVIENE

2      VILLANUEVA and ROSEMARIE TAIMANGLO's, Motion for Leave to File a Sur-Reply In

3      Support of their own claims and EEOC's Opposition To Defendant's Partial Motion for Summary

4      Judgment is hereby GRANTED.

5

6

7                               **/s/ Frances M. Tydingco-Gatewood**

8                                      **Chief Judge**
                                      **Dated: Nov 02, 2007**

9

10

11

12

13

14

15

16

17    *U.S. Equal Employment Opportunity Commission vs. Leo Palace Resort*

18    **District Court of Guam Civil Case No. 06-00028**

19

20

21

22

23