Dooley Roberts & Fowler LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone (671) 646-1222
Facsimile (671) 646-1223

Attorneys for Defendant LeoPalace Resort

**FILED**
DISTRICT COURT OF GUAM

NOV - 5 2007 

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT
OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CASE NO. 1:06-CV-00028 |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) **CERTIFICATE OF SERVICE** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) |
| Plaintiff-Intervenors, vs. | ) |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) |
| Defendants. | ) |

I, Tim Roberts, hereby certify that on the 5th day of November, 2007, I caused to be served via US Mail and email upon:

Angela D. Morrison
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
333 S. Las Vegas Boulevard, Suite 8112
Las Vegas, NV 89101

Certificate of Service
*EEOC v Leopalace Resort*
Civil Case No. 1:06-CV-00028
Page 2 of 2

and via hand delivery on:

Philip Torres, Esq.
**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue, Suite 2A
Hagåtña, Guam 96910

the following documents:

    1.    Defendant Leopalace Resort's Opposition To Plaintiff EEOC's Motion For Partial Summary Judgment

    2.    Declaration Of Tim Roberts In Support Of Defendant Leopalace Resort's Opposition To EEOC's Motion For Partial Summary Judgment

    3.    Certificate of Service

Dated:  November 5, 2007

**Tim Roberts**