FILED
DISTRICT COURT OF GUAM
NOV - 5 2007
JEANNE G. QUINATA
Clerk of Court

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie Taimanglo and Viviene Villanueva*

## IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL CASE NO. 06-00028 |
| Plaintiff, | |
| vs. | |
| LEO PALACE RESORT, | |
| Defendant. | **DECLARATION OF JENNIFER T. HOLBROOK** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | |
| Plaintiff-Intervenors, | |
| vs. | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | |
| Defendant. | |

----------

///

I, JENNIFER T. HOLBROOK, hereby declare as follows:

1. I am over the age of eighteen (18) years and one of the Plaintiff-Intervenors in the above-captioned and numbered case.

2. As a result of my employment with Leo Palace Resort I sought psychological care from Tom Babauta, MSW, QCSW, beginning in April 2006. Prior to that time I had seen Psychologist Lilli Perez-Iyechad, PhD, RPT-S, for psychological treatment related to my employment at Leo Palace Resort.

3. On or about September 14, 2007, the Court Ordered Dr. Perez-Iyechad and Mr. Babauta to deliver all medical records in their possession to the Defendant in this case.

4. It has come to my attention that my medical records were not timely produced as required by a Court Order. I, at no time, had any discussion with Dr. Lilli or Counselor Babauta after the Court Order either requesting or demanding that they not produce any records or in any other way violate the Court Order.

I declare under penalty of perjury that the foregoing is true and correct.

Dated at Hagåtña, Guam, on November __2__, 2007.

_____
JENNIFER T. HOLBROOK

M:\COMMON\USERS\#PLEADINGS\HOLBROOK, JENNIFER - EEOC\027 HOLBROOK DECLARATION.wpd

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

Case 1:06-cv-00028    Document 108    Filed 11/05/2007    Page 2 of 2