1

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601



**FILED**
DISTRICT COURT OF GUAM

NOV - 5 2007

**JEANNE G. QUINATA**
**Clerk of Court**

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie*
*Taimanglo and Viviene Villanueva*

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) | CIVIL CASE NO. 06-00028 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LEO PALACE RESORT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JENNIFER HOLBROOK, ) | |
| VIVIENE VILLANUEVA and ) | |
| ROSEMARIE TAIMANGLO, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| MDI GUAM CORPORATION dba LEO ) | |
| PALACE RESORT MANENGGON HILLS ) | |
| and DOES 1 through 10, ) | |
| ) | |
| Defendant. ) | |

----------

/ / /

ORIGINAL

## CERTIFICATE OF SERVICE

I, Phillip Torres, Esq., declare as follows:

1.      I am over the age of majority and am competent to testify regarding the matters stated herein.

2.      I hereby certify that on November 5, 2007, Plaintiff-Intervenors' Opposition to Defendant's Motion to dismiss the emotional distress claims of Plaintiff-Intervenor Holbrook, and Declaration of Jennifer T. Holbrook were served by hand delivery on:

Thomas L. Roberts, Esq.
**Dooley, Roberts & Fowler, LLP**
865 S. Marine Corps. Dr., Ste. 201
Orlean Pacific Plaza
Tamuning, Guam 96913

and via electronic mail on:

Angela Morrison, Esq.
Trial Attorney
**United States Equal Employment
Opportunity Commission**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 5th day of November, 2007.

_____
**PHILLIP TORRES**

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

M:\COMMON\USERS\#PLEADINGS\HOLBROOK, JENNIFER - EEOC\O12-CERT OF SERVICE.wpd