Anna Y. Park, Regional Attorney
Derek Li, Supervisory Trial Attorney
Gregory McClinton Senior Trial Attorney
Angela D. Morrison, Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702)894-5072
Facsimile: (702)894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**FILED**
DISTRICT COURT OF GUAM

NOV - 6 2007

**JEANNE G. QUINATA**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br> Plaintiff, <br> v. <br> LEO PALACE RESORT, <br> Defendant. <br><br> JENNIFER HOLBROOK; VIVIENE VILLANUEVA; and ROSEMARIE TAIMANGLO, <br> Plaintiff-Intervenors, <br> v. <br> MDI GUAM CORPORATION d/b/a LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, <br> Defendants. | Case No.: 2:06-CV-00028 <br><br> PLAINTIFF EEOC'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 26(a)(3) <br><br> **Trial Date: December 4, 2007** |

i

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") makes the following pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). EEOC reserves the right to supplement, amend, and/or correct the disclosures made herein.

1. Witnesses pursuant to Fed. R. Civ. P. 26(a)(3)(A):

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| Tom Baubata, MSW, ACSW | Family Pacific, Suite 102, Reflection Center, 222 Chalan Santo Papa, Hagatna, Guam 96910 | (671)477-5715 |
| Christine Camacho | K76, South Pacific Petroleum Corp., Route 4, Sinajan, Guam 96926 | (671)898-7746 |
| Leo Palace Custodian of Records | c/o Defense Counsel, Mr. Tim Roberts, DOOLEY ROBERTS & FOWLER, Suite 201, Orlean Pacific Plaza, 865 South Marine Corps Drive, Tamuning, Guam 96913 | (671) 646-1222 |
| Jennifer Holbrook, may only be contacted through counsel, Phil Torres | TEKER TORRES TEKER, P.C., Suite 2A, 130 Aspinall Avenue, Hagatna, Guam 96910 | (671)477-9891 |
| Thomas Hong (Thomas C. Son) | REDACTED | REDACTED |

1

| NAME | ADDRESS | TELEPHONE NUMBER |
|---|---|---|
| | Hagatna, Guam 96932 | |
| Hideo Iijima | Rota Resort & Golf Club, P.O. Box 938, Rota, M.P. 96951 | (670)532-1155 |
| Nilda Kowalski | Street address unknown, Corona Hills, California | REDACTED |
| Ken Kimura or Person Most Knowledgable Regarding Leo Palace's Financial Condition (for punitive damages) | c/o Defense Counsel, Mr. Tim Roberts, DOOLEY ROBERTS & FOWLER, Suite 201, Orlean Pacific Plaza, 865 South Marine Corps Drive, Tamuning, Guam 96913 | (671) 646-1222 |
| May Paulino | c/o Defense Counsel, Mr. Tim Roberts, DOOLEY ROBERTS & FOWLER, Suite 201, Orlean Pacific Plaza, 865 Sout Marine Corps Drive, Tamuning, Guam 96913 | (671) 646-1222 |
| Gregory Perez | REDACTED | |
| Lilli Perez Iyechad, PhD | Family Pacific, Suite 102, Reflection Center, 222 Chalan Santo Papa, Hagatna, Guam 96910 | (671)477-5715 |
| Michael Robbins | EXTTI, 153 Stagecoach Road, Bell Canyon, CA 91307-1046 | (818)712-0203 |
| Satoshi Suzuki | c/o Defense Counsel, Mr. Tim Roberts, DOOLEY ROBERTS & | (671) 646-1222 |

2

| NAME | ADDRESS | TELEPHONE NUMBER |
|------|---------|------------------|
|  | FOWLER, Suite 201, Orlean Pacific Plaza, 865 South Marine Corps Drive, Tamuning, Guam 96913 |  |
| Rosemarie Taimanglo, may only be contacted through counsel, Phil Torres | TEKER TORRES TEKER, P.C., Suite 2A, 130 Aspinall Avenue, Hagatna, Guam 96910 | (671)477-9891 |
| Christine Valencia | REDACTED | REDACTED |
| Rita Villagomez | 96921 | unknown |
| Viviene Villanueva, may only be contacted through counsel, Phil Torres | TEKER TORRES TEKER, P.C., Suite 2A, 130 Aspinall Avenue, Hagatna, Guam 96910 | (671)477-9891 |
| Poinciana R. Villanueva | REDACTED |  |

2. Pursuant to Fed. R. Civ. P. 26(a)(3)(B), EEOC designates the following witnesses whose testimony is expected to be presented by means of deposition testimony:

| NAME | ADDRESS | TELEPHONE NUMBER |
|------|---------|------------------|
| Yutaka Maruyama | 169 Tsuganodai, Chiba, Japan | 043-287-8878 |
| Gregory Perez | REDACTED |  |

3

EEOC lists Mr. Perez as a witness whose deposition it expects to present by means of deposition testimony, only because he is a third party witness who resides outside the jurisdiction of the United States District Court for the Territory of Guam. EEOC is hopeful that he will testify in person.

