ANNA Y. PARK, Regional Attorney
DEREK LI, Supervisory Trial Attorney
GREGORY McCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1068
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 894-5072
Facsimile: (702) 894-5094
E-mail: angela.morrison@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**TERRITORY OF GUAM**

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL CASE NO. 06-00028 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER** |
| LEO PALACE RESORT, | ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| 1 | The Court, having considered Plaintiff's Motion to File Facsimile Signature filed on |
| 2 | November 5, 2007, hereby orders Plaintiff to lodge the document containing the original |
| 3 | signature as soon as possible after filing it with the facsimile signature. |

The Court, having considered Plaintiff's Motion to File Facsimile Signature filed on November 5, 2007, hereby orders Plaintiff to lodge the document containing the original signature as soon as possible after filing it with the facsimile signature.



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Nov 06, 2007**