1  ANNA Y. PARK, Regional Attorney
   DEREK LI, Supervisory Trial Attorney
2  GREGORY S. MCCLINTON, Senior Trial Attorney
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1077
5  Facsimile: (213) 894-1301

6  ANGELA D. MORRISON, Trial Attorney
   333 S. Las Vegas Blvd., Suite 8112
7  Las Vegas, NV 89101
   Telephone: (702) 388-5099
8  Facsimile: (702) 388-5072

9  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION

11
   LEONARDO M. RAPADAS
12 United States Attorney
   MIKEL W. SCHWAB
13 Assistant U.S. Attorney
   Sirena Plaza, Suite 500
14 108 Hernan Cortez Avenue
   Hagatna, Guam 96910
15 Tel: (671) 472-7332
   Fax: (671) 472-7215
16
    Attorneys for the United States of America
17
                    UNITED STATES DISTRICT COURT
18
                         TERRITORY OF GUAM
19

20 | U.S. EQUAL EMPLOYMENT           ) CIVIL CASE NO. 06-00028
   | OPPORTUNITY COMMISSION          )
21 |                                 )
   |          Plaintiff,             )
22 |                                 ) **ORDER**
   |     vs.                         )
23 |                                 )
   | LEO PALACE RESORT,              )
24 |                                 )
   |                                 )
25 |                                 ) DATE: November 13, 2007
   |          Defendant.             ) TIME: 11:00 a.m.
26 |                                 )
   | _____ )
27

28

1      This matter came before the Court on the Unopposed Motion of the United States for an
2 Order allowing counsel for the United States Equal Employment Opportunity Commission to
3 Participate in the preliminary pretrial conference by telephone. After reviewing the submission,
4 IT IS HEREBY ORDERED THAT:
5      Angela Morrison and Derek Li may participate by telephone in the Preliminary Pretrial
6 Conference set for November 13, 2007.



**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Nov 06, 2007**