ORIGINAL
| | |
|---|---|
| 1  ANNA Y. PARK, Regional Attorney | |
|    GREGORY S. MCCLINTON, Senior Trial Attorney | **FILED** |
| 2  DEREK LI, Senior Trial Attorney | DISTRICT COURT OF GUAM |
|    U.S. EQUAL EMPLOYMENT | |
| 3  OPPORTUNITY COMMISSION | NOV 13 2007 |
|    255 East Temple Street, 4th Floor | |
| 4  Los Angeles, CA 90012 | JEANNE G. QUINATA |
|    Telephone: (213) 894-1068 | Clerk of Court |
| 5  Facsimile: (213) 894-1301 | |

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5099
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | CIVIL CASE NO. 06-00028 |
| Plaintiff, | ) | |
| vs. | ) | **PLAINTIFF'S MOTION TO FILE FACSIMILE SIGNATURE** |
| LEO PALACE RESORT, | ) | |
| Defendant. | ) | |

The United States of America submits this Motion to allow the filing of the facsimile signature of U.S. EEOC Counsel Angela D. Morrison on the Declaration of Angela Morrison in Support of the Reply in Support of the Plaintiff EEOC's Motion for Partial Summary Judgment.

Plaintiff will lodge the document with the original signature as soon as possible after filing the facsimile signature.

Dated: August 13, 2007.

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL SCHWAB
Assistant U.S. Attorney