1
2
3
4
5
6                          DISTRICT COURT OF GUAM

7                            TERRITORY OF GUAM

8
9

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL CASE NO. 06-00028 |

10

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,                        CIVIL CASE NO. 06-00028

11              Plaintiff,

12          vs.

13  LEO PALACE RESORT,

14              Defendant.

15  _____

16  JENNIFER HOLBROOK,
    VIVIENE VILLANUEVA, and
17  ROSEMARIE TAIMANGLO,

18              Plaintiff-Intervenors,

19          vs.                                        **ORDER**
    MDI GUAM CORPORATION d.b.a. LEO
20  PALACE RESORT MANENGGON HILLS,
    and DOES 1 through 10,
21
                Defendants.
22  _____

23          Based upon the parties oral consent to meet with the below-signed Magistrate Judge to

24  discuss settlement, a Settlement Conference shall be held on Tuesday, December 4, 2007,

25  at 9:00 a.m.  The Court directs the parties to read this Order carefully as it controls the settlement

26  procedure for this case.

27          **1.  Presence of Lead Counsel.**  Unless a party is proceeding *pro se*, the attorney attending

28  the settlement conference must be the lead trial counsel.

**2. Presence of All Parties.** All parties or the party's representative to the litigation must attend the settlement conference. A representative with *unrestricted* settlement authority must appear on behalf of corporations and other business entities.

**3. Insurance Matters.** In cases involving insurance, a representative with *unrestricted* settlement authority must appear on behalf of the insurance company.

**4. Confidential Settlement Letters.** Each party must submit a confidential settlement letter, no more than five (5) pages in length, no later than Tuesday, November 27, 2007. The letter should not be filed, but should be submitted in a sealed envelope and labeled "SEALED: CONFIDENTIAL SETTLEMENT LETTER FOR IN CAMERA REVIEW ONLY." The letter should set forth the party's statement of the case, including strengths and weaknesses, and the party's settlement position, including the last offer or demand made by the party and a statement of the offer or demand the party is prepared to make at the settlement conference. The settlement conference letter shall be returned to the party that submitted the letter at the end of the settlement conference.

**5. Date and Time of Conference.** The settlement conference shall be scheduled for **Tuesday, December 4, 2007, at 9:00 a.m.**

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Nov 13, 2007**

- 2 -