DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant.<br>_____<br>JENNIFER HOLBROOK, VIVIENE VILLANUEVA, and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br><br>vs.<br>MDI GUAM CORPORATION d.b.a. LEO PALACE RESORT MANENGGON HILLS, and DOES 1 through 10,<br><br>Defendants. | CIVIL CASE NO. 06-00028<br><br><br><br><br><br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE       (√) PRELIMINARY PRETRIAL CONFERENCE
                                                              (November 13, 2007, at 11:05 a.m.)

( ) FINAL PRETRIAL CONFERENCE    ( ) STATUS CONFERENCE

**Notes**: Appearing and participating telephonically for the Plaintiff EEOC were Angela Morrison and Derek Li. Appearing for Defendant Leo Palace Resort was Tim Roberts, and Phillip Torres appeared on behalf of the Plaintiff-Intervenors.

EEOC v. Leo Palace Resort, Civil Case No. 06-00028
Minutes of Preliminary Pretrial Conference: November 13, 2007

Judge Manibusan advised the parties that the current trial date of December 4 and all associated pretrial dates and deadlines will have to be moved, based on the scheduling needs of the District Judge. Accordingly, the following dates and deadlines were modified as follows:

- ▸ Continued Preliminary Pretrial Conference : Tuesday, February 26, 2008, at 10:00 a.m.
- ▸ Pretrial Materials Filing Deadline: Tuesday, March 4, 2008
- ▸ Proposed Pretrial Order: Tuesday, March 4, 2008
- ▸ Final Pretrial Conference: Tuesday, March 11, 2008, at 10:00 a.m.
- ▸ Trial: Tuesday, March 18, 2008, at 9:00 a.m.

All other dates and deadlines previously established in the Scheduling Order or amended by subsequent court order remain unchanged.

Mr. Torres stated hat he just filed a request to schedule a settlement conference. With the parties' consent, a settlement conference was scheduled for December 4, 2007, at 9:00 a.m. Counsel for the EEOC may participate in the settlement conference telephonically. Furthermore, the Court directed that a representative with ultimate settlement authority be present for the settlement conference.

The conference concluded at 11:20 a.m.

Dated: November 13, 2007.

Prepared by Judith P. Hattori, Law Clerk