ANNA Y. PARK, Regional Attorney
DEREK LI, Senior Trial Attorney
GREGORY S. MCCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1077
Facsimile: (213) 894-1301

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5072
Facsimile: (702) 388-5094

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 21 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant. | CIVIL CASE NO. 06-00028<br><br>UNOPPOSED MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY U.S. EEOC COUNSEL ANGELA MORRISON AND DEREK LI<br><br>DATE: February 26, 2008<br>TIME: 10:00 a.m. |

1

The United States of America submits this Unopposed Motion to allow Angela Morrison and Derek Li, attorneys for the United States Equal Employment Opportunity Commission to participate by telephone in the Preliminary Pretrial Conference set for February 26, 2008 at 10:00 a.m. Their telephone number is 702-388-5072.

Both counsel for Plantiff-Intervenors and Counsel for Defendant have stated they are unopposed to this motion requesting for telephonic participation by EEOC counsel.

The attorneys thank the Court for the courtesy of considering this request.

Dated: February 21, 2008

Respectfully submitted,

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/
MIKEL SCHWAB
Assistant U.S. Attorney

# CERTIFICATION

I, Jacqueline Emmanuel, working in the United States Attorneys Office, hereby certify that a copy of the Unopposed Motion Requesting for Telephonic Participation by United States EEOC Counsels Angela Morrison and Derek Li was served by personal service to the attorneys of record at the following address:

Tim Roberts
DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Pacific Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223

Phil Torres
TEKER TORRES & TEKER, P.C.
Suite 2A, 130 Aspinall Avenue
Hagatna, Guam 96910-5018
Telephone: (671) 477-9891/4
Facsimile: (671) 472-2601

DATED: February 21, 2008

*/s/ Jacqueline Emmanuel*
Jacqueline Emmanuel
Administrative Assistant

- 3 -