# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant. | CIVIL CASE NO. 06-00028<br><br>**ORDER SETTING MOTION HEARING AND CONTINUING PRETRIAL CONFERENCE AND TRIAL** |

The court hereby sets Defendant's Motion for Partial Summary Judgment and Motion to Dismiss, and Plaintiff's Motion for Partial Summary Judgment for hearing on March 18, 2008 at 9:00 a.m. The pretrial conference currently scheduled for March 11, 2008 at 10:00 a.m. and the jury trial scheduled to begin on March 18, 2008 at 9:00 a.m. are hereby vacated pending disposition of the Motions. The court also vacates the current deadlines regarding trial documents.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
  **Chief Judge**
**Dated: Feb 22, 2008**