| | |
|---|---|
| 1    ANNA Y. PARK, Regional Attorney <br> DEREK LI, Supervisory Trial Attorney <br> 2    GREGORY S. MCCLINTON, Senior Trial Attorney <br> U.S. EQUAL EMPLOYMENT <br> 3    OPPORTUNITY COMMISSION <br> 255 East Temple Street, 4th Floor <br> 4    Los Angeles, CA 90012 <br> Telephone: (213) 894-1077 <br> 5    Facsimile: (213) 894-1301 | **FILED** <br> DISTRICT COURT OF GUAM <br><br> MAR 1 3 2008 RD, <br><br> **JEANNE G. QUINATA** <br> **Clerk of Court** |

1 ANNA Y. PARK, Regional Attorney
DEREK LI, Supervisory Trial Attorney
2 GREGORY S. MCCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
3 OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
4 Los Angeles, CA 90012
Telephone: (213) 894-1077
5 Facsimile: (213) 894-1301

6 ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
7 Las Vegas, NV 89101
Telephone: (702) 388-5099
8 Facsimile: (702) 388-5072

9 Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION

11
LEONARDO M. RAPADAS
12 United States Attorney
MIKEL W. SCHWAB
13 Assistant U.S. Attorney
Sirena Plaza, Suite 500
14 108 Hernan Cortez Avenue
Hagatna, Guam 96910
15 Tel: (671) 472-7332
Fax: (671) 472-7215
16
Attorneys for the United States of America
17
UNITED STATES DISTRICT COURT
18
TERRITORY OF GUAM
19

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT <br> OPPORTUNITY COMMISSION <br><br>         Plaintiff, <br><br>         vs. <br><br> LEO PALACE RESORT, <br><br>         Defendant. | CIVIL CASE NO. 06-00028 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 13th day of March 2008, I caused to be served by personal service the following document: "Consent Decree;

Order", Civil Case No. 06-00028, <u>Equal Employment Opportunity Commission vs. Leo Palace Resort,</u> to the following attorneys of record:

>Thomas L. Roberts
>Dooley, Roberts & Fowler, LLP
>865 S. Marine Corps Drive
>Orlean Pacific Plaza, Ste. 201
>Tamuning, GU 96913
>
>Phillip Torres
>Teker Torres & Teker, P.C.
>130 Aspinall Ave., Ste. 2A
>Hagatna, GU 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: /s/ Jacqueline Emmanuel
JACQUELINE EMMANUEL
Administrative Assistant