IN THE DISTRICT COURT
OF GUAM

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) CASE NO. 1:06-CV-00028 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| LEO PALACE RESORT, | ) |
| Defendant. | ) **ORDER CONTINUING HEARINGS** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) |
| Plaintiff-Intervenors, | ) |
| vs. | ) |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) |
| Defendants. | ) |

In light of the recent filings in the above captioned case, the hearings on the Motion to Dismiss and Motions for Partial Summary Judgment, scheduled for March 18, 2008 at 9:00 a.m. are hereby continued until April 9, 2008 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 18, 2008