# ORIGINAL

1  ANNA Y. PARK, Regional Attorney
   DEREK LI, Senior Trial Attorney
2  GREGORY S. MCCLINTON, Senior Trial Attorney
   U.S. EQUAL EMPLOYMENT
3  OPPORTUNITY COMMISSION
   255 East Temple Street, 4th Floor
4  Los Angeles, CA 90012
   Telephone: (213) 894-1077
5  Facsimile: (213) 894-1301

6  ANGELA D. MORRISON, Trial Attorney
   333 S. Las Vegas Blvd., Suite 8112
7  Las Vegas, NV 89101
   Telephone: (702) 388-5072
8  Facsimile: (702) 388-5094

9  Attorneys for Plaintiff
   U.S. EQUAL EMPLOYMENT
10 OPPORTUNITY COMMISSION

11

   LEONARDO M. RAPADAS
12 United States Attorney
   MIKEL W. SCHWAB
13 Assistant U.S. Attorney
   Sirena Plaza, Suite 500
14 108 Hernan Cortez Avenue
   Hagatna, Guam 96910
15 Tel: (671) 472-7332
   Fax: (671) 472-7215
16
   Attorneys for the United States of America
17

**FILED**
DISTRICT COURT OF GUAM

MAR 1 8 2008

**JEANNE G. QUINATA**
**Clerk of Court**

18
19                    **DISTRICT COURT OF GUAM**

20                      **TERRITORY OF GUAM**

21

22 U. S. EQUAL EMPLOYMENT          )   CIVIL CASE NO. 06-00028
   OPPORTUNITY COMMISSION,        )
23                                )
              Plaintiffs,         )
24                                )
                vs.               )   ERRATUM TO CONSENT DECREE
25                                )
   LEO PALACE RESORT,             )
26                                )
              Defendant.          )
27 ─────────────────────────────── )

28

1    COMES NOW the United States and hereby files with the Court an Erratum to the

2  Consent Decree filed on March 13, 2008. Exhibit "A" is missing from the original Consent

3  Decree, therefore, the United States is now providing Exhibit A to attach to the Consent Decree.

4       Respectfully submitted this 18th day of March, 2008.

5

6                                    LEONARDO M. RAPADAS
                                     United States Attorney
7                                    Districts of Guam and CNMI

8

9                              By:   _____
                                     MIKEL W. SCHWAB
10                                   Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Jacqueline O. Emmanuel, Administrative Assistant, hereby certify that on 18ᵗʰ day of March 2008, I caused to be served by personal service the following document: "Erratum to Consent Decree", Civil Case No. 06-00028, <u>Equal Employment Opportunity Commission vs. Leo Palace Resort,</u> to the following attorneys of record:

Thomas L. Roberts
Dooley, Roberts & Fowler, LLP
865 S. Marine Corps Drive
Orlean Pacific Plaza, Ste. 201
Tamuning, GU 96913

Phillip Torres
Teker Torres & Teker, P.C.
130 Aspinall Ave., Ste. 2A
Hagatna, GU 96910

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
JACQUELINE EMMANUEL
Administrative Assistant

# EXHIBIT "A"

## NOTICE TO ALL EMPLOYEES

This Notice is being posted pursuant to a Consent Decree entered by the federal court in *U.S. Equal Employment Opportunity Commission v. Leo Palace Resort*, Case No. 1:06-CV-00028, settling a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC").

In its suit, the EEOC alleged that Leo Palace Resort ("Leo Palace") subjected Charging Parties to harassment and retaliation because of their sex, Female, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"). Leo Palace denies the allegations.

To resolve this lawsuit the parties have entered into a Consent Decree which requires, among other things, that Leo Palace provide monetary relief and injunctive relief, including training to its employees on EEO law and reports regarding its employment practices to the EEOC.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, pregnancy, and age. If you believe you have been discriminated against, you may contact the EEOC at 300 Ala Moana Boulevard, Room 7-127, P.O. Box 50082, Honolulu, HI 96850, telephone number (808)541-3120, 1-800-669-4000. The EEOC charges no fees and has employees who speak languages other than English.

No action may be taken against you by any management official of Leo Palace for: (1) opposing discriminatory practices made unlawful by federal law, (2) filing a charge or assisting or participating in the filing of a charge of discrimination, or (3) assisting or participating in an investigation brought under Title VII. Should any such retaliatory actions be taken against you, you should contact the EEOC at the address listed above.

### THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

**This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material. Any questions about this Notice or compliance with its terms may be directed to: EEOC, 333 S. Las Vegas Blvd., Suite 8112, Las Vegas, NV or call (702)388-5072.**

Date: _____         _____
                                                    U.S. District Judge

-1-