ANNA Y. PARK, Regional Attorney
DEREK LI, Supervisory Trial Attorney
GREGORY S. MCCLINTON, Senior Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, 4th Floor
Los Angeles, CA 90012
Telephone: (213) 894-1077
Facsimile: (213) 894-1301

ANGELA D. MORRISON, Trial Attorney
333 S. Las Vegas Blvd., Suite 8112
Las Vegas, NV 89101
Telephone: (702) 388-5099
Facsimile: (702) 388-5072

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION


LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>　　　　Defendant. | CIVIL CASE NO. 06-00028<br><br>**ORDER** |

This matter came before the Court on the Consent Decree signed by both parties. The Court hereby retains jurisdiction and the provisions of the foregoing Consent Decree are hereby

1 approved and compliance with all provisions thereof is HEREBY ORDERED.  In light of the
2 parties entering this Consent Decree, the hearing currently scheduled for April 9, 2008 at 9:30
3 a.m. is hereby vacated and all pending motions are deemed moot.
4      SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
**    Chief Judge**
**Dated: Mar 21, 2008**