**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

FILED
DISTRICT COURT OF GUAM

APR 16 2008 rba

JEANNE G. QUINATA
Clerk of Court

Attorneys for Plaintiff-Intervenors,
  *Jennifer Holbrook, Rosemarie*
  *Taimanglo and Viviene Villanueva*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL CASE NO. 06-00028 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEO PALACE RESORT, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) ) ) ) | |
| Plaintiff-Intervenors, | ) ) | |
| vs. | ) ) | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) ) ) ) | |
| Defendant. | ) | |

----------

/ / /

ORIGINAL

1    The parties hereto, by and through their respective attorneys, do hereby STIPULATE that the

2    within action be dismissed, with prejudice, the matter having been completely settled by the parties.

3    Each party hereto shall bear their own attorney's fees and costs.

4                                                    SO STIPULATED:

5                                                    DOOLEY ROBERTS & FOWLER, LLP

6

7    Dated: April 16 , 2008.          By_____
                                                    THOMAS L. ROBERTS, ESQ.
8                                                    *Attorneys for Defendant*

9

10                                                   TEKER TORRES & TEKER, P.C.

11

12   Dated:  April 16, 2008.          By_____
                                                    PHILLIP TORRES, ESQ.
13                                                   *Attorneys for Plaintiff-Intervenors*

14

15

16

17

18

19

20

21

22

23

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4