**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÁTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Plaintiff-Intervenors,
*Jennifer Holbrook, Rosemarie*
*Taimanglo and Viviene Villanueva*

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | CIVIL CASE NO. 06-00028 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| LEO PALACE RESORT, | ) ) | |
| Defendant. | ) ) ) | |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO, | ) ) ) ) | **ORDER RE: DISMISSAL WITH PREJUDICE** |
| Plaintiff-Intervenors, | ) ) | |
| vs. | ) ) | |
| MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10, | ) ) ) ) | |
| Defendant. | ) | |

----------

/ / /

1    The Court, having reviewed the Stipulation for Dismissal with Prejudice, does hereby

2    DISMISS the within action, WITH PREJUDICE.

3        **SO ORDERED.**

4

5

6

7        **/s/ Frances M. Tydingco-Gatewood**
                              **Chief Judge**
8                             **Dated: May 08, 2008**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4