# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>LEO PALACE RESORT,<br><br>Defendant. | Civil Case No. 06-00028<br><br><br>**J U D G M E N T** |
| JENNIFER HOLBROOK, VIVIENE VILLANUEVA and ROSEMARIE TAIMANGLO,<br><br>Plaintiff-Intervenors,<br><br>vs.<br><br>MDI GUAM CORPORATION dba LEO PALACE RESORT MANENGGON HILLS and DOES 1 through 10,<br><br>Defendant. | |

    Judgment is hereby entered in accordance with the Order granting Stipulation for Dismissal with Prejudice filed on May 8, 2008.

Dated this 8th day of May, 2008, Hagatna, Guam.

                                                              **/s/ Jeanne G. Quinata**
                                                                  Clerk of Court