3. Identification of Exhibits, Documents pursuant to Federal Rule of Civil Procedure 26(a)(3)(C):

| Exhibit No. | Description |
|---|---|
| 1 | Dr. Perez-Iyechad Note Excusing Taimanglo from work, EEOC 0134 (also LPR 00062) |
| 2 | Taimanglo Leave Slip 8/26/04-09/01/04. EEOC 0133 (LPR 00064) |
| 3 | Dr. Perez-Iyechad Treatment Summary of Taimanglo, 3/21/07 |
| 4 | Taimanglo 2004 1040A, 2203 1040A, 2005 1040A, 2006 1040A |
| 5 | Taimanglo Customer Service Training Certificate, EEOC 0139 |
| 6 | Taimanglo Promotion Paperwork, EEOC 0141-0143 |
| 6 | Taimanglo LOD. EEOC 0004-0005 (also LPR 00298-299) |
| 7 | Taimanglo Supp. Decl. to EEOC Charge, EEOC 0081-0084 (also LPR 00357-360) |
| 8 | Taimanglo Decl. to EEOC Charge, EEOC 0085-0088 |
| 9 | Taimanglo Pre-Charge Questionnaire, EEOC 0096-0102 |
| 10 | Taimanglo Resignation Letter, EEOC 0117 |
| 11 | Notice of Taimanglo Charge, EEOC 0093 (also LPR 00355) |
| 12 | EEOC Investigator Interview w/ Taimanglo 4/5/05, EEOC 0412-413 |
| 13 | Taimanglo Personnel File documents from 2003-2004, LPR 00058- LPR 00095 |
| 14 | Taimanglo Handwritten notes re: Camacho, 0094 |
| 15 | Taimanglo Dr. M. Libao notes 8/19/04, 1 page |
| 16 | Dr. Perez-Iyechad Note Excusing Holbrook from work, EEOC 0055 |

4

| Exhibit No. | Description |
|---|---|
| 17 | Dr. Perez-Iyechad's Treatment Summary of Holbrook 3/21/07; Tom Babauta, MSW, Treatment Summary of Holbrook, 3/19/07 |
| 18 | Holbrook 2002 W-2s, 2006 W-2GU, 2003 Net Profit from Business, 2005 1040, 2003 1040 Guam Ind. Tax Return, 2005 1040-SS |
| 19 | Holbrook's 8/11/04 Written Statement to Paulino, EEOC 0052 (also LPR 00193) |
| 20 | Portions of Dr. Lilli Perez-Iyechad's Therapy Notes & Records Re: Holbrook & Taimanglo |
| 21 | Holbrook LOD, EEOC 0002-0003 (also LPR 00296-297) |
| 22 | Holbrook Supplemental Declaration to EEOC Charge, EEOC 0011-0015 (also LPR 00363-365) |
| 23 | Holbrook Declaration to EEOC Charge, EEOC 0019-0020 |
| 24 | Holbrook Resignation Letter EEOC 0034 |
| 24 | Holbrook Pre-Charge Questionnaire, EEOC 0037-0043 |
| 26 | Notice of Holbrook Charge, EEOC 0025 (also LPR 00361) |
| 27 | EEOC Investigator Interview w/ Holbrook 4/5/05, EEOC 0403-0404 |
| 28 | Holbrook Personnel File LPR 00027-00056 |
| 29 | Tom Babauta Note Excusing Villanueva from work, EEOC 0299 |
| 30 | Villanueva Leave Slips 8/21-8/27 & 8/27-9/02, EEOC 0300-0301 |
| 31 | Babauta Treatment Summary of Villanueva, 2/27/07 |
| 32 | Villanueva 2006 W-2, 2005 1040EZ, 2004 1040EZ, 2003 1040EZ |
| 33 | Portions of Tom Babauta, MSW's Therapy Notes & Records Re: Villanueva |
| 34 | Villanueva LOD, EEOC 0006-0007 (also LPR 00300-301) |
| 35 | Villanueva Supplemental Decl. to EEOC Charge, EEOC 0186-0188 (also LPR 00368-370) |
| 36 | Villanueva Decl. to EEOC Charge, EEOC 0191-0192 |

5

| Exhibit No. | Description |
|---|---|
| 37 | Villanueva Pre-Charge Questionnaire, EEOC 0199-0205 |
| 38 | Villanueva Resignation Letter EEOC 0035 |
| 39 | Villanueva Personnel Action Form 10/29/04, EEOC 0302 |
| 40 | Villanueva Employment App, EEOC 0339-340 |
| 41 | Notice of Villanueva Charge, EEOC 0196 (also LPR 00366) |
| 42 | Villanueva Personnel File LPR00133-LPR 00179 |
| 43 | Letter from Torres to Paulino 8/16/04, 0103-0110 (also LPR 00182-LPR00188) |
| 44 | Front Office Work Schedules, EEOC 0346-363, EEOC 0366-383; 0096-0098 (also LPR 00270-00287; LPR 00759-00776) |
| 45 | Leo Palace Punch Detail Reports 5/30/04-8/28/04 Holbrook (LPR 00732-758) |
| 46 | Torres Letter to EEOC 12/3/04, EEOC 0397-0402 |
| 47 | EEOC Interview with Perez dated 2/24/05, EEOC 0422-425 |
| 48 | Conciliation Failure Letter 5/22/06, EEOC 0416 (also LPR 00660) |
| 49 | EEOC Investigative File Case Log, EEOC 0430-0436 |
| 50 | EEOC Investigator Interview w/ Paulino, EEOC 0426-0427 |
| 51 | Notice of Like and Related Charges, EEOC 0024 (also LPR 00291) |
| 52 | EEOC Investigator Interview w/ Greg Perez, 2/24/05, EEOC 0422--0425 |
| 53 | Iijima Personnel File LPR 01211-01236 |
| 54 | Paulino Personnel File LPR 01237-01503 |
| 55 | Suzuki Personnel File LPR 01553-1589 |
| 56 | Letter from Suzuki to Paulino, EEOC 0273 (LPR 00004) |
| 57 | Paulino's notes of interview w/Holbrook 8/11/04, EEOC 0051 (also LPR 00192) |
| 58 | Paulino's notes of interviews w/Taimanglo 8/10/04; 8/11/04, EEOC 0110- |

6

| Exhibit No. | Description |
| --- | --- |
|  | 0111 (also LPR 00189- LPR00190) |
| 59 | Paulino's notes of interview w/ Camacho 8/11/04, EEOC 0234 (also LPR00005) |
| 60 | Paulino's notes of interview w/Villanueva 8/11/04, EEOC 0236 (also LPR 00194) |
| 61 | Documents from Thomas Hong Personnel File, LPR 01506, LPR 01518, LPR 01521-LPR 01525; LPR 01548-49 |
| 62 | Camacho Personnel File, LPR 00001-LPR 00026 |
| 63 | Leo Palace Resort Handbook/Benefits, 0068-0091 (also LPR 00331-00354) |
| 64 | 10/2/2003 Sexual Harassment Training Sign In Sheet (LPR 00416) |
| 65 | LeoPalace 2004 Medical & Dental Rates COBRA, EEOC 0131 (also LPR 00080) |
| 66 | Palacios Security Report 8/16/04, EEOC 0238-239 (also LPR 00002-LPR00003) |
| 67 | Security Morning Briefing, 0092 |
| 68 | Thomas Hong Sex Harassment Training, LPR 01504, LPR 01538 |
| 69 | Leo Palace Handbooks, LPR 00713-00731; LPR 01177-01210 |
| 70 | 6/20/06 Sexual Harassment Memo H-0009 (LPR 00778) |
| 71 | 612/16/04 Leo Palace Sex Harassment Memo (LPR00196-00197) |
| 72 | Sexual Harassment Sign In Sheets (LPR 00394-402) |
| 73 | Letter from Perez to Paulino re: Phone Policy (6/13/04), LPR 00543 |
| 74 | EEOC Expert Michael Robbins, Expert Report and Supplements, EEOC 0445-460 |
| 75 | Def. Leo Palace Resort's Responses to EEOC's Request for Admissions |
| 76 | Def. Leo Palace Resort's Responses to EEOC's First Set of Interrogatories |
| 77 | Def. Leo Palace Resort's Responses to EEOC's Interrogatories (Set Two) |

7

| Exhibit No. | Description |
|---|---|
| 78 | Def. Leo Palace Position Statement to EEOC 1/18/05, EEOC 0221-231 (also LPR 00224-00234) |
| 79 | Def. Leo Palace Letter dated 11/1/05 to EEOC, EEOC 0030-33 (also LPR 00660) |
| 80 | Def. Response to EEOC Request for Information #4 Re: Sex harassment Training, EEOC 0265, 0271 (also LPR 00255) |
| 81 | EEOC Request for Information #4 to LeoPalace 02/16/05, EEOC 0261-263 (LPR 00252-00254) |
| 82 | Defendant Leo Palace's Responses to EEOC's First Request for Production of Documents |
| 83 | Defendant Leo Palace's Responses to EEOC's Second Request for Production of Documents |
| 84 | Defendant's Initial Disclosures Pursuant to Local Rule 16.2 |
| 85 | Financial Records of Leo Palace (to be subpoenaed for trial regarding punitive damages) |

Date: November 4, 2007

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____
Angela Morrison
Derek Li
Attorneys for Plaintiff

